**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-02780

RV HORIZONS, INC.; MHC AMERICA
FUND, LLC; MHC AMERICA FUND CLASS
C, LLC; MHC AMERICA FUND 2, LLC;
MHC AMERICA FUND 2 CLASS B, LLC;
NICHE INVESTMENT NETWORKS, LLC;
MHPS ALUMNI, LLC; MHPS ALUMNI 2,
LLC; MHPS ALUMNI 3, LLC;
AFFORDABLE HOUSING COMMUNITY
FUND 1, LLC; AFFORDABLE HOUSING
COMMUNITY FUND 2, LLC; AFFORDABLE
HOUSING COMMUNITY FUND 3, LLC;
AFFORDABLE HOUSING COMMUNITY
FUND 4, LLC; AFFORDABLE HOUSING
COMMUNITY FUND 5, LLC; AFFORDABLE
HOUSING COMMUNITY FUND 6, LLC; and
AWA FUND, LLC,

        Plaintiffs,

vs.

JAMIE SMITH, an individual; RYAN SMITH,
an individual; MHP PORTFOLIO, LLC; MHPI
VII, LLC; ELEVATION CAPITAL GROUP,
LLC; and DAHN CORPORATION,

        Defendants.

_____/

**<u>NOTICE OF RELATED CASES</u>**

The defendants, Jamie Smith, Ryan Smith, MHPI VII, LLC, and Elevation Capital

Group, LLC (collectively, the "Smith Defendants"), by and through their undersigned

counsel and pursuant to D.C.Colo.LCivR 3.2, file their Notice of Related Cases. There are

several matters pending between the parties and other related entities. Although the other

matters involve some "common facts," they involve no common "claims" as the matter

pending before this Court. Below, the Smith Defendants identify the pending matters, with a brief description concerning each one.

1.    The Florida Litigation: *MHP Portfolio, LLC, derivatively on behalf of MHPI I, LLC, MHPI II, LLC, MHPI III, LLC, and MHPI IV, LLC, and MHPI V, LLC, derivatively on behalf of MHC America Fund, LLC, v. MHP Investment & Leasing, LLC, RV Horizons, Inc., and MHCA Management, LLC*, Case No. 2018-CA-9150-O, in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, filed on August 22, 2018. The claims in this lawsuit include breaches of operating agreements, breaches of fiduciary duties, breaches of property management agreements, and conversion against various entities David Reynolds controls or exerts control over. This lawsuit arises from actions Mr. Reynolds took on behalf of the derivative plaintiffs, to their detriment, without the proper authorization and approvals from the entities' co-manager, despite the operating agreements requiring "unanimous consent" of the managers. These claims are stayed until the arbitration described in item # 4 is completed.

2.    The Delaware Arbitration: *DTR MHP Management, LLC, Colonial Kitchen, LLC, WaterTree Capital, Inc., and MHCA Management, LLC, v. MHP Management, LLC*, Case No. 01-18-0003-4595, American Arbitration Association, filed on September 13, 2018. This action was initiated by the claimants as a result of MHP Management, LLC, rendering the claimants Unsuitable Persons under the MHCA Management, LLC, operating agreement. Among other reasons, this determination was made because the claimants sold properties owned by MHC America Fund, LLC, to a third party without the requisite permission or consent, sold the properties for an amount far short of their targeted economic benefit, sold the properties to their personal affiliates and employers, sold and otherwise transferred MHC America Fund's interest in certain properties without the requisite permission, engaged in self-dealing, purchased properties from affiliated funds without permission, co-invested in such a manner as to cause MHC America Fund to lose control of its assets, and caused MHC America Fund to control less of its assets than the subject operating agreement requires. MHP Management filed a counterclaim against the claimants for declaratory relief, injunctive relief, breach of the operating agreement, and breach of fiduciary duties based on the claimants' improper attempts to liquidate MHC America Fund and improper actions taken on behalf of MHCA Management and MHC America Fund, like, for example, unilaterally causing those entities to initiate this action without a vote of the members as required by the MHCA Management operating agreement.

3.    The Colorado State Court Litigation: *MHPI V, LLC, derivatively on behalf of MHC America Fund, LLC, v. MHCA Management, LLC, DTR MHP Management, LLC, and David Reynolds*, Case No. 2019-cv-030025, in the District Court of Delta County, Colorado, filed on March 4, 2019. This action was filed by the plaintiffs to protect MHC America Fund from the improper attempts of the defendants to liquidate MHC America Fund. As a result of its imminent removal as member of MHCA Management, Mr. Reynolds, through DTR – improperly holding itself out as the sole manager of MHCA Management – is causing MHCA Management to authorize the transfer of America Fund's unique real properties to a

non-party entity that is controlled by DTR, Mr. Reynolds, and their affiliates and over which America Fund, MHCA Management, and MHP Management have no control.

4.    The Orlando Arbitration: *MHP Portfolio, LLC, derivatively on behalf of MHPI I, LLC, MHPI II, LLC, MHPI III, LLC, and MHPI IV, LLC, v. MHP Investment & Leasing, LLC, and RV Horizons, Inc.,* American Arbitration Association, filed on March 11, 2019. This action contains the same claims identified in item # 1 and was ordered to arbitration by Judge Calderon of the Ninth Judicial Circuit in and for Orange County, Florida.

Dated: March 14, 2019

/s/ *Michael D. Crosbie*_____
**Michael D. Crosbie, Esq. (Trial Counsel)**
Florida Bar No. 72575
mcrosbie@shutts.com
**Nicole L. Ballante, Esq.**
Florida Bar No. 125356
nballante@shutts.com
**SHUTTS & BOWEN LLP**
300 South Orange Avenue, Suite 1600
Orlando, Florida 32801
Telephone:  407-423-3200
Facsimile:   407-425-8316
*Attorneys for Smith Defendants*

## CERTIFICATE OF SERVICE

I certify that on March 14, 2019, I filed the foregoing using the Court's CM/ECF system which will send a copy to all counsel of record.

/s/ *Michael D. Crosbie*_____
Michael D. Crosbie

ORLDOCS 16764661 1

3