

EXHIBIT
1