# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-02780-NYW

RV HORIZONS, INC, et al.,

        Plaintiffs,

v.

JAMIE SMITH, et al.,

        Defendants.

## JOINT APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFFS' RESPONSES TO SMITH DEFENDANTS' AND DAHN CORPORATION'S MOTIONS FOR SUMMARY JUDGMENT

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| 1 | Declaration of Dave Reynolds |
| 2 | Declaration of Frank Rolfe |
| 3 | Declaration of Eric Siragusa |
| 4 | Declaration of Brandon Reynolds |
| 5 | Declaration of Amy Burget |
| 6 | Excerpts from the deposition of Jamie Smith taken November 21, 2019. |
| 7 | Excerpts from the deposition of Brian Dahn taken December 10, 2019. |
| 8 | Excerpts from the deposition of Nancy Naeve taken December 11, 2019. |

14494424

| EXHIBIT | DESCRIPTION |
|---|---|
| 9 | Excerpts from the deposition of Peter Reinert taken October 3, 2019. |
| 10 | 4/1/2017 Original Fund 7 Offering Package (MHPI000001-000236). |
| 10-A | Excerpts from Supplement No. 1 dated July 27, 2017, to MHPI VII, LLC Private Placement Memorandum (RVH_Fed_004521). |
| 10-B | Excerpts from Supplement No. 2 dated October 31, 2017, to MHPI VII, LLC Private Placement Memorandum (RVH_Fed_123239). |
| 10-C | Excerpts from Supplement No. 4 dated May 4, 2018, to MHPI VII, LLC Private Placement Memorandum (MHPI020400). |
| 10-D | Excerpts from Supplement No. 5 dated October 17, 2018, to MHPI VII, LLC Private Placement Memorandum (RVH_Fed_003026). |
| 10-E | Excerpts from Supplement No. 6 dated January 25, 2019, to MHPI VII, LLC Private Placement Memorandum (RVH_Fed_137170). |
| 10-F | Excerpts from Supplement No. 7 dated November 26, 2019, to MHPI VII, LLC Private Placement Memorandum (MHPI232958). |
| 11 | 3/10/2010 MHPS Alumni, LLC Operating Agreement (RVH_Fed_098598-098634) |
| 12 | 3/10/2020 MHPS Alumni, LLC Private Placement Memorandum (RVH_Fed_098635-098660) |
| 13 | 7/27/2010 MHPS Alumni 2, LLC Operating Agreement (RVH_Fed_055511-055547) |
| 14 | 7/27/2010 MHPS Alumni 2, LLC Private Placement Memorandum (RVH_Fed_137615-137640) |
| 15 | 9/27/2010 MHPS Alumni 3, LLC Operating Agreement (RVH_Fed_055472-055508) |
| 16 | 11/10/2010 MHPS Alumni 3, LLC Private Placement Memorandum (RVH_Fed_098840-098878) |
| 17 | 7/1/2011 AHCF 1 Operating Agreement (RVH_Fed_000526-000585 |
| 18 | 7/1/2011 AHCF 1 Private Placement Memorandum (RVH_Fed_000224-000278) |

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| 19 | 7/15/2011 Email from Jeremy Roll to Eric Siragusa re "New MHP Fund" (RVH_Fed_098906-098908) |
| 20 | 10/3/2011 Email from Tom Vaughn to Eric Siragusa re "AHCF 1 Update" (RVH_Fed_098995-098996) |
| 21 | 1/1/2012 MHPS Alumni 2, LLC, Amendment to Operating Agreement (RVH_Fed_055548-055549) |
| 22 | 1/1/2012 MHPS Alumni 3, LLC, Amendment to Operating Agreement (RVH_Fed_055509-055510) |
| 23 | 3/14/2012 Email from Eric Siragusa to Dave Reynolds, et al., re "Frank & Dave: 'New Era on the Mobile Home Park Funds'" (RVH_Fed_012485) |
| 24 | 3/14/2012 Email from David Stout to Eric Siragusa re "MHP Fund – AHCF2" (RVH_Fed_012487) |
| 25 | 3/14/2012 Email from Eric Siragusa to Dave Reynolds, Frank Rolfe, et al., re "Frank & Dave:'New Era on the Mobile Home Park Funds" (RVH_Fed_080967) |
| 26 | 3/15/2012 AHCF 2 Operating Agreement (RVH_Fed_000279-000339) |
| 27 | 3/15/2012 AHCF 2 Private Placement Memorandum (RVH_Fed_000340-000396) |
| 28 | 3/15/2012 (RVH_Fed_076690-076691) |
| 29 | 3/19/2012 Email from Kacey White to Eric Siragusa re "Frank & Dave: 'New Era on the Mobil Home Park Funds'" (RVH_Fed_076863-076864) |
| 30 | 3/20/2012 Email from Ed Pepper to Eric Siragusa re "AHCF2 Investment Opportunity" (RVH_Fed_081043) |
| 31 | 3/22/2012 AHCF 1 Amendment No. 1 to Operating Agreement (RVH_Fed_000397-000398) |
| 32 | 3/22/2012 AHCF 2 Amendment No. 1 to Operating Agreement (RVH_Fed_000399-000400) |
| 33 | 3/22/2012 AHCF 2 Amendment No. 1 to Private Placement Memorandum (RVH_Fed_000401-000403) |
| 34 | 3/31/2012 AHCF 2 Amendment No. 2 to Operating Agreement (RVH_Fed_000404-000405 |

| EXHIBIT | DESCRIPTION |
|---|---|
| 35 | 4/3/2012 Email from Eric Siragusa to Burcin Ergun re "Updated AHCF2 Documents" (RVH_Fed_081058) |
| 36 | 4/13/2012 Email from Darren Evans to Eric Siragusa re "Updated AHCF2 Documents" (RVH_Fed_017026-017027) |
| 37 | 4/16/2012 Email from Jeremy Roll to Eric Siragusa re "From RIG – AHCF2 Mobile Home Park Fund Opportunity" (RVH_Fed_076918-076922) |
| 38 | 7/2/2012 AHCF 2 Amendment No. 3 to Operating Agreement (RVH_Fed_000406-000407) |
| 39 | 10/10/2012 AHCF 3 Operating Agreement (RVH_Fed_000465-000525) |
| 40 | 10/10/2012 AHCF 3 Private Placement Memorandum (RVH_Fed_000408-000464) |
| 41 | 10/18/2012 Email from Brett Phillips to Eric Siragusa re "MHP Funds: AHCF3 is Now Open!" (RVH_Fed_099187-099189) |
| 42 | 11/6/2012 Email from David Fu to Eric Siragusa re "MHP Funds: AHCF3" (RVH_Fed_082163-082165) |
| 43 | 11/19/2012 Email from Robert Smith to Eric Siragusa re "MHP Funds: AHCF 3" (RVH_Fed_134120-134121) |
| 44 | 12/14/2012 Email from Robert Smith to Eric Siragusa re "MHP Funds: AHCF 3" (RVH_Fed_082382-082384) |
| 45 | 8/1/2013 AHCF 4 Operating Agreement (RVH_Fed_000586-000648) |
| 46 | 8/1/2013 AHCF 4 Private Placement Memorandum (RVH_Fed_000649-000709) |
| 47 | 5/7/2014 Email from Eric Siragusa to Dave Reynolds, Frank Rolfe, et al., re "AHCF 3 2014Q1 Distributions" (RVH_Fed_078074-078076) |
| 48 | 8/1/2014 AHCF 5 Operating Agreement (RVH_Fed_000710-000774) |
| 49 | 8/1/2014 AHCF 5 Private Placement Memorandum (RVH_Fed_000775-000836) |
| 50 | 8/12/2014 Email from Eric Siragusa to Dave Reynolds and Frank Rolfe, et al., re "MHP Funds – New Investment Opportunity – AHCF 5!!" (RVH_Fed_085671-085674) |

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| 51 | 1/3/2015 AWA Fund, LLC, Operating Agreement (RVH_Fed_053600-053667) |
| 52 | 1/3/2015 AWA Fund, LLC, Private Placement Memorandum (RVH_Fed_000841-000903) |
| 53 | 7/20/2015 AHCF 6 Operating Agreement (RVH_Fed_000909-000978) |
| 54 | 7/20/2015 AHCF 6 Private Placement Memorandum (RVH_Fed_000979-001049) |
| 55 | 7/28/2015 Email from Eric Siragusa to Frank Rolfe, et al., re "New Mobile Home Park Investment Opportunity!" (RVH_Fed_135225-135230) |
| 56 | 8/12/2015 AWA Fund, LLC, Amendment No. 1 to Private Placement Memorandum (RVH_Fed_000904-000908) |
| 57 | 11/30/2015 Email from Eric Siragusa to Susan Smith re "MHP Funds" (RVH_Fed_113516-113519) |
| 58 | 12/2/2015 Email from Susan Smith to Eric Siragusa re "MHP Funds" (RVH_Fed_092130-092134) |
| 59 | 3/4/2016 MHC America Fund, LLC, Operating Agreement (RVH_Fed_095408-095454) |
| 60 | 5/1/2016 America Fund, LLC Subscription Booklet (MHPI209245-209318) |
| 61 | 6/21/2016 Email from Jamie Smith to Eric Siragusa, et al., re "New Mobile Home Park Investment Fund Opportunity!" (RVH_Fed_115756-115761) |
| 62 | 7/27/2016 MHC America Fund, LLC, Supplement No. 1 to Private Placement Memorandum (MHPI018763-018998) |
| 63 | 8/15/2016 Email from Karyn Young to Eric Siragusa, et al., re "Investment Received" (RVH_Fed_137641) |
| 64 | 8/24/2016 Email from Ryan Smith to Jamie Smith re Infusionsoft Note (RVH_Fed_054826) |
| 65 | 9/13/2016 Email from Eric Siragusa to Richard Smith and Jamie Smith re "MHP6 – Present Valuation" (RVH_Fed_054890-054892) |
| 66 | 11/15/2016 Email from Eric Siragusa to Scott Bramwell re "Scott, your MHC America Fund, LLC Q3 2016 Update…" (RVH_Fed_094093-094098) |

| EXHIBIT | DESCRIPTION |
|---|---|
| 67 | 3/9/2017 Email from Ryan Smith to Brian Dahn, et al., re "Thoughts on a Fund Loan and Compensation Structure" (DAHN000079-000080) |
| 68 | 3/13/2017 Email from Ryan Smith to Brian Dahn, et al., re "PPM" (DAHN000577-000579) |
| 69 | 4/5/2017 Written Action of the Members of MHCA Management, LLC (RVH_Fed_137644) |
| 70 | 4/14/2017 Email from Jamie Smith to Amy Giannamore, et al., re "MHPI VII, LLC – PPM and Operating Agreement" (MHPI031305-031306) |
| 71 | 4/19/2017 Email from Ryan Smith to Brian Dahn, et al., re "MHPI VII, LLC – Draft – Investment Summary v1.0" (DAHN001756) |
| 72 | 4/19/2017 Email from Ryan Smith to Nancy Naeve and Jamie Smith re "Quick Question" (DAHN003236-003238) |
| 73 | 4/19/2017 Email from Brian Dahn to Ryan Smith, et al., re "MHPI VII, LLC – Draft – Investment Summary v1.0" (DAHN002067) |
| 74 | 4/20/2017 Email from Kathleen White to Ryan Smith, et al., re "MHPI VII, LLC – Draft – Investment Summary v1.0" (DAHN001765) |
| 75 | 4/20/2017 Email from Ryan Smith to Kathleen White, et al., re "MHPI VII, LLC – Draft – Investment Summary v1.0" (DAHN001766-001767) |
| 76 | 4/20/2017 Email from Nancy Naeve to Jamie Smith, et al., re "MHPI VII" (DAHN003250-003251) |
| 77 | 4/20/2017 Email from Robert Kiff to Jamie Smith, et al., re "MHPI VII, LLC – Selling Agreement review" (RVH_Fed_094823-094827) |
| 78 | 4/21/2017 Email from Kathleen White to Ryan Smith, et al., re "MHPI VII, LLC – Drat – Investment Summary & Track Record Exhibits v1.1" (DAHN001855-001856) |
| 79 | 4/21/2017 Email from Ryan Smith to Kathleen White, et al., re "MHPI VII, LLC – Draft – Investment Summary & Track Record Exhibits v1.1" (DAHN001859-001861) |
| 80 | 4/21/2017 Email from Ryan Smith to Peter Reinert, et al., re "Fund 7" (DAHN001870) |
| 81 | 4/21/2017 Email from Ryan Smith to Steven Strickland, et al., re "MHPI VII, LLC – Draft – Investment Summary & Track Record Exhibits v1.1" (MHPI037313-037315) |
| 82 | 4/24/2017 Email from Ryan Smith to Peter Reinert re "Fund 7 – Website Live" (DAHN001874) |

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| 83 | 4/24/2017 Email from Jamie Smith to April Dutille re "Fund 7 is Now Open!" (MHPI085868-085869) |
| 84 | 4/24/2017 Email from Jamie Smith to Bill Carroll re "Fund 7 is Now Open!" (MHPI085870-085871) |
| 85 | 4/24/2017 Email from Jamie Smith to Neil Sullivan re "Fund 7 is Now Open!" (MHPI085872-085873) |
| 86 | 4/24/2017 Email from Jamie Smith to Nabil Riad re "Fund 7 is Now Open!" (MHPI085874-085875) |
| 87 | 4/24/2017 Email from Jamie Smith to Rob Nuechterlein re "Fund 7 is Now Open!" (MHPI085876-085877) |
| 88 | 5/1/2017 Email from Eric Siragusa to Adam Freedman re "Updated Fund-Specific Total Parks Owned Figures" (RVH_Fed_094878-094879) |
| 89 | 5/2/2017 Email from Ryan Smith to Ed Quesnell re "Ed, a new addition to the MHC America Fund…" (MHPI229690-229693) |
| 90 | 5/11/2017 Email from Tim Carlson to Eric Siragusa re "New Fund Announcement – Launch call invitation" (RVH_Fed_001153-001156) |
| 91 | 5/11/2017 Email from Ryan Smith to Eric Siragusa, et al., re "New Fund Announcement – Launch call invitation…" (RVH_Fed_001157-001161) |
| 92 | 5/11/2017 Email from Tim Carlson to Eric Siragusa re "New Fund Announcement – Launch call invitation…' (RVH_Fed_001162-001165) |
| 93 | 5/11/2017 Email from Tim Carlson to Eric Siragusa re "New Fund Announcement – Launch call invitation…" (RVH_Fed_001175-001179) |
| 94 | 5/11/2017 Email from Ryan Smith to Eric Siragusa, et al., re "New Fund Announcement – Launch call invitation…" (MHPI226819-226823) |
| 95 | 5/12/2017 Email from Eric Segal to Eric Siragusa re "Introduction – Eric Segal and ECG Fund 7" (RVH_Fed_001204-001207) |
| 96 | 5/12/2017 Email from Ryan Smith to Randy Wade re "Instructions for Thursday's Webinar" (MHPI062390) |
| 97 | 5/16/2017 Email from Ryan Smith to Aaron Cook re "Aaron, your MHC America Fund, LLC Q1 2017 Update…" (MHPI228553-228558) |
| 98 | 5/16/2017 Email from Peter Reinert to Frank Rolfe re "New Fund Announcement – Launch call invitation…" (RVH_Fed_123162-123166) |

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| 99 | 5/17/2017 Email from Frank Rolfe to Dave Reynolds, et al., re New Fund Announcement – Launch call invitation…" (RVH_Fed_001213-001217) |
| 100 | 5/17/2017 Email from Frank Rolfe to Dave Reynolds re "New Fund Announcement – Launch call invitation…" (RVH_Fed_123167-123171) |
| 101 | 5/18/2017 Email from Don Shepherd to Eric Siragusa re "Don: Fund 7 launch, Monthly Distributions and more…" (RVH_Fed_001218-001220) |
| 102 | 5/18/2017 Email from Peter Reinert to Frank Rolfe and Dave Reynolds re "Fund 7 launch, Monthly Distributions and more…" (RVH_Fed_123172-123175) |
| 103 | 5/19/2017 Email from Ryan Smith to Jason Hutto re "Reminder: Elevation launches Fund 7 starts in 1 Hour" (MHPI043773-043774) |
| 104 | 6/2/2017 Email from Ryan Smith to Hunter Thompson, et al., re "Fund 7 Offering Docs, Upcoming Conference Call and Trip Information…" (MHPI053887-053888) |
| 105 | 6/3/2017 Email from Ryan Smith to Paul Jansen re "Paul, your prospectus is ready for download…" (MHPI050832-050834) |
| 106 | 6/6/2017 Email from Ryan Smith to Eric Segal re "Eric, a new addition to the MHC America Fund…" (MHPI139533-139536) |
| 107 | 6/8/2017 Email from Ryan Smith to Paul Jansen re "Web commitment completed" (MHPI050823-050829) |
| 108 | 6/13/2017 Email from Nancy Naeve to Richard Keller re "Dahn Corporation – MHPI VII, LLC" (DAHN002977) |
| 109 | 6/26/2017 Email from Ryan Smith to Jamie Smith, et al., re "Steven, 10% early adopter benefit ending soon…" (RVH_Fed_095105-095109) |
| 110 | 6/26/2017 Email from Ryan Smith to Andrew Kim re "Online Submission" (MHPI049827-049828) |
| 111 | 7/20/2017 Email from Ryan Smith to Evelyn Shearer re "Eve, access to the Fund 7 Offering Documents" (MHPI057435-057439) |
| 112 | 7/26/2017 Email from Jamie Smith to Eric Siragusa re "Follow Up" (RVH_Fed_095242-095244) |
| 113 | 7/27/2017 Email from Jamie Smith to Eric Siragusa re "Follow Up" (RVH_Fed_095278-095282) |
| 114 | 7/27/2017 Email from Jamie Smith to Eric Siragusa re "Follow Up" (RVH_Fed_095283-095289) |

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| 115 | 7/27/2017 Email from Dave Reynolds to Eric Siragusa re "Follow Up" (RVH_Fed_135387-135392) |
| 116 | 7/28/2017 Email from Jamie Smith to Eric Siragusa re "Follow Up" (RVH_Fed_120608-120613) |
| 117 | 8/7/2017 Email from Ryan Smith to Laurel Lamb and Jamie Smith re "Jim, access to the Fund 7 Offering Documents…" (MHPI065956-065962) |
| 118 | 9/19/2017 Email from Ryan Smith to Kathleen White re "Ryan Smith is notifying you of a Note" (MHPI047849-047850) |
| 119 | 9/21/2017 Email from Ryan Smith to Karyn Young re "Karyn, a new addition to the…" (MHPI040862-040868) |
| 120 | 10/4/2017 Email from Richard Keller to Nancy Naeve re "MHPI VII, LLC Link to PPM" (DAHN002982-002983) |
| 121 | 10/13/2017 Email from Ron Barrick to Ryan Smith, et al., re "Follow up to our conversation" (MHPI040762-040763) |
| 122 | 10/16/2017 Ryan Smith Infusionsoft Note re Ron Barrick (MHPI050913) |
| 123 | 10/16/2017 Email from Jamie Smith to Brian Dahn, et al., re "Conf Call" (MHPI080845) |
| 124 | 10/18/2017 Email from Jamie Smith to Dave Reynolds, et al., re "Side letter" (RVH_Fed_001289-001292) |
| 125 | 10/18/2017 Email from Frank Rolfe to Peter Reinert, et al, re "Conversations Regarding Fund 7…" (RVH_Fed_123194) |
| 126 | 10/18/2017 Email from Peter Reinert to Eric Siragusa, et al., re "Ryan/Jamie" (RVH_Fed_123195-123197) |
| 127 | 10/18/2017 Email from Brandon Reynolds to Peter Reinert, et al., re "Conversations Regarding Fund 7…" (RVH_Fed_136725-136726) |
| 128 | 10/25/2017 Email from Blake Salisbury to Ryan Smith re "Additional MHC America Questions" (MHPI044840) |
| 129 | 11/16/2017 Email from Kanika Chhabra to Eric Siragusa re "Final Opportunity to Invest in the MHC America Fund" (RVH_Fed_120869-120870) |
| 130 | 11/17/2017 Email from Lars Chapsky to Eric Siragusa re "Final Opportunity to Invest in the MHC America Fund"  (RVH_Fed_061862-061863) |

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| 131 | 11/21/2017 Email from Ryan Smith to Ragan Young re "Quarterly Report" (MHPI069750-069752) |
| 132 | 11/28/2017 Email from Ryan Smith to Rick Fishel re "3rd Follow-Up: Important but Hopefully Quick Follow-Up Matter…" (MHPI043048-043061) |
| 133 | 12/7/2017 Email from Ryan Smith to Robert Wolfson re "Fund 7" (MHPI047558-047562) |
| 134 | 12/8/2017 Email from Greg Heim to Ryan Smith re "Meeting followup for Greg Heim/Laura Rogers" (MHPI040553) |
| 135 | 12/8/2017 Email from Greg Heim to Ryan Smith re "Greg, MHC America Fund – Final Opportunity to Invest" (MHPI160520-160526) |
| 136 | 12/14/2017 Email from Jamie Smith to Ryan Smith re Infusionsoft Note (MHPI057507-057508) |
| 137 | 12/21/2017 Ryan Smith Infusionsoft Note re Peter Amico (MHPI045545) |
| 138 | 1/4/2018 Email from April Dutille to Amy Burget re "Direct Deposit for MHPI VII" (RVH_Fed_096151) |
| 139 | 1/5/2018 Email from Ariel Christenson to Amy Burget re "Direct Deposit" (RVH_Fed_062153) |
| 140 | 1/12/2018 Email from Amy Burget to Elizabeth Pehlke, et al., re "Status update RE: preferred distributions for MHC and Fund VII for Syncracy Enterprises LLC" (RVH_Fed_096239-096247) |
| 141 | 1/15/2018 Email from Ryan Smith to Jamie Smith re "James, Q4 2017 has come to a close.." (MHPI048721-048724) |
| 142 | 1/17/2018 Email from Elizabeth Pehlke to Amy Burget, et al., re "Status update RE: preferred distributions for MHC and Fund VII for Syncracy Enterprises LLC" (RVH_Fed_121251-121259) |
| 143 | 1/24/2018 Email from Elizabeth Pehlke to Amy Burget, et al., re "Direct Deposit Form – Fund 7…" (RVH_Fed_096304-096307) |
| 144 | 1/29/2018 Email from Eric Siragusa to Peter Reinert, et al., re "Investing" (RVH_Fed_123235-123238) |
| 145 | 2/1/2018 Email from Elizabeth Pehlke to Ryan Smith re "Phone Call Follow Up – Fund7" (MHPI047898-047900) |
| 146 | 2/1/2018 Email from Elizabeth Pehlke to Alan Davis, et al., re "Direct Deposit" (RVH_Fed_096367-096368) |

| EXHIBIT | DESCRIPTION |
|---|---|
| 147 | 2/20/2018 Ryan Smith Infusionsoft Note re Peter Belau (MHPI043451) |
| 148 | 2/22/2018 Email from Ariel Christenson to Jason Hutto, et al., re "Charles, MHPI V, LLC – Important Update…" (MHPI226390-226397) |
| 149 | 2/26/2018 Email from Rick Fishel to Ryan Smith re "Potential Additional $200K Investment in MHC America or Fund 7" (MHPI040774-040780) |
| 150 | 2/27/2018 Memo to MHPI III and MHPI IV Investors (RVH_Fed_001585) |
| 151 | 2/27/2018 Email from Jamie Smith to Brian Dahn, et al., re "Fund 7 Strategizing" (MHPI044129-044132) |
| 152 | 3/1/2018 Email from Brian Dahn to Ryan Smith, et al., re "Thoughts" (MHPI076756-076757) |
| 153 | 3/6/2018 Email from Kathleen White to Jamie Smith, et al., re "nice job" (MHPI074213-074125) |
| 154 | 3/7/2018 Email from Jason Hutto to Amy Burget re "Charles, MHPI V, LLC – Important Update…" (RVH_Fed_062297-062305) |
| 155 | 3/8/2018 MHC America Fund 2, LLC, Operating Agreement (RVH_Fed_137651-137697) |
| 156 | 3/12/2018 Email from Eric Siragusa to Mahesh re "AHCF 6 – Update on Park Sales, Future Plans & New Investment Opportunity" (RVH_Fed_137648-137650) |
| 157 | 3/13/2018 Email from Ryan Smith to Norman Sylvestre re "dave & frank" (MHPI052687) |
| 158 | 3/13/2018 Email from Elizabeth Pehlke to Jeff Winberg, et al., re "Direct Deposit" (RVH_Fed_136087-136088) |
| 159 | 3/14/2018 Email from Dave Reynolds to Peter Reinert, et al., re "MHPI Fund 7" (RVH_Fed_123483) |
| 160 | 3/15/2018 Email from Amy Burget to Elizabeth Pehlke, et al., re "Direct Deposit" (RVH_Fed_121730-121732) |
| 161 | 3/16/2018 MHC America Fund 2, LLC, Private Placement Memorandum (RVH_Fed_123486-123568) |
| 162 | 3/19/2018 Email from Ryan Smith to Eric Siragusa, et al., re "Telephone Numbers for MHCA 2" (RVH_Fed_137031-137033) |

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| 163 | 3/23/2018 Email from Dave Reynolds to Jamie Smith, et al., re "Getting Ready" (RVH_Fed_137055-137059) |
| 164 | 3/26/2018 Email from Dave Reynolds to Jamie Smith, et al., re "MHC America 2" (RVH_Fed_002361) |
| 165 | 5/17/2018 Email from Dave Reynolds to Ryan Smith, et al., re "Quarterly's" (RVH_Fed_002401-002412) |
| 166 | 5/29/2018 Email from Ryan Smith to Kathleen Rebentisch, et al., re "Thank you" (RVH_Fed_097276-097278) |
| 167 | 6/7/2018 Jamie Smith Infusionsoft Note re Ed Quesnell (MHPI051823) |
| 168 | 6/26/2018 Email from Paul Jansen to Ryan Smith re "Paul, your reservation this afternoon at Big Canyon…" (MHPI041980-041982) |
| 169 | 6/29/2018 Email from Ryan Smith to Louise Hilby re "Is this fund still open for investors?" (MHPI040769) |
| 170 | 6/29/2018 Email from Brandon Reynolds to Peter Reinert, et al., re "Investment fund" (RVH_Fed_002876) |
| 171 | 6/29/2018 Email from Brandon Reynolds to Peter Reinert, et al., re "Investment fund" (RVH_Fed_002880-002881) |
| 172 | 6/29/2018 Email from Brandon Reynolds to Eric Siragusa re "Investment fund" (RVH_Fed_002883-002884) |
| 173 | 6/29/2018 Email from Louise Hilby to Brandon Reynolds re "Investment fund" (RVH_Fed_002894) |
| 174 | 6/29/2018 Email from Louise Hilby to Eric Siragusa re "Investment fund" (RVH_Fed_002895) |
| 175 | 6/29/2018 Email from Robert Choy to Ryan Smith re "Fund 7" (MHPI082246-082247) |
| 176 | 7/12/2018 Ryan Smith Infusionsoft Note re Brent Mathisen (MHPI047285) |
| 177 | 7/17/2018 Email from Ryan Smith to Mark Khuri re "Following up" (MHPI044989-044992) |
| 178 | 9/5/2018 Ryan Smith Infusionsoft Note re Mike Jelliff (MHPI076708) |

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| 179 | 10/6/2018 Email from Eric Siragusa to Frank Rolfe, et al., re "Conversations Regarding Fund 7, Retirement, …" (RVH_Fed_002992-002993) |
| 180 | 10/6/2018 Email from Eric Siragusa to Dave Reynolds, et al., re "Don: Fund 7 launch, Monthly Distributions and more…" (RVH_Fed_002994-002997) |
| 181 | 10/29/2018 Email from Ryan Smith to Nathan Jameson re "Question re Fund 7 and MHC Fund" (MHPI043880-043886) |
| 182 | 10/31/2018 Ryan Smith Infusionsoft Note re David Snider (MHPI042164) |
| 183 | 12/4/2018 Email from Ryan Smith to Sandra Robinson re "Sandra, your access to the Fund 7 Offering Documents" (MHPI041321-041325) |
| 184 | 12/4/2018 Email from Sandra Robinson to Ryan Smith, et al., re "Sandra, your access to the Fund 7 Offering Documents…" (MHPI067379-067384) |
| 185 | 2/7/2019 Ryan Smith Infusionsoft Note re Thomas Olson (MHPI046215) |
| 186 | 2/19/2019 Email from Amy Burget to Jessi Burden, et al., re "Direct Deposit Charge" (MHPI226336-226338) |
| 187 | 2/26/2019 Email from Andrew Kim to Ryan Smith, et al., re "Inquiry about additional investment in MHCA" (MHPI080977-080978) |
| 188 | 2/27/2019 Email from Ryan Smith to Todd Cassaretto re "Todd, join us tomorrow (Wednesday)…" (MHPI043693-043709) |
| 189 | 3/4/2019 Email from Ryan Smith to Heidi Langley, et al., re "Fund 7 – Webinar Recording – Elevation Capital Group" (MHPI047297-047299) |
| 190 | 4/12/2019 Email from Frank Rolfe to Dave Reynolds re "Steve & Rebecca, the webinar replay is now available (for a limited time)…" (RVH_Fed_004288-004295) |
| 191 | 3/16/2017 Email from Peter Reinert to Ryan Smith, et al., re "Missed Call" (MHPI085402-085403) |
| 192 | Current Fund 7 / Elevation Capital Group Website |
| 193 | Distribution Overview to Niche Investment Network, LLC, re the distribution for MHPI IV, LLC (RVH_Fed_003007-003008) |
| 194 | Letter from Frank Rolfe and Dave Reynolds to Alumni and AHCF 1 Investors (RVH_Fed_080968) |

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| 195 | Form Memo from Ryan Smith to MHPI I, LLC Members (MHPI083165-083166) |
| 196 | Form Memo from Ryan Smith to MHPI II, LLC Members (MHPI083169-083170) |
| 197 | Form Memo from Ryan Smith to MHPI III, LLC Members (MHPI083177-083178) |
| 198 | Form Memo from Ryan Smith to MHPI IV, LLC Members (MHPI083185-083186) |
| 199 | 8/9/2013 Email from Steve Knauber to Eric Siragusa re "New MHP Fund Opportunity!" (RVH_Fed_077739-077741) |
| 200 | 8/7/2013 Email from Brian Wolfe to Eric Siragusa re "New MHP Fund Opportunity!" (RVH_Fed_099493-099494) |
| 201 | 6/30/2016 Email from Eric Siragusa to Stephanie Sullivan, et al., re "MHP Funds 7.14.16 Webcast" (RVH_Fed_054217-054220) |
| 202 | 1/12/2015 Email from Eric Siragusa to Karl Matthies re "AWAF Subscription Acceptance" (RVH_Fed_107424) |
| 203 | 5/10/2016 Email from Eric Siragusa to Brad Rymer re "Fund Process" (RVH_Fed_053731-053732) |
| 204 | 5/3/2017 Email from Eric Siragusa to Amy Burget re "AWA Fund / Update on Bank Details" (RVH_Fed_094884-094885) |
| 205 | 3/15/2017 Email from Keith Gee to Peter Reinert, et al., re redline of agreement (RVH_Fed_136603) |
| 206 | 3/16/2017 Email from Peter Reinert to Keith Gee, et al., re redline of agreement (RVH_Fed_136646) |
| 207 | 3/15/2017 Email from Peter Reinert to Keith Gee, et al., re redline of agreement (RVH_Fed_136617) |
| 208 | Excerpts from the deposition of Joe Ahern taken April 9, 2020 |
| 209 | 10/18/2017 Email from Peter Reinert to Frank Rolfe, et al., re "Conversation Regarding Fund 7, Retirement…" (RVH_Fed_123200-123201) |
| 210 | 11/7/2017 Email from Ryan Smith to Rick Fishel, et al., re "Important but Quick Follow-Up Matter…" (MHPI071600-071611) |

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| 211 | 6/26/2018 Email from Paul Jansen to Ryan Smith re "Paul, your reservation this afternoon at Big Canyon…"  (MHPI041980-041982) |
| 212 | 6/7/2017 Email from Ryan Smith to Paul Jansen re "Web commitment completed" (MHPI064252-064257) |
| 213 | 6/8/2017 Email from Ryan Smith to Paul Jansen re "Web commitment completed" |
| 214 | 5/15/2018 Email from Ryan Smith to Albert Tejidor re "distribution" (MHPI073546-073547) |
| 215 | 2/1/2018 Email from Ryan Smith to Albert Tejidor re "Albert, MHC America Fund, LLC is closing soon…"  (MHPI178703-178709) |
| 216 | 2/9/2018 Email from Ryan Smith to Albert Tejidor re "Albert, MHC America Fund, LLC is closing soon" (MHPI199232-199238) |
| 217 | 2/9/2018 Confirmation of $50,000 investment into MHC America by Albert Tejidor (MHPI213332) |
| 218 | "Elevation Capital Group Reaches $100 Million In 7th Real Estate Investment Fund" |
| 219 | 3/26/2018 Email from Ryan Smith to Albert Tejidor re "Fund 7" (MHPI060355-060356) |
| 220 | Exhibit Number Not Used |
| 221 | 5/28/2019 Email from Ryan Smith to Albert Tejidor re "Disbursement %" (MHPI043161-043162) |
| 222 | Excerpts from the deposition of Frank Rolfe taken October 2, 2019 |
| 223 | 10/16/2017 Ryan Smith Infusionsoft Note re Ron Barrick (MHPI050913) |

## CERTIFICATE OF SERVICE

      I hereby certify that on April 17, 2020, I have caused to be electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

Michael D. Crosbie
Nicole L. Ballante
300 S. Orange Ave
Suite 1600
Orlando, FL 32801
(407) 423-3200
mcrosbie@shutts.com
nballante@shutts.com

**ATTORNEYS FOR SMITH DEFENDANTS**

Christian Hendrickson
Joe Daniels
Sherman & Howard LLC
633 17th Street
Suite 3000
Denver, CO 80202
Phone: (303) 299-8306
chendrickson@shermanhoward.com
jdaniels@shermanhoward.com

**ATTORNEYS FOR DAHN CORPORATION**


                                            *s/ Craig E. Stewart*