# PRIVATE PLACEMENT MEMORANDUM

## MHPI VII, LLC

**A Delaware Limited Liability Company**

**April 1, 2017**

---

## Minimum Offering:  $1,000,000
## Maximum Offering:  $25,000,000

### $250,000 MINIMUM INVESTMENT for Class A Members

### $50,000 MINIMUM INVESTMENT for Class B Members

---

EXHIBIT

10

MHPI000001

## SUMMARY OF OFFERING

This Private Placement Memorandum ("**Memorandum**") relates to the sale ("**Offering**") of Class A Units and Class B Units in MHPI VII, LLC, a Delaware limited liability company (the "**Company**"). The individual Class A Unit Price is $1,000, although the Manager reserves the right to adjust the price at its sole discretion. The individual Class B Unit Price is $1,000, although the Manager reserves the right to adjust the price at its sole discretion. The Minimum Dollar Amount of the Offering is $1,000,000. The Maximum Dollar Amount is $25,000,000 (which may be extended to $50,000,000 at the discretion of the Manager).

| Class A Interests | Price to Investors | Anticipated Jumpstart Fees[1] | Proceeds to the Company |
|---|---|---|---|
| Per Unit | $1,000 | $5.00 | $995 |
| Minimum Dollar Amount | $250,000 | $1,250 | $248,750 |
| Maximum Dollar Amount | $25,000,000 | $125,000 | $24,875,000 |
| Class B Interests | Price to Investors | Anticipated Jumpstart Fees[1] | Proceeds to the Company |
| Per Unit | $1,000 | $5.00 | $995 |
| Minimum Dollar Amount | $50,000 | $250 | $49,750 |
| Maximum Dollar Amount | $25,000,000 | $125,000 | $24,875,000 |

The Offering commenced on April 1, 2017.  The Minimum Dollar Amount must be raised by December 31, 2017. The Offering may remain open to new Investors until the Maximum Dollar Amount has been raised, or April 31, 2018, subject to extension until April 1, 2019 at the Manager's sole discretion.

---

[1] The Company expects to process Investor Capital Contributions through Jumpstart Securities, LLC, member FINRA, SIPC, a registered Securities broker/dealer.

0073243\159265\3431558\12

MHPI000002

## IMPORTANT NOTICES TO INVESTORS

FOR THIS OFFERING, THE MANAGER IS RELYING ON AN EXEMPTION FROM SECURITIES REGISTRATION UNDER THE FEDERAL SECURITIES AND EXCHANGE COMMISSION'S REGULATION D, RULE 506(c).

EACH PURCHASER HEREOF REPRESENTS THAT IT IS PURCHASING FOR ITS OWN ACCOUNT (OR A TRUST ACCOUNT IF THE PURCHASER IS A TRUSTEE) AND NOT WITH A VIEW TO RESELL THE SECURITY. PER RULE 144 OF THE SECURITIES AND EXCHANGE COMMISSION, AFTER INITIAL SALE, THE SECURITIES MAY NOT BE RESOLD WITHIN ONE YEAR WITHOUT REGISTRATION OR QUALIFICATION FOR AN EXEMPTION FROM REGISTRATION.

FOR PERSONS LIVING OUTSIDE OF THE UNITED STATES, IT IS EACH SUCH PERSON'S RESPONSIBILITY TO FULLY OBSERVE THE LAWS OF ANY RELEVANT TERRITORY OR JURISDICTION OUTSIDE OF THE UNITED STATES IN CONNECTION WITH MAKING AN INVESTMENT IN THE UNITS OFFERED HEREBY, INCLUDING, BUT NOT LIMITED TO, OBTAINING REQUIRED GOVERNMENTAL OR OTHER CONSENTS OR OBSERVING ANY OTHER REQUIRED LEGAL OR OTHER FORMALITIES.

FOR ANY PERSONS WHO ARE NEITHER NATIONALS, CITIZENS, RESIDENTS, NOR ENTITIES OF THE UNITED STATES: THE SECURITIES OF THE COMPANY HAVE NOT AND WILL NOT BE REGISTERED UNDER THE UNITED STATES' SECURITIES ACT OF 1933, AS AMENDED, AND, INSOFAR AS SUCH SECURITIES ARE OFFERED AND SOLD TO PERSONS WHO ARE NEITHER NATIONALS, CITIZENS, RESIDENTS, NOR ENTITIES OF THE UNITED STATES, THEY MAY NOT BE TRANSFERRED OR RESOLD DIRECTLY OR INDIRECTLY IN THE UNITED STATES, ITS TERRITORIES OR POSSESSIONS, RESIDENTS OR ENTITIES NORMALLY RESIDENT THEREIN (OR TO ANY PERSON ACTING FOR THE ACCOUNT OF ANY SUCH NATIONAL, CITIZEN, ENTITY, OR RESIDENT).

NON-U.S. POTENTIAL INVESTORS ARE ADVISED TO CONSULT WITH AN ATTORNEY, A FINANCIAL ADVISOR, AND/OR AN ACCOUNTANT TO DETERMINE IF THIS INVESTMENT IS SUITABLE FOR SUCH POTENTIAL INVESTOR AND TO DETERMINE THE IMPACT OF U.S. FEDERAL, STATE, AND LOCAL INCOME TAX LAWS ON AN INVESTMENT IN THE UNITS OFFERED HEREBY, INCLUDING ANY REPORTING REQUIREMENTS AS WELL AS THE TAX TREATMENT OF THE INVESTMENT UNDER THE TAX LAWS OF EACH SUCH NON-U.S. POTENTIAL INVESTOR'S COUNTRY OF RESIDENCE.

---

THIS PRIVATE PLACEMENT MEMORANDUM HAS BEEN PREPARED FOR SUBMITTAL TO A LIMITED NUMBER OF POTENTIAL INVESTORS SO THEY CAN CONSIDER THE PURCHASE OF AN INTEREST IN THE COMPANY. IT IS NOT AUTHORIZED FOR ANY OTHER PURPOSE. IF YOU ACCEPT DELIVERY OF THIS MEMORANDUM YOU AGREE TO RETURN IT AND ALL ENCLOSED DOCUMENTS IF YOU DO NOT PURCHASE AN INTEREST WITHIN THE TIME ALLOWED. THIS MEMORANDUM MAY NOT BE REPRODUCED IN WHOLE OR IN PART, OR FORWARDED TO OTHER POTENTIAL INVESTORS. IT MAY ONLY BE DISTRIBUTED AND DISCLOSED TO THE PROSPECTIVE INVESTORS TO WHOM IT IS PROVIDED DIRECTLY BY THE MANAGER.

THESE SECURITIES ARE OFFERED ONLY TO A SELECT GROUP OF INVESTORS WHO MEET THE STANDARDS SET FORTH IN UNDERLINE SECTION 1 HEREOF. THIS MEMORANDUM DOES NOT CONSTITUTE AN OFFER TO SELL TO OR A SOLICITATION OF AN OFFER TO BUY FROM ANYONE IN ANY STATE OR

MHPI000003

IN ANY OTHER JURISDICTION WITHIN WHICH SUCH AN OFFER OR SOLICITATION IS NOT AUTHORIZED.

IN MAKING AN INVESTMENT DECISION, INVESTORS MUST RELY ON THEIR OWN EXAMINATION OF THE COMPANY AND THE TERMS OF THIS OFFERING, INCLUDING THE MERITS AND RISKS INVOLVED. THESE SECURITIES HAVE NOT BEEN REVIEWED OR RECOMMENDED BY ANY FEDERAL OR STATE SECURITIES COMMISSION OR REGULATORY AUTHORITY. FURTHERMORE, THE FOREGOING AUTHORITIES HAVE NOT CONFIRMED THE ACCURACY OR DETERMINED THE ADEQUACY OF THIS MEMORANDUM. ANY REPRESENTATION TO THE CONTRARY IS A CRIMINAL OFFENSE.

THE SECURITIES OFFERED HEREBY ARE SPECULATIVE AND AN INVESTMENT IN THE SECURITIES INVOLVES A HIGH DEGREE OF RISK. SEE THE SECTION ENTITLED "RISK FACTORS" HEREIN. INVESTORS MUST BE PREPARED TO BEAR THE ECONOMIC RISK OF THEIR INVESTMENT FOR AN INDEFINITE PERIOD OF TIME. THERE IS THE POSSIBILITY THAT THE PROCEEDS OF THIS OFFERING WILL BE INSUFFICIENT TO MEET THE INVESTMENT OBJECTIVES THE MANAGER HAS ESTABLISHED. BEFORE PURCHASING ANY OF THE UNITS OFFERED THROUGH THIS MEMORANDUM, THE MANAGER RECOMMENDS THAT EACH INVESTOR CONSULT WITH AN ATTORNEY, A FINANCIAL ADVISOR, AND/OR AN ACCOUNTANT TO DETERMINE IF THIS INVESTMENT IS SUITABLE FOR THEM.

THIS MEMORANDUM DOES NOT PURPORT TO BE ALL-INCLUSIVE OR CONTAIN ALL INFORMATION THAT A PROSPECTIVE INVESTOR MAY DESIRE IN INVESTIGATING THE COMPANY. EACH INVESTOR MUST RELY ON HIS OR HER OWN EXAMINATION OF THE COMPANY AND THE TERMS OF THIS OFFERING, INCLUDING THE MERITS AND RISKS INVOLVED IN MAKING AN INVESTMENT DECISION WITH RESPECT TO THE SECURITIES OFFERED.

THIS MEMORANDUM REFLECTS CONDITIONS OF THE COMPANY AS OF THE DATE HEREOF. CONDITIONS REGARDING THE AFFAIRS OF THE COMPANY MAY CHANGE.

INFORMATION IN THIS MEMORANDUM SHOULD NOT BE CONSIDERED TO BE LEGAL, BUSINESS, OR TAX ADVICE. EVERY PROSPECTIVE INVESTOR SHOULD CONSULT ITS OWN ATTORNEY, FINANCIAL ADVISOR, AND TAX ADVISOR ABOUT THIS INVESTMENT.

THE CLASS A UNITS AND CLASS B UNITS DESCRIBED HEREIN ARE OFFERED ONLY TO INVESTORS WHO MEET THE SUITABILITY STANDARDS ESTABLISHED BY THE MANAGER. THERE IS A POSSIBILITY OF CONFLICTS OF INTEREST ARISING BETWEEN THE CLASS A MEMBERS, CLASS B MEMBERS, THE MANAGER, OR CLASS C MEMBER.

PRIOR TO MAKING AN INVESTMENT DECISION, A PROSPECTIVE INVESTOR SHOULD REVIEW AND CONSIDER THIS ENTIRE MEMORANDUM. ANY DOCUMENTS OR EXHIBITS ATTACHED TO OR REFERENCED IN THIS MEMORANDUM ARE IMPORTANT TO YOUR UNDERSTANDING OF THIS INVESTMENT. THE MANAGER HIGHLY RECOMMENDS THAT YOU CAREFULLY READ ALL PROVIDED OR REFERENCED DOCUMENTS AND EXHIBITS, WHETHER ELECTRONIC OR HARD COPY, IN ADDITION TO READING THE TEXT OF THIS MEMORANDUM. IN THE EVENT THAT THE DESCRIPTIONS IN OR TERMS OF THIS MEMORANDUM ARE INCONSISTENT WITH OR CONTRARY TO THE DESCRIPTIONS IN OR TERMS OF THE LIMITED LIABILITY COMPANY AGREEMENT OR

MHPI000004

SUCH OTHER DOCUMENTS, THE LIMITED LIABILITY COMPANY AGREEMENT AND SUCH OTHER DOCUMENTS SHALL CONTROL.

THIS MEMORANDUM IS BASED ON INFORMATION PROVIDED BY THE MANAGER AND BY OTHER SOURCES THE MANAGER DEEMS RELIABLE. HOWEVER, THE MANAGER CANNOT PROVIDE ASSURANCES WHETHER THE INFORMATION PROVIDED BY THESE OTHER SOURCES IS ACCURATE OR COMPLETE.

THIS MEMORANDUM (TOGETHER WITH ANY EXHIBITS, AMENDMENTS OR SUPPLEMENTS AND ANY OTHER INFORMATION THAT MAY BE FURNISHED TO PROSPECTIVE INVESTORS BY THE MANAGER) INCLUDES OR MAY INCLUDE CERTAIN STATEMENTS, ESTIMATES, AND FORWARD-LOOKING PROJECTIONS WITH RESPECT TO THE ANTICIPATED FUTURE PERFORMANCE OF THE COMPANY. SUCH STATEMENTS, ESTIMATES, AND FORWARD-LOOKING PROJECTIONS REFLECT VARIOUS ASSUMPTIONS OF THE MANAGER THAT MAY OR MAY NOT PROVE TO BE CORRECT OR THAT MAY INVOLVE VARIOUS UNCERTAINTIES. NO REPRESENTATION IS MADE, AND NO ASSURANCE CAN BE GIVEN, THAT THE COMPANY CAN OR WILL ATTAIN THE MANAGER'S PROJECTED RESULTS. ACTUAL RESULTS MAY VARY, PERHAPS MATERIALLY, FROM SUCH PROJECTIONS.

ANY ADDITIONAL INFORMATION OR REPRESENTATIONS GIVEN OR MADE BY THE COMPANY OR THE MANAGER IN CONNECTION WITH THIS OFFERING, WHETHER ORAL OR WRITTEN, ARE SUPERSEDED IN THEIR ENTIRETY BY THE INFORMATION SET FORTH IN THIS MEMORANDUM AND ITS EXHIBITS (ALL OF WHICH ARE INCORPORATED HEREIN BY REFERENCE), INCLUDING, BUT NOT LIMITED TO, THE RISK FACTORS DESCRIBED HEREIN.

SECURITIES MAY BE SOLD THROUGH JUMPSTART SECURITIES, LLC, MEMBER FINRA, SIPC ("**JUMPSTART SECURITIES**"), SO LONG AS JUMPSTART SECURITIES IS NOT A DISQUALIFIED "BAD ACTOR" UNDER RULE 506(D) OF REGULATION D OF THE SECURITIES ACT OF 1933. JUMPSTART SECURITIES WILL ONBOARD AND PROCESS POTENTIAL INVESTORS, INCLUDING BUT NOT LIMITED TO RUNNING REASONABLE BACKGROUND CHECKS FOR ANTI-MONEY LAUNDERING, IRS TAX ID FRAUD AND PATRIOT ACT PURPOSES ("AML"), AS WELL AS COMPLYING WITH KNOW YOUR CUSTOMER ("KYC") RULES. JUMPSTART SECURITIES WILL NOT PROVIDE ANY INVESTMENT ADVICE NOR ANY INVESTMENT RECOMMENDATIONS TO ANY INVESTOR (DECLINING TO ACCEPT A TRANSACTION IS NOT CONSIDERED INVESTMENT ADVICE). JUMPSTART SECURITIES WILL CHARGE THE COMPANY CERTAIN CLEARING FEES FOR ITS SERVICES INCLUDING SUCH THINGS AS AML FEES, BACKGROUND CHECKS, FUNDS MOVEMENT, ESCROW, AND BROKERAGE FEES WHICH MAY BE DEDUCTED FROM AN INVESTORS' FUNDS PRIOR TO TRANSFERRING FUNDS TO THE COMPANY OR FOR WHICH THE MANAGER MAY BE REIMBURSED, IF SUCH FEES ARE ADVANCED BY THE MANAGER.

---

EACH PURCHASER, PRIOR TO HIS OR HER PURCHASE OF THE SECURITIES OFFERED HEREIN, SHALL HAVE THE OPPORTUNITY TO ASK QUESTIONS OF, AND RECEIVE ANSWERS FROM, A REPRESENTATIVE OF THE COMPANY BY CONTACTING ONE OF THE PERSONS LISTED BELOW DURING NORMAL BUSINESS HOURS, CONCERNING THE TERMS AND CONDITIONS OF THIS OFFERING AND TO OBTAIN ANY ADDITIONAL INFORMATION WHICH THE COMPANY POSSESSES OR CAN ACQUIRE WITHOUT UNREASONABLE EFFORT OR EXPENSE AS NECESSARY TO VERIFY THE ACCURACY OF INFORMATION FURNISHED IN THIS MEMORANDUM.

MHPI000005

PROSPECTIVE INVESTORS WHO WISH TO OBTAIN SUCH INFORMATION OR HAVE QUESTIONS SHOULD CONTACT:

RYAN SMITH
(888) 642-2007, Ext.  700
Ryan@ELEVATIONCG.com

JAMIE SMITH
(888) 642-2007, Ext.  720
Jamie@ELEVATIONCG.com

MHPI000006

| | EXECUTIVE SUMMARY | |
|---|---|---|
| **I.** | **Definitions** | Capitalized terms herein are described in the Definitions, Section of this Memorandum. References to <u>Sections</u> mean sections of this Memorandum. References to <u>Articles</u> mean sections of the Limited Liability Company Agreement of MHPI VII, LLC (the "**Agreement**"). |
| **II.** | **Company Information** | MHPI VII, LLC is a manager-managed Delaware limited liability company with three classes of Members. The Class A Members will be those Persons who make Capital Contributions to the Company by purchasing Class A Units via this Offering. The Class B Members will be those Persons who make Capital Contributions to the Company by purchasing Class B Units via this Offering. The Class A Members and Class B Members will have non-voting, except as otherwise specifically provided for in the Agreement, Interests in the Company. The Class C Member will have voting Interests in the Company in the form of Class C Interests, for a total Capital Contribution of $1,000. The Class C Member will receive distributable cash on account of its Class C Interests as described in <u>Section 4</u> and the Agreement. Class C Interests will not be sold to investors. |
| **III.** | **Manager Information** | The Manager of the Company is MHPI VII Manager, LLC, a Delaware limited liability company (the "**Manager**"). The Manager will directly manage the Company and oversee management of storage facilities and mobile home parks acquired by the Company (the "**Properties**"). |
| **IV.** | **Company Objectives** | MHPI VII, LLC (the "**Company**") has been formed to acquire storage facilities and mobile home parks through subsidiary single purpose entities. The Company shall form a subsidiary single purpose entity ("SPE") to take title to and own each Property that it will own directly. The Company may own all of such SPE as its sole member, or the Company may own a portion of such SPE if such Property was purchased by a joint venture, partnership, or other co-ownership arrangement formed by the Company for the purpose of acquiring, developing or improving such Property.<br><br>The Company may also co-invest with MHC America Fund, LLC or similar funds owning mobile home parks.<br><br>The Company will raise funds for acquisition of storage facilities and mobile home parks by selling Class A Units and Class B Units to potential Investors according to the investment objectives and policies stated herein. The Company anticipates generating distributable cash from operations and eventual sale of the Properties that it can share with its Members as Net Proceeds Available for Distribution. |

0073243\159265\3431558\12

MHPI000007

| EXECUTIVE SUMMARY | |
|---|---|
| **V.**     **Offering Terms** | The Units offered herein are exempt from securities registration under Regulation D, Rule 506(c) authorized by the Federal Securities and Exchange Commission. |
| | <u>CLASS A</u>: Each Class A Unit being offered to prospective Investors is priced at One Thousand Dollars ($1,000), although the Manager reserves the right to adjust the price at its sole discretion. The Minimum Investment Amount required of a single Investor is Two Hundred Fifty Thousand dollars ($250,000) (or the purchase of 250 Class A Units), although the Manager reserves the right to accept less than the Minimum Investment Amount from an Investor at its sole discretion. |
| |     **Loyal Investors**: In the event that a prospective Investor has subscribed to any Prior Funds, then such prospective Investor shall automatically receive Class A Units corresponding to such Member's subscription regardless of the subscription amount; provided that, such Member invests a minimum of Fifty Thousand dollars ($50,000), as the Class A Minimum Investment Amount is inapplicable to such Investors. |
| |     **Financial Advisors & Family Members**: in addition, certain prospective Investors, investing in concert with family members and/or  through the same Financial Advisor, may be able to satisfy the Class A Minimum Investment Amount with the purchase of fewer than 250 Class A Units, as described in <u>Section 2.5.1</u>. |
| | <u>CLASS B</u>: Each Class B Unit being offered to prospective Investors is priced at One Thousand Dollars ($1,000), although the Manager reserves the right to adjust the price at its sole discretion. The Minimum Investment Amount required of a single Investor is Fifty Thousand dollars ($50,000) (or the purchase of 50 Class B Units), although the Manager reserves the right to accept less than the Minimum Investment Amount from an Investor at its sole discretion. |
| | The Minimum Dollar Amount to be raised by the sale of Units is $1,000,000; the Maximum Dollar Amount is $25,000,000 (which may be extended to $50,000,000 at the discretion of the Manager). The Manager may, in its sole discretion, adjust the Unit Price based upon the net asset value of the Company, as such may be determined by the Manager from time-to-time based upon the Real Estate Asset Value and/or Appraised Property Value of the Properties, as applicable. |
| **VI.**     **Investor Qualifications** | Only Accredited Investors may purchase Units via this Offering. Each Investor must attest that it meets the Suitability |

MHPI000008

| | |
|---|---|
| | Standards detailed in <u>Section 1</u>. <br><br> Investors will be subject to the Manager's due diligence, which may include a background investigation to determine whether an Investor has committed certain prior "bad acts" (see <u>Section 1.2.4</u> hereof) or comparison with anti-money laundering lists (see <u>Section 1.5</u> hereof), to determine whether an Investor may be prohibited from investing in the Offering, or if the amount of their investment must be limited. |
| **VII.    Location of Funds** | During the Offering Period, funds collected from the sale of Units will be deposited in a bank account in the Company's name located at Bank of America, 2893 S. Orange Ave., Orlando, FL, 32806. <br><br> Funds may be held in a separate escrow account with Prime Trust, LLC pending Acceptance of an Investor's subscription, at the Manager's sole discretion. Jumpstart Securities is a registered Securities broker/dealer, who will act as a back-office escrow service provider (through Prime Trust, LLC) processing all Investor transactions and conducting Investor due diligence on behalf of the Company. |

MHPI000009

| EXECUTIVE SUMMARY | |
|---|---|
| **VIII.**　**Timing of the Offering** | The Offering commenced on April 1, 2017. If the Minimum Dollar Amount has not been raised by December 31, 2017, the Manager will not Break Impounds and all subscriptions, including any interest earned thereon, will be returned to Investors without deduction. The Manager may rescind the Offering for any reason prior to Breaking Impounds, or may terminate the Offering Period at any time. |
| | After the Minimum Dollar Amount has been raised, the Manager may keep the Offering open until the initial Maximum Dollar Amount is raised or until April 30, 2018 (whichever occurs first); although the Manager reserves the right, in its sole discretion, to extend the Offering Period until April 1, 2019 to achieve the Maximum Dollar Amount. In the event that the Manager extends the Offering Period, the Manager may, in its sole discretion, adjust the Unit Price based upon the net asset value of the Company, as such may be determined by the Manager from time-to-time based upon the Real Estate Asset Value and/or Appraised Property Value of the Properties, as applicable. |
| **IX.**　**Use of Proceeds** | Funds raised from this Offering will be used to acquire, develop, improve, lease, operate, maintain, finance, hold for investment, own and manage storage facilities and mobile home parks together with any other property, real or personal, related or incidental thereto and ultimately dispose of the Properties, and/or to pay Fees as compensation to the Manager, its Affiliates and/or third parties for services provided on behalf of the Company. |
| **X.**　**Distributions of Net Operating Cash Flow** | After the Preferred Returns have been paid, any remaining Net Operating Cash Flow shall be distributed 50% to the Class A and Class B Members, as a group, pro rata based upon each Member's relative Membership Interest, and 50% to the Class C Member. |
| **XI.**　**Distributions of Net Capital Event Proceeds** | (1) First, to the Members to the extent and in proportion with their Invested Capital Contributions until the aggregate amount distributed to such Members is sufficient to provide for a return of such Members' Invested Capital Contributions by the Company; (2) second, to the Class A Members and Class B Members, in proportion to the Class A Members' and Class B Members' accrued but undistributed Preferred Return; and (3) thereafter, 50.0% to the Class A and Class B Members, as a group, pro rata based upon each Member's relative Membership Interest, and 50.0% to the Class C Member. |
| **XII.**　**Distributions of** | All distributions of Refinancing Proceeds shall be distributed |

MHPI000010

| | |
|---|---|
| **Refinancing Proceeds** | as follows: 70% to the Class A and Class B Members, as a group, pro rata based upon each Member's relative Membership Interest, and 30% to the Class C Member. |
| **XIII.   Manager's Compensation** | The Manager will receive certain Fees as described in <u>Sections 3</u> and <u>5</u> hereof. All such Fees may be deferred, and accrued, until sufficient cash is available, without forfeiting any right to collect. |
| **XIV.   Risk Factors and Conflict of Interest** | Investment in the Company involves various risks, including certain risks associated with the lack of liquidity of the investment, risks associated with the real estate industry, regulatory risks, and federal income tax risks. The Manager, by virtue of holding Class C Interests and/or its Fees, may have certain conflicts of interest with the Class A Members and/or Class B Members as further described herein. |

MHPI000011

| EXECUTIVE SUMMARY | |
|---|---|
| **XV.      Liquidity** | An investment in Class A Units and/or Class B Units may be illiquid. Investors should be prepared to leave their funds invested in the Company until such time as all Properties are sold, which is anticipated to be on or before the tenth (10th) anniversary of the Company's inception, or longer. In addition to the sale of all Properties, the Manager expects to explore further liquidity options, which may include the sale of the Company, a potential Roll-Up Transaction, or other transactions. |
| | Although Members may be able to transfer their Interests on their own at a future date (subject to the terms described in the Agreement, Article XI), no Interests may be sold for at least one year after purchase. All Members must certify that they are buying the Interests for their own account and not with a view toward resale. |
| | Class C Memberships granted by the Manager are generally not saleable or transferable and may be revoked solely by action of the Manager without regard for the disassociation or transfer provisions of the Agreement. |
| **XVI.      Redemption** | In the event that an Investor wants to Transfer their Membership Interest, the Company shall have a right of first refusal to purchase any Membership Interest that Class A Members or Class B Members propose to Transfer, and such Membership Interest, if purchased by the Company, shall be sold at a price agreeable to the Manager and transferor, at the Manager's sole discretion. |
| **XVII.   Duration      of      the Investment** | The Manager expects that the Company will own and operate the Properties for up to 10 years or longer. Upon the sale of the last Property owned by the Company, the Company will be dissolved. |
| **XVIII.  Not  Suitable  for  1031 Exchange** | The Interests being offered herein (both Class A and Class B) are considered for IRS purposes to be personal property, partnership interests, and are thus, not suitable for 1031 exchange. Investors seeking to do a 1031 exchange should not invest in this Offering. |

NOTICE: THE CLASS A UNITS AND CLASS B UNITS ARE OFFERED TO INVESTORS WHO MEET THE SUITABILITY STANDARDS ESTABLISHED BY THE MANAGER. THE PURCHASE OF CLASS A UNITS AND/OR CLASS B UNITS INVOLVES SUBSTANTIAL RISKS. THERE IS THE POSSIBILITY THAT THE PROCEEDS OF THIS OFFERING WILL BE INSUFFICIENT TO MEET THE INVESTMENT OBJECTIVES AND POLICIES THE MANAGER HAS ESTABLISHED. THERE IS A POSSIBILITY OF CONFLICTS OF INTEREST ARISING BETWEEN THE CLASS A MEMBERS, CLASS B MEMBERS AND THE CLASS C

MHPI000012

MEMBER OR THE MANAGER. BEFORE PURCHASING ANY OF THE UNITS OFFERED VIA THIS MEMORANDUM, THE MANAGER STRONGLY RECOMMENDS THAT EACH INVESTOR CONSULT WITH AN ATTORNEY, A FINANCIAL ADVISOR, OR A REGISTERED INVESTMENT ADVISOR TO DETERMINE IF THIS INVESTMENT IS SUITABLE FOR SUCH INVESTOR.

MHPI000013

## HOW TO REVIEW THIS OFFERING

The **Offering Package**. This Offering includes a number of documents, all of which collectively comprise the Offering Package. Each document provided by the Manager contains information the Manager deems relevant to an Investor's decision to invest and has the specific purpose described below:

This **Private Placement Memorandum** essentially tells the "story" of this investment. This Memorandum and its Exhibits are important to an understanding of the securities being offered and the Company objectives. Legally, this Memorandum is the disclosure document required by the Securities and Exchange Commission ("SEC") and/or applicable State securities agency for a private placement Offering, as described in SEC's Guide 5 for real estate securities offerings. This Memorandum describes such considerations as the structure of the Company, projected Distributions to Investors, compensation to the Manager, the risks of investing, potential conflicts of interest, and a summary of how the Company will be operated, among other considerations. The rest of the documents comprising the Offering Package are identified as Exhibits to this Memorandum. Each of the Exhibits identified herein are either attached (if hard copy) or will be provided electronically by the Manager, and each Exhibit is hereby incorporated by reference as if fully set forth herein.

The **Limited Liability Company Agreement**, is <u>Exhibit 2</u> to this Memorandum. The Agreement describes how the Company will operate and be governed. Legally, it is the governing document for the Company operations and describes in detail the rights and duties of the Members and the Manager, how meetings and votes of the Members will be conducted, how and when Cash Distributions will be made, where the Company books and records will be kept, how disputes will be resolved, how Profits and Losses will be allocated and taxed, and how the Company will ultimately be dissolved. The Agreement is the contractual, enforceable agreement between the Members and the Manager as to operation of the Company. Whenever the term "Agreement" is used by itself, it refers to the Limited Liability Company Agreement. Each Member must review and sign the Agreement, hereby and thereby agreeing to be bound by its terms.

The **Subscription Booklet** is <u>Exhibit 3</u> to this Memorandum.  In order to invest, each Investor must review, complete, and execute the Subscription Booklet by clicking on the "InvestNow!" button found on such website address as is to be provided by the Manager and following the procedure to subscribe and send funds. Legally, the Subscription Booklet contains the Investor's representations and warranties as to its qualifications and suitability to invest in this Offering and the amount the Investor is planning to invest, and the Manager's acknowledgment of the investment.

**References.** Whenever references are made herein to a "<u>Section</u>" (when capitalized and underlined), they refer to sections of this Memorandum, except in <u>Section 15</u> hereof, where the word "Section" may refer to a section of the Appendices to the Agreement; references to "<u>Articles</u>" refer to specific clauses in the Agreement. The definitions of words or phrases capitalized throughout the documents are provided in <u>Section 14</u> hereof and <u>Article I</u> to the Agreement.

**Investors Must Conduct Their Own Due Diligence.**  Before making an investment decision, each prospective Investor should: (1) carefully read this Memorandum and each of the Exhibits in the order set forth in <u>Section 11.5</u>, (2) ask the Manager any questions the Investor may have, and (3) consult with the Investor's financial advisors as the Investor deems necessary to determine the suitability of this investment opportunity for the Investor.

MHPI000014

## Table of Contents

1.   SUITABILITY STANDARDS............................................................................................................ 1
1.1   **Duration of Investment** ..................................................................................................... 1
1.2   **Investor Qualifications; Accredited Investors Only** ....................................................... 1
1.3   **Investment Unsuitable for 1031 Exchange** ..................................................................... 5
1.4   **Restrictions Imposed by the USA PATRIOT Act** .............................................................. 5
1.5   **ERISA Considerations** ........................................................................................................ 6
1.6   **Subscriptions Subject to Review and Acceptance by the Manager** ............................ 6
1.7   **Subscriptions Will Be Processed by Jumpstart Securities** ......................................... 6

2.   SUMMARY OF THE COMPANY..................................................................................................... 7
2.1   **Limited Liability Company** ................................................................................................ 7
2.2   **Sponsor** ................................................................................................................................ 7
2.3   **Manager** ............................................................................................................................... 7
2.4   **Term of the Company** ........................................................................................................ 7
2.5   **Three Classes of Members** ............................................................................................... 7
2.6   **Timing of the Offering** ...................................................................................................... 9
2.7   **Closings** ............................................................................................................................... 9
2.8   **Voting Rights of Class A and Class B Members** ........................................................... 10
2.9   **Ownership Structure** ........................................................................................................ 10
2.10  **Property Manager** ............................................................................................................ 10
2.11  **Investment Objective** ...................................................................................................... 11
2.12  **Borrowings** ....................................................................................................................... 11
2.13  **Depreciation Method to Be Used** .................................................................................. 11
2.14  **Company Is Self-Liquidating** ......................................................................................... 11
2.15  **Definition of Terms** ......................................................................................................... 11

3.   SOURCE AND USE OF PROCEEDS ............................................................................................ 12
4.   DISTRIBUTIONS TO MEMBERS ................................................................................................ 13
4.1   **Distributions of Net Operating Cash Flow** ................................................................... 14
4.2   **Distributions of Net Capital Event Proceeds** .............................................................. 15
4.3   **Distributions of Refinancing Proceeds** ........................................................................ 15
4.4   **Distributions on Dissolution and Termination** ........................................................... 15
4.5   **Clawback** ........................................................................................................................... 15

5.   COMPENSATION TO THE MANAGER, ITS MEMBERS, AFFILIATES, AND/OR THIRD PARTIES ......................... 16
5.1   **Fees Paid to Manager or Third Parties** ......................................................................... 16

6.   CONFLICTS OF INTEREST .......................................................................................................... 18
6.1   **Manager May Be Involved in Similar Investments** ..................................................... 18
6.2   **Manager May Have Interests in Similar Property** ....................................................... 18
6.3   **Manager May Act on Behalf of Others** .......................................................................... 19
6.4   **Manager May Raise Capital for Others** ......................................................................... 19
6.5   **Manager's Compensation May Create a Conflict** ......................................................... 19
6.6   **The Manager May Hire Affiliates or Delegates** ............................................................ 19
6.7   **No Arms-Length Negotiation** .......................................................................................... 19

7.   DUTIES OF MANAGER TO THE MEMBERS; INDEMNIFICATION ........................................ 19

MHPI000015

| 7.1 | **Fiduciary Duty of the Manager to the Company** | 19 |
| 7.2 | **Indemnification of Manager** | 20 |
| | | |
| 8. | RISK FACTORS | 20 |
| 8.1 | **Risk Factors Related to the Company** | 20 |
| 8.2 | **Risks Related to Owning Real Estate** | 28 |
| 8.3 | **Risks Related to Owning Storage Facilities** | 30 |
| 8.4 | **Risks Related to Owning Mobile Home Parks** | 34 |
| 8.5 | **Risks Related to Properties Acquired by the Company** | 37 |
| 8.6 | **Risk Factors Involving Income Taxes** | 39 |
| | | |
| 9. | PRIOR PERFORMANCE OF THE COMPANY, THE MANAGER AND AFFILIATES | 43 |
| 9.1 | **History of the Company and Manager** | 43 |
| 9.2 | **Financial Statements of the Company** | 46 |
| | | |
| 10. | INVESTMENT OBJECTIVES AND POLICIES | 46 |
| 10.1 | **Acquire and Dispose of Storage Facilities and Mobile Home Parks** | 46 |
| 10.2 | **Provide Members Real Estate Investment Opportunities** | 47 |
| 10.3 | **Provide Members with Limited Liability** | 47 |
| 10.4 | **Anticipated Property Holding Periods** | 47 |
| 10.5 | **Provide Distributions to Members** | 47 |
| 10.6 | **Provide for Self-Liquidation** | 47 |
| 10.7 | **Allow Class A Members and Class B Members Minimal Involvement in Management** | 47 |
| 10.8 | **Keep Members Apprised of Property Affairs** | 48 |
| 10.9 | **Roll-Up Transactions** | 48 |
| | | |
| 11. | ADDITIONAL INFORMATION AND EXHIBITS | 48 |
| 11.1 | **Form of the Loan and Deed of Trust or Mortgage** | 48 |
| 11.2 | **Title Insurance** | 48 |
| 11.3 | **Insurance Policy** | 48 |
| 11.4 | **Other Documents** | 48 |
| 11.5 | **Exhibit List** | 48 |
| | | |
| 12. | FEDERAL TAXES | 49 |
| 12.1 | **United States Federal Income Taxes** | 49 |
| 12.2 | **Treatment as a Partnership** | 49 |
| 12.3 | **Restrictions on Deductibility of Expenses** | 50 |
| 12.4 | **Special Limitation on the Deductibility of Interest** | 50 |
| 12.5 | **Phantom Income** | 50 |
| 12.6 | **Tax-Exempt Investors** | 50 |
| 12.7 | **Annual Tax Information** | 50 |
| 12.8 | **Non-United States Investors** | 51 |
| 12.9 | **State and Local Taxes** | 52 |
| 12.10 | **Non-United States Taxes** | 52 |
| | | |
| 13. | CERTAIN ERISA CONSIDERATIONS | 52 |
| 14. | DEFINITIONS | 53 |
| 15. | SUMMARY OF LIMITED LIABILITY COMPANY AGREEMENT | 60 |
| 15.1 | **Organizational Matters and Purpose (Articles II and III)** | 60 |

MHPI000016

**15.2   Capital Contributions (Article IV)** ........................................................................60

**15.3   Distributions (Article V)** ..........................................................................................60

**15.4   Management of the Company (Article VII)** ............................................................60

**15.5   Rights and Obligations of Members, Books, Records, and Accounting and Tax Matters (Articles VIII, IX and X)** ..........................................................................61

**15.6   Transfer of Membership Interests (Article XI)** .....................................................62

**15.7   Voting Rights, Meetings of the Company, and Amendments to the Agreement (Article XII)** ..............................................................................................................63

**15.8   Removal or Withdrawal of the Manager (Article XIII)** ......................................63

**15.9   Dissolution and Liquidation (Article XIV)** ...........................................................63

**15.10  General Provisions (Article XV)** ...........................................................................64

16.   OFFERING EXEMPT FROM REGISTRATION ...............................................................64

17.   INTEGRATION ..................................................................................................................64

18.   LIMITED TIME OFFERING ...............................................................................................64

**Exhibits:**

1.   Certificate of Formation

2.   Limited Liability Company Agreement

3.   Subscription Booklet

MHPI000017

1.    **SUITABILITY STANDARDS**

The Manager has established Suitability Standards for the protection of all Members as the success of a group investment is often enhanced if all of the Members share a common investment goal, have similar investment experience, and similar financial capabilities. The Manager has established the following Suitability Standards for an investment in the Company after considering the following factors, which must also be considered by potential investors:

- An investment in real estate has many risk factors associated with it, thus an investment in the Company involves the risk that Investors may suffer a complete loss of their investment.

- An investment in the Company has little, if any liquidity. It is unlikely that a market for the resale of Interests will exist. Investors should be prepared to continue in the investment until disposition of all Assets and/or Property owned by the Company and the Company is dissolved.

- Federal and State income taxes will affect an investment in the Company. Investors should consider the taxable income (Losses) projected for Property owned by the Company and should understand the importance of their marginal tax bracket in terms of any tax liability (savings) projected to be received.

- The Company intends to use funds raised from investment in Units to acquire Property that may accrue equity during its period of ownership by the Company. However, it is possible that no equity will be realized due to such things as:

  o  Fluctuating real estate market conditions in the areas where Property is located;

  o  Longer than anticipated holding periods;

  o  Greater holding costs than anticipated, including property management, marketing, rehabilitation, and/or closing costs;

  and in that event, no equity may be available for Cash Distribution to the Class A Members and/or Class B Members on disposition of a Property.

## 1.1    Duration of Investment

An investment in the Company should be considered long-term in nature. Investors should be in a financial position that will enable Investors to hold its Class A or Class B Interests for the duration of the Company, which is projected as up to ten (10) years, or longer.

## 1.2    Investor Qualifications; Accredited Investors Only

The Company is offering Units to Investors under an exemption from securities registration afforded by Regulation D, Rule 506(c), which requires the Manager to take "reasonable steps" to verify that each Investor is "Accredited," prior to allowing them Acceptance to the Company. There are eight (8) separate definitions of Accredited Investors, under which an Investor may qualify, each of which is provided below, along with the documents the Investor must provide to demonstrate its qualifications to invest in this Offering:

### 1.2.1    *Accredited Definition for Individuals; Verification Documents*

MHPI000018

**Definition:** Individual Investors who wish to purchase Units must provide verification that they meet one of the following Suitability Standards as an Accredited Investor as defined by SEC Rules 501 and 506; 17 CFR 230.501(a);

- A natural person whose individual net worth or joint net worth with that person's spouse, at the time of the purchase of the Units, exceeds One Million Dollars ($1,000,000), disregarding any positive equity in their personal residence. Note, however, that as of February 27, 2012, any loans against the personal residence taken out within the sixty (60) days prior to a subscription and any negative equity in the personal residence, (as determined by the Investor), must be considered in the calculation of net worth; or

- A natural person who had individual income in excess of Two Hundred Thousand Dollars ($200,000) in each of the two most recent years or joint income with that person's spouse in excess of Three Hundred Thousand Dollars ($300,000) in each of those years and has a reasonable expectation of reaching the same income level in the current year;

- For an entity such as an Individual Retirement Account (IRA) or Self Employed Person (SEP) Retirement Account, all of the beneficial owners must meet one of the above standards. The beneficial owners may be either natural persons or other entities as long as each meets one of the definitions of an Accredited Investor per bullets 1 or 2 above.

**Verification:** Under the Regulation D, Rule 506(c) exemption from registration, the Manager (or a third party verification service) will verify an individual Investor's qualifications by examination of documents from one of the following sources:

- **Income-Based Verification** - Copies of any IRS document that shows income (W-2, K-1, 1099, 1040, etc.) for the two most recent years, along with written verification that Investor will reach accredited limits in the current year.

- **Net Worth-Based Verification** - A copy, within the past three (3) months, of the following: bank statements, brokerage statements and other statements of securities holdings, certificates of deposit, tax assessments and appraisal reports issued by independent third parties; a credit report from at least one of the nationwide consumer reporting agencies is required; and written statement from the Investor that all liabilities necessary to make a determination of net worth have been disclosed.

- **Third-Party Verification** - Written confirmation from a registered broker-dealer, an SEC-registered investment adviser, a licensed attorney, or a certified public accountant that such Person has taken reasonable steps to verify that the purchaser is an Accredited Investor within the prior three months and has determined that such purchaser is an Accredited Investor.

- **Foreign Investor Verification** - Written certification that such individual Investor is not a U.S. Person in accordance with the Securities Act and that such Investor agrees to resell the Units only in accordance with the Securities Act, or pursuant to an available exemption from registration, in addition to either: (a) a copy, within the past three (3) months, of the following: bank statements, brokerage statements and other statements of securities holdings, certificates of deposit, tax assessments and appraisal reports issued by independent third parties; a credit report from at least one of the nationwide consumer reporting agencies is required; and written statement from the Investor that all liabilities necessary to make a determination of net worth have been disclosed; or (b) written confirmation from a registered broker-dealer, an SEC-

MHPI000019

registered investment adviser, a licensed attorney, or a certified public accountant that such Person has taken reasonable steps to verify that the purchaser is an Accredited Investor within the prior three months and has determined that such purchaser is an Accredited Investor.

### 1.2.2   *Accredited Definition for Legal Entities; Verification Documents*

**Definition:** Investors (other than natural persons) who wish to purchase Units in this Offering, must provide verification that they meet one of the following Suitability Standards as defined by SEC Rules 501 and 506; 17 CFR 230.501(a);

- A charitable organization, corporation, or partnership with assets exceeding Five Million Dollars ($5,000,000). Management must provide:

  - A copy of the formation Certificate and Agreement, and a company resolution or other document authorizing the investment signed by the requisite parties identified in the Agreement; and

  - Documentation that the company has over Five Million Dollars ($5,000,000) in Assets such as a bank statement, or financial statement showing its assets and liabilities.

- A business in which all the equity owners are Accredited Investors. Management must provide:

  - A copy of the formation Certificate and Agreement, and a company resolution or other document from the entity authorizing the investment, signed by the requisite parties identified in the Agreement; and

  - Documentation from each of the equity owners demonstrating that all of the equity owners are Accredited Investors[2], or a statement to that effect from a CPA, attorney or registered investment advisor who has examined their qualifications within the last ninety (90) days.

- For an entity such as an Individual Retirement Account (IRA) or Self Employed Person (SEP) Retirement Account, all of the beneficial owners must meet one of the above standards for an Accredited Investor.

- For a revocable trust (including a revocable trust formed for the specific purpose of acquiring an interest in the Company and/or a revocable trust with assets less than Five Million Dollars ($5,000,000)), the grantor or settlor of such trust must meet one of the above standards for an Accredited Investor.

- A trust with assets in excess of Five Million Dollars ($5,000,000) that was not formed to acquire the Units. The custodian, trustee or agent for the trust must provide:

  - A copy of the trust, agency or other agreement and a document authorizing the investment signed by the requisite parties identified in the Agreement, and

  - Documentation that the trust qualifies as an Accredited Investor because: (a) it has over Five Million Dollars ($5,000,000) in Assets, **and (**b) that it was not formed to acquire the

---

[2] See Section 1.2.1(Verification) for acceptable documentation from individual equity Investors.

MHPI000020

interests; or all of the holders of beneficial interests are verified as Accredited Investors per <u>Section 1.2.1</u> above.

- A bank, insurance company, registered investment company[3], business development company[4], or small business investment company[5]. Management must provide:

    - Documentation proving its designation as such and a document signed by the requisite Persons authorizing the investment.

- An employee benefit plan, within the meaning of the Employee Retirement Income Security Act, if a bank, insurance company, or registered investment adviser makes the investment decisions, or if the plan has total assets in excess of Five Million Dollars ($5,000,000).

    - If an employee benefit plan, within the meaning of the Employee Retirement Income Security Act, a bank, insurance company, or registered investment adviser must sign the Subscription Agreement on behalf of the Investor, or provide other documentation that the plan has total assets in excess of Five Million Dollars ($5,000,000).

### 1.2.3    Verification Procedure

Individuals who wish to invest in this Offering will be required to provide verification of their qualifications by one of the means identified in <u>Sections 1.2.1</u> or <u>1.2.2</u> above, as directed by the Manager. Please contact the Manager to determine the appropriate means of verification for your circumstances prior to sending any documents.

### 1.2.4    Restrictions Imposed by Regulation D, Rule 506(d); Bad Actor Prohibition

Regulation D, Rule 506(d) was adopted by the SEC under the JOBS Act on September 23, 2013. Rule 506(d) pertains to Investors who acquire more than twenty percent (20%) of the voting (equity) interests in companies seeking an exemption from securities registration under Rule 506. Such Investors are deemed "covered persons". If such Investors have been subject to certain "disqualifying events" (as defined by the SEC), the Investor must either: (a) disclose such events to other Investors (if the disqualifying event occurred before September 23, 2013); or (b) own less than twenty percent (20%) of the voting (equity) Interests in the Company (if the disqualifying event occurred after September 23, 2013), and (c) and such Investor may not participate in management or fundraising for the Company. Disqualifying events are broadly defined to include such things as criminal convictions, citations, cease and desist or other final orders issued by a court, state or federal regulatory agency related to financial matters, Investors, securities violations, fraud, or misrepresentation.

Investors or other covered persons who do not wish to be subject to this requirement should: (a) acquire less than twenty percent (20%) of the voting Interests in the Company (or ensure that the Interests such Investors acquire are non-voting), and (b) abstain from participating in management or fundraising for the Company. Covered persons have a continuing obligation to disclose disqualifying events both: (a) at the time such persons are Accepted to the Company, and (b) when such disqualifying event occurs (if later), for so long as such persons are participating in the

---

[3] Per The Investment Company Act of 1940, Section 3.

[4] Per The Investment Company Act of 1940, Section 54.

[5] A private investment company licensed by the Small Business Administration.

MHPI000021

Company. Failure to do so may cause the Company to lose its Rule 506 securities exemption. A Member who becomes subject to the provisions of this Section 1.2.4 and fails to report it to the Company may be responsible for any damages the Company suffers, as a result.

## 1.3   Investment Unsuitable for 1031 Exchange

The limited liability company Interests being offered in this investment are ineligible for a 1031 exchange. An Investor who may be interested in purchasing or subsequently disposing of its Interest by means of a tax-deferred exchange should not invest in this Offering.

## 1.4   Restrictions Imposed by the USA PATRIOT Act

### 1.4.1   Investor Identification Program

To help the government fight the funding of terrorism and money laundering activities, Federal law requires the Manager to obtain, verify, and record information that identifies each Person who subscribes to this Offering.

**What this means for you:** When you subscribe to this Offering, the Manager may ask for your name, address, date of birth, state and country of residency, and other information that will allow the Manager to identify you (and every Investor whom your funds represent). The Manager may also ask to see your driver's license or other government-issued identifying documents. If you are a non-US Person (i.e., someone who is not a U.S. citizen, a U.S. resident alien, or a Person living in the U.S. at the time of Subscription), additional identification information issued by your country of residence will be required. If you are unable or unwilling to provide all of the requested information, the Manager may deny your Subscription to this Offering.

Foreign Investors should inquire of the Manager for a complete list of identifying information that will be required. Additionally, foreign Investors may be required to complete a Supplemental Offeree Questionnaire.

### 1.4.2   Prohibited Transactions with Certain Foreign Investors

The Class A Units and Class B Units may not be offered, sold, transferred or delivered, directly or indirectly, to any person who:

- Is named on the list of "specially designated nationals" or "blocked persons" maintained by the U.S. Office of Foreign assets Control ("OFAC") at http://www.ustreas.gov/offices/enforcement/ofac/sdn/ or as otherwise published from time to time; and

- (1) An agency of the government of a Sanctioned Country, (2) an organization controlled by a Sanctioned Country, or (3) a person residing in a Sanctioned Country, to the extent subject to a sanctions program administered by OFAC. A "Sanctioned Country" shall mean a country subject to a sanctions program identified on the list maintained by OFAC and available at the following location  http://www.ustreas.gov/offices/enforcement/ofac/sdn/  or as otherwise published from time to time.

In addition, Interests in the Company may not be offered, sold, transferred or delivered, directly or indirectly, to any person who:

MHPI000022

- Has more than fifteen percent (15%) of its assets in Sanctioned Countries; or

- Derives more than fifteen percent (15%) of its operating income from investments in, or transactions with Sanctioned Persons or Sanctioned Countries.

NOTE: THE MANAGER MAY CHECK YOUR NAME(S) AGAINST THESE LISTS. IF YOU DO NOT MEET THE REQUIREMENTS DESCRIBED ABOVE, DO NOT READ FURTHER AND IMMEDIATELY RETURN THIS MEMORANDUM TO THE COMPANY OR THE APPLICABLE MEMBER OF THE SELLING GROUP. IN THE EVENT YOU DO NOT MEET SUCH REQUIREMENTS, THIS MEMORANDUM SHALL NOT CONSTITUTE AN OFFER TO SELL INTERESTS TO YOU.

## 1.5    ERISA Considerations

The Company will accept investments by employee benefit plans subject to ERISA, including Individual Retirement Accounts (IRAs). ERISA rules state that, unless exempt, when benefit plans own twenty-five percent (25%) or more of the total value of any class of Interests offered by the Company, the Interests may be deemed a "Plan Asset", which could subject the Company to additional fiduciary responsibilities, independent auditing, and reporting requirements. However, the Manager believes that the Assets of the Company will not constitute Plan Assets within the meaning of the Department of Labor Regulations under an exemption available when fifty percent (50%) or more of the Assets owned and operated by the Company are real estate investments.

## 1.6    Subscriptions Subject to Review and Acceptance by the Manager

The Manager will review the documents to ensure that:

- All Investors have testified that they meet the Suitability Standards established by the Company set forth in this Section;

- Each Investor has executed and submitted the signature and contact information pages of the Agreement by clicking on the "InvestNow!" button found on such website address as is to be provided by the Manager and following the procedure to subscribe and send funds; and

- Each Investor has completely filled out the Subscription Booklet by clicking on the "InvestNow!" button found on such website address as is to be provided by the Manager and following the procedure to subscribe and send funds and that the information provided is consistent with the Manager's understanding of the Investor's financial circumstances.

Documents presented by Investors who do not meet the Suitability Standards established by the Manager, or which have not been properly completed, will be promptly rejected or returned for correction, as applicable. Prior to Acceptance, the Manager reserves the right, in its sole discretion, to refuse a subscription from any prospective Investor and/or to request additional information to verify an Investor's suitability for the Offering.

By first-class mail, postage prepaid, facsimile or e-mail, the Manager will indicate Acceptance of the Subscription in writing by issuing a "Receipt and Acknowledgement" to each Member.

## 1.7    Subscriptions Will Be Processed by Jumpstart Securities

MHPI000023

The Manager will sign an agreement with Jumpstart Securities (through Prime Trust, LLC) to act as its back-office escrow service provider with respect to this Offering. Jumpstart Securities will collect all documents and Subscriptions and conduct investor due diligence on behalf of the Company. Investors must follow the instructions in the Subscription Agreement with respect to providing the requested investor due diligence documents and sending the Investor's investment to the Company.

## 2.  SUMMARY OF THE COMPANY

### 2.1  Limited Liability Company

The name and initial address of the Company is:

MHPI VII, LLC
c/o MHPI VII Manager, LLC
18552 MacArthur Blvd.
Irvine, CA 92612

### 2.2  Sponsor

The Sponsor of the Company is Elevation Events, LLC (d/b/a Elevation Capital Group), a Florida limited liability company ("**Elevation Capital Group**" or the "**Sponsor**").

### 2.3  Manager

MHPI VII, LLC (hereinafter, the "**Company**") is a Delaware, manager-managed limited liability company. The initial Manager of the Company is MHPI VII Manager, LLC, a Delaware limited liability company (hereinafter, the "**Manager**").

The Manager maintains its office at:

MHPI VII Manager, LLC
18552 MacArthur Blvd.
Irvine, CA 92612

### 2.4  Term of the Company

The Company commenced upon the filing of its Certificate of Formation in accordance with the Limited Liability Company Act of the State of Delaware and shall be perpetual unless sooner terminated under the provisions found in Article XIV of the Agreement.

### 2.5  Three Classes of Members

Every Class A and Class B Member will be required to complete, execute and submit an original Signature Page of the Agreement, the form of which is attached hereto as Exhibit 2, by clicking on the "InvestNow!" button found on such website address as is to be provided by the Manager and following the procedure to subscribe and send funds. The Manager will maintain an updated list of Members.

Initially, a minimum of five thousand (5,000) and a maximum of up to twenty-five thousand (25,000) Units will be offered to Investors. Purchasers of the Class A Units shall become Class A

MHPI000024

Members of the Company. Purchasers of the Class B Units shall become Class B Members of the Company.

The Manager reserves the right, in its sole discretion, to accept less than the Minimum Investment Amount from a single Investor in order to achieve the Minimum Dollar Amount and Break Impounds (i.e., use Investor funds), or to achieve either the Maximum Dollar Amount and close the Offering.

The Units will be offered on a "best efforts" basis (which means that there is no guarantee that any minimum amount will be sold) through participating brokers who are members of the Financial Industry Regulatory Authority, Inc. ("FINRA") (collectively "**Financial Advisors**").  The Financial Advisors will use their best efforts during the Offering Period to find eligible persons who desire to subscribe for the purchase of Units from the Company.

### 2.5.1    Class A Members

Each Class A Unit being offered to investors is priced at One Thousand Dollars ($1,000). The Minimum Investment Amount required of a single Investor is Two Hundred Fifty Thousand dollars ($250,000) (or the purchase of 250 Class A Units) (the "**Class A Minimum Investment Amount**"), although the Manager reserves the right, in its sole discretion, to accept less than the Class A Minimum Investment Amount from an Investor.

- <u>Loyal Investors</u>:  Notwithstanding the Class A Minimum Investment Amount required of a single Investor to receive Class A Units and/or anything to the contrary in this Memorandum, in the event that a prospective Investor has subscribed to any Prior Funds, then such prospective Investor shall automatically receive the number of Class A Units, at the Unit Price, corresponding to such Member's subscription made pursuant to this Offering regardless of the subscription amount; provided that, such Member invests a minimum of Fifty Thousand dollars ($50,000), as the Class A Minimum Investment Amount is inapplicable to such Investors.

- <u>Financial Advisors</u>:  Notwithstanding the Class A Minimum Investment Amount required of a single Investor to receive Class A Units and/or anything to the contrary in this Memorandum, a group of Investors purchasing Units through the same Financial Advisor may combine all such Subscriptions for determining the Class A Minimum Investment Amount for any individual Investor thereunder. To the extent that such group of Investors purchasing Units through the same Financial Advisor collectively satisfies the Class A Minimum Investment Amount of Two Hundred Fifty Thousand dollars ($250,000), each individual Investor thereunder will receive the number of Class A Units, at the Unit Price, corresponding to such individual Investor's pro rata share of the combined Subscriptions for such group.

- <u>Family Members</u>:  Notwithstanding the Class A Minimum Investment Amount required of a single Investor to receive Class A Units and/or anything to the contrary in this Memorandum, for the purposes of determining the Class A Minimum Investment Amount, a "single Investor" will include an individual, his or her spouse, and their descendants, who purchase the Units for his or her or their own accounts, and all pension or trust funds established by each such individual. To the extent that such a "single Investor" satisfies the Class A Minimum Investment Amount of Two Hundred Fifty Thousand dollars ($250,000), each individual Investor thereunder will receive the number of Class A Units, at the Unit Price, corresponding to such individual Investor's pro rata share of all Subscriptions made by such "single Investor."

### 2.5.2    Class B Members

0073243\159265\3431558\12

MHPI000025

Each Class B Unit being offered to investors is priced at One Thousand Dollars ($1,000). The Minimum Investment Amount required of a single Investor is Fifty Thousand dollars ($50,000) (or the purchase of 50 Class B Units) (the "**Class B Minimum Investment Amount**"), although the Manager reserves the right, in its sole discretion, to accept less than the Class B Minimum Investment Amount from an Investor.

### 2.5.3    The Class C Member

MHPI VII Class C, LLC, a Delaware limited liability company, will retain ownership of one hundred percent (100%) of the voting Interests in the Company, as Class C Interests in exchange for a total Capital Contribution of $1,000. The rights, duties and composition of MHPI VII Class C, LLC's manager and members are described in its own, separate operating agreement as may be amended from time to time.

The members of MHPI VII Class C, LLC (as individuals and/or their Affiliates), may also be allowed to purchase Class A Units and Class B Units at the same price offered to the Class A Investors and Class B Investors, respectively, although the members of the Class C Member will be allowed to purchase less than the Minimum Investment Amount required of other Class A Investors and Class B Investors, respectively.

## 2.6    Timing of the Offering

The Offering commenced on April 1, 2017. If the Minimum Dollar Amount has not been raised by December 31, 2017, the Manager will not Break Impounds and all funds, including any interest earned thereon, will be returned to Investors without deduction.

The Offering may remain open until the Maximum Dollar Amount is raised or April 30, 2018, whichever occurs first, however, the Manager may, in its sole discretion, extend the Offering Period until April 1, 2019 to achieve the Maximum Dollar Amount (the "**Termination Date**").

The Manager may, in its sole discretion, adjust the Unit Price based upon the net asset value of the Company, as such may be determined by the Manager from time-to-time based upon the Real Estate Asset Value and/or Appraised Property Value of the Properties, as applicable. The Manager may, in its sole discretion, rescind the Offering for any reason prior to Breaking Impounds, or may terminate the Offering at any time.

## 2.7    Closings

The Company is offering subscriptions for Class A Units and Class B Units on a "best efforts" basis until the Maximum Dollar Amount of this Offering is received by the Company, or the Termination Date, whichever occurs first. The initial closing may not be held until such time as subscriptions for the Minimum Dollar Amount of this Offering have been received by the Company. All subscription amounts are to be paid via check made payable to "Prime Trust, LLC, as Escrow Agent for MHPI VII, LLC" or via wire into the Company's escrow account with Prime Trust, LLC. The Company will provide wire instructions upon request.

All subscription amounts will be held in a separate escrow account with Prime Trust, LLC until deployed at the Manager's sole discretion, whereupon such subscriptions will either be: (a) Accepted by the Company and begin to accrue the Preferred Return described in Section 4.1 below; or (b) returned to the Investor.

MHPI000026

**2.8**   **Voting Rights of Class A and Class B Members**

The Class A Units and Class B Units offered for sale to prospective Members of the Company pursuant to this Memorandum have limited voting rights. Except as expressly provided in Article 12.3 of the Agreement, the Class A Members and/or the Class B Members have no other voting rights. Pursuant to Article 12.3 of the Agreement, a vote of at least seventy five percent (75%) of the Class A Members', Class B Members' and Class C Member's Interests, as a group, will be required to substantively amend the Agreement.

**2.9**   **Ownership Structure**

MHPI VII, LLC (the "Company") has been formed to acquire storage facilities and mobile home parks through subsidiary single purpose entities. The Company shall form a subsidiary single purpose entity ("SPE") to take title to and own each Property that it will own directly. The Company may own all of such SPE as its sole member, or the Company may own a portion of such SPE if such Property was purchased by a joint venture, partnership, or other co-ownership arrangement formed by the Company for the purpose of acquiring, developing or improving such Property. Suitable property will be determined in the sole discretion of the Manager. The Company may also co-invest with MHC America Fund, LLC or similar funds owning mobile home parks.

At the Manager's option, the Company may enter into a joint venture with one or more joint venturer(s) or co-investment partner(s) (who may be Affiliates of the Manager) for the purchase of individual Properties. In the event that the Company enters into a joint venture, partnership, or other co-ownership arrangement for the acquisition, development or improvement of any Properties, then depending upon the Company's interest in the joint venture, partnership, or other co-ownership arrangement, MHPI VII Manager, LLC (the Manager) may or may not retain management control over any such joint venture, partnership, or other co-ownership arrangement; provided, however, in no such arrangement where the Manager (or a member of the Manager) does not retain management control over the joint venture, partnership, or other co-ownership arrangement will the Manager invest greater than twenty percent (20%) of the Company's Assets. Notwithstanding the foregoing of this Section 2.9, in the event that more than twenty percent (20%) of the Company's Assets become invested in any joint venture, partnership, or other co-ownership arrangement in which the Manager does not retain management control, then the Manager shall use all reasonable efforts to obtain management control over such joint venture, partnership, or other co-ownership arrangement and/or ensure, within a reasonable time, that less than or equal to twenty percent (20%) of the Company's Assets remain invested in such joint venture, partnership, or other co-ownership arrangement.

**2.10**   **Property Manager**

The Company will enter into a property management agreement with Dahn Corporation, a California corporation, to manage the day-to-day operations of the Company's storage facilities and mobile home parks (each a "**Property Management Agreement**"). Pursuant to the terms of the Property Management Agreement, the Company will appoint Dahn Corporation, Inc. or an Affiliate (collectively, the "**Property Manager**") to serve as the onsite manager to manage each of the Company's Properties.

The Property Manager will receive a property management fee equal to 5.0% of the gross revenues generated by each Property.  The Property Manager will also receive a construction management fee equal to (i) 5.0% of any amount expended for construction or repair projects with respect to

MHPI000027

any Property (including related professional services) up to $50,000; (ii) 4.0% of any amount expended for construction or repair projects with respect to any Property (including related professional services) over $50,000 and less than $100,000; and (iii) 3.0% of any amount expended for construction or repair projects with respect to any Property (including professional services) over $100,000; provided, however, no construction management fee will be payable on any construction related to the development of a Property.

## 2.11   Investment Objective

The success of the Company depends upon the Company's ability to acquire, finance, manage, and dispose of storage facilities and mobile home parks in such a manner as to provide its Members with a return on their investment. The Company's objective is to achieve a blended overall cash on cash return of at least twenty percent (20%) per year over the life of the fund for each Class A Member and at least eighteen percent (18%) per year over the life of the fund for each Class B Member; provided, however, there can be no assurance of the results which can be achieved.

## 2.12   Borrowings

The Manager intends to leverage the Company's equity in connection with the acquisition of the Properties and/or, when appropriate and desirable as determined in the sole discretion of the Manager, the refinancing of Company Properties. The Manager anticipates that bank or seller financing will generally account for between approximately sixty percent (60%) and seventy percent (70%) of the gross fair market value of each Property.

## 2.13   Depreciation Method to Be Used

The Company will apply the current cost recovery depreciation rules to the improved portion of each Property according to the relevant Code sections, namely: straight-line, using a 27.5-year useful life for residential property and thirty-nine (39) years for non-residential property. The land improvements will be depreciated over a 15-year period. The Manager may elect to use the cost segregation method of depreciation for any personal property associated with real property it acquires on behalf of the Company. The Manager may, in its sole discretion, allocate a portion of the purchase price of each Property to goodwill and will amortize any such amounts over a 15-year period.

## 2.14   Company Is Self-Liquidating

The investment objectives and policies of the Company, provided in Section 10 of this Memorandum, state that the Company will be self-liquidating, in that upon the sale of all Property acquired by the Company, the Company will be dissolved.

## 2.15   Definition of Terms

The terms used in this Memorandum are defined in Section 14 hereof. As this Memorandum is qualified in its entirety by reference to the Agreement, unless otherwise noted, capitalized terms used herein have the meanings set forth in the Agreement.

MHPI000028

**3.      SOURCE AND USE OF PROCEEDS**

Proceeds of the Offering will be used to conduct due diligence as necessary to further the business objectives of the Company, which are generally, to acquire, operate and dispose of Property (as defined in <u>Section 14</u> hereof) on behalf of the Company. Proceeds from the Offering may be used to compensate the Manager, its Affiliates and/or third parties for services provided on behalf of the Company, as further described in <u>Section 5</u>. In addition, proceeds from the Offering may be set aside for Working Capital and Reserves for the Company and/or for expenses, capital improvements, capital investments and reinvestments, replacements, contingencies, and other reasonable requirements of the Company in acquiring, developing, and/or improving the Properties. Proceeds of the Offering may also be used to pay distributions to Members.

A summary of the source and use of proceeds from this Offering is provided in the tables below, as recommended by the Securities and Exchange Commission (SEC), in its Guide 5 for real estate offerings.

**THE REMAINDER OF THIS PAGE HAS BEEN INTENTIONALLY LEFT BLANK**

MHPI000029

| TABLE 3 SOURCE AND USE OF PROCEEDS (MAXIMUM DOLLAR AMOUNT OF $25,000,000)* | | | | |
|---|---|---|---|---|
| **Description** | **Minimum Dollar Amount** | **Percent** | **Maximum Dollar Amount** | **Percent** |
| Capital Contributions of Members | $1,000,000 | 100% | $25,000,000 | 100% |
| Total Expenses and Fees** | $50,000 | 5.0% | $1,250,000 | 5.0% |
| Organizational and Offering Expenses | Included in Total Expenses and Fees | | | |
| Jumpstart Fees | Included in Total Expenses and Fees | | | |
| Selling Commissions | Included in Total Expenses and Fees | | | |
| **Net Proceeds** | **$4,950,000** | **95.0%** | **$23,750,000** | **95.0%** |

* See <u>Table 5.1</u> regarding Fees that may be associated with acquisition of Company Properties or Company operations; the amounts of which cannot be determined at this time. Additionally, the Maximum Dollar Amount may be extended to $50,000,000 at the discretion of the Manager.

** Table 3 assumes total expenses and fees of 5.0% of Gross Proceeds (based on the premise that 75.0% of capital raised in the Offering will have an expense of approximately 2.5% and 25.0% of capital raised in the Offering will have an expense of approximately 6.0%). If Total Expenses are less than 5.0% of Gross Proceeds, the Manager shall receive the balance; however, if Total Expenses are more than 5.0% of Gross Proceeds, the Manager shall pay the balance.

## 4. DISTRIBUTIONS TO MEMBERS

In general, the Manager intends to operate the Company in such a manner as to generate distributions it can share with the Members from Net Operating Cash Flow, Net Capital Event Proceeds, and/or Refinancing Proceeds. Distributions shall be determined in the sole discretion of the Manager after withholding sufficient Working Capital and Reserves. Without limiting the generality of the foregoing, the Manager may, in its sole discretion, decide to use some or all of the proceeds from a Capital Event to: (a) purchase additional Properties; and/or (b) increase reserves, improve existing Properties, pay down debt owed by the Company, and/or employ such proceeds in the exercise of any of the rights and powers explicitly granted to the Manager. Notwithstanding the foregoing of this <u>Section 4</u>, the Manager may only use some or all of the proceeds from a Capital Event to purchase additional Properties within the first five (5) years following the inception of the Company. Distributions will be evaluated on a monthly basis by the Manager. The Manager will strive to make monthly distributions, although the Manager anticipates that there may not be any distributions until the end of the fourth (4th) quarter of 2017. In the event that the Manager, in its sole discretion, determines that the Company is unable to make distributions on a monthly basis, then the Manager shall, at a minimum, make distributions on a quarterly basis.

"**<u>Preferred Return</u>**" generally means, for any Member and as of any date, the amount, if any that would be required to be distributed on such date so that the aggregate distributions to such Member provide a cumulative, non-compounded return equal to a certain annual percentage (based upon time of investment as shown in <u>Table 4</u> below) of such Member's Capital Contribution.

MHPI000030

Such amount will be calculated on the basis of the actual number of days elapsed from and including the date on which each Capital Contribution is accepted by the Company to, and including the date that the distributions constituting a return of such Capital Contributions were made. Preferred Returns are not guaranteed, and may be deferred until distributions are made at the sole discretion of the Manager. The amount of each Member's Preferred Return shall be determined by the time in which the Member was Accepted into the Company (which is based on the time the investment was made), and more particularly as follows:

| TABLE 4 ANNUAL PREFERRED RETURN | | |
|---|---|---|
| *Year of such Member's investment* | **Class A Members** | **Class B Members** |
| Year 1 | 8%* | 8% |
| Year 2 | 9%* | 8% |
| Year 3 | 10% | 8% |
| Year 4 | 10% | 8% |
| Year 5 | 10% | 8% |
| Each such year subsequent to Year 5 | 10% | 8% |

* Class A Members participating in the first $2,000,000 of Members' Invested Capital Contributions (amount may be extended at the discretion of the Manager) shall receive a Preferred Return of 10.0% for Year 1 and 10.0% for Year 2. The Preferred Return for such Members for subsequent years after Year 2 shall be as stated in Table 4.

The Preferred Return shall be cumulative (not compounded). The Preferred Return is not an Internal Rate of Return.

## 4.1    Distributions of Net Operating Cash Flow

The Company shall strive to distribute Distributions of Net Operating Cash Flow, if any, on a monthly basis. In the event that the Manager, in its sole discretion, determines that the Company is unable to make distributions on a monthly basis, then the Manager shall, at a minimum, make distributions on a quarterly basis. All distributions of Net Operating Cash Flow shall be distributed as follows:

- (1) first, to the Class A Members and Class B Members, in proportion to the Class A Members' and Class B Members' accrued but undistributed Preferred Return, in accordance with Table 4 above; and

MHPI000031

- (2) thereafter, 50.0% to the Class A and Class B Members, as a group, pro rata based upon each Member's relative Membership Interest, and 50.0% to the Class C Member.

## 4.2     Distributions of Net Capital Event Proceeds

Distributions of all or any portion of Net Capital Event Proceeds shall be made within forty-five (45) days after the end of a Fiscal Year. All distributions of Net Capital Event Proceeds shall be distributed as follows:

- (1) first, to the Members to the extent and in proportion with their Invested Capital Contributions until the aggregate amount distributed to such Members is sufficient to provide for a return of such Members' Invested Capital Contributions by the Company;

- (2) second, to the Class A Members and Class B Members, in proportion to the Class A Members' and Class B Members' accrued but undistributed Preferred Return, in accordance with Table 4 above; and

-  (3) thereafter, 50% to the Class A and Class B Members, as a group, pro rata based upon each Member's relative Membership Interest, and 50% to the Class C Member.

## 4.3     Distributions of Refinancing Proceeds

Distributions of all or any portion of Refinancing Proceeds shall be made within forty-five (45) days after the end of a Fiscal Year.  All distributions of Refinancing Proceeds shall be distributed as follows:

- 70.0% to the Class A and Class B Members, as a group, pro rata based upon each Member's relative Membership Interest, and 30.0% to the Class C Member.

## 4.4     Distributions on Dissolution and Termination

The Company shall be dissolved upon an election to dissolve the Company or on the disposition of all or substantially all Company Property unless the Members have elected to continue the Company as described in the Agreement Article XIV. In addition, the Company will observe any mandatory provisions of the Act, on dissolution of the Company.

Upon dissolution of the Company, the Assets of the Company will be distributed in the following order:

- first, to pay the creditors of the Company, other than Members;

- second, to establish reserves against anticipated or unanticipated Company liabilities;

- third, to pay and discharge of all of the Company's debts and liabilities to the Members; and

- thereafter, as described in the waterfall provided in Section 4.2 above.

## 4.5     Clawback

Notwithstanding the provisions set forth above, upon the sale or exchange of the last Property, the Class C Member shall contribute prior distributions of Net Operating Cash Flow and Refinancing

MHPI000032

Proceeds it has received from the Company to the extent that all distributions to the Class C Member, determined on a cumulative basis, exceed the amount that would have been distributed to the Class C Member if all distributions had been made based on Section 5.1.B of the Agreement.  Any such excess amounts contributed by the Class C Member shall be distributed to the Class A Members and the Class B Members as set forth in Section 5.1.B of the Agreement.

**5.**      **COMPENSATION TO THE MANAGER, ITS MEMBERS, AFFILIATES, AND/OR THIRD PARTIES**

**5.1**      **Fees Paid to Manager or Third Parties**

Fees will be paid to the Manager, its Members, Affiliates and/or third parties for services to be provided on behalf of the Company, as further described in Table 5.1 below. Such Fees will be in addition to the distributions the Class C Member (which will include members of the Manager) will receive as described in Section 4 above. All Fees will be paid as an expense of the Company prior to determining Net Proceeds Available for Distribution. Manager's Fees are authorized in Article VII of the Agreement. All such Fees may be deferred, and accrued, until sufficient cash is available, without forfeiting any right to collect.

MHPI000033

| TABLE 5.1 Manager's Fees or Other Compensation | | | | |
|---|---|---|---|---|
| **Description** | **Frequency** | **Basis for Fee** | **When Earned** | **Amount** |
| Asset Management Fee | Recurring, annual Fee; paid monthly; Manager shall have right to receive or defer; shall accrue if unpaid | Compensation for oversight of management, marketing, and resale of the Properties and for the Manager's administration and management of the Company, including, but not limited to such things as overseeing Property Managers, vendors, contractors, and Members, managing accounting and distributions to Members, etc.* | During Property operations | equal up to 1.0% of the Real Estate Asset Value, unless the Appraised Property Value is readily available due to a refinancing, for example, in which case the Company will pay the Manager up to 1.0% of the greater of (a) the Real Estate Asset Value, or (b) the Appraised Property Value |
| Acquisition Fee | Recurring, paid on a per property basis | Fee to be paid to the Class C Member for acquiring a Property | Upon the acquisition of a Property | Up to 1.0% of the total capitalized acquisition costs incurred by the Company in acquiring such Property (paid on a per project basis) |
| Loan Fees | Annual Fee | <u>Loan Guarantee Fee</u>: To be paid to any person or Affiliate of the Manager for providing a personal guarantee (if required by a lender) for a purchase money or refinance RECOURSE loan with respect to an individual Property acquired or refinanced on behalf of the Company<br><br><u>Limited Recourse Guarantee Fee</u>: To be paid to any person or Affiliate of the Manager for providing a personal guarantee (if required by a Lender) for a purchase money or refinance  NON-RECOURSE loan with respect to an individual Property acquired or refinanced on behalf of the Company | At time of purchase money or refinance loan on a Property | Up to 2.5% of the loan amount to be paid in equal annual installments for the loan term; <u>provided</u>, <u>however</u>, if the loan is refinanced into a non-recourse loan, then the annual installments for all years subsequent to such year of refinance, and the balance of the Loan Guarantee Fee represented thereby, shall be forfeited<br><br>Up to 0.75% of the loan amount |
| Property Management Fee | Recurring, monthly Fee | Company will appoint Dahn Corporation or an Affiliate to serve as the onsite manager to manage each of the Company's Properties | During Property Operations | 5.0% of the gross revenues generated by each Property |
| Construction Management Fee | Recurring, paid on a per-construction project basis | Company will appoint Dahn Corporation or an Affiliate to serve as the onsite manager to manage each of the | During Property Operations | (i) 5.0% of any amount expended for construction or repair projects with respect to any Property (including related |

MHPI000034

| | | Company's Properties | | professional services) up to $50,000; (ii) 4.0% of any amount expended for construction or repair projects with respect to any Property (including related professional services) over $50,000 and less than $100,000; and (iii) 3.0% of any amount expended for construction or repair projects with respect to any Property (including professional services) over $100,000; provided, however, no construction management fee will be payable on any construction related to the development of a Property. |
|---|---|---|---|---|
| Disposition Fee | One-time Fee | The Class C Member may earn real estate commissions on the sale of any Company Property; provided, however, such sale would be profitable to the Company after such Fee was paid | Upon sale of a Property | Up to 1.0% of the sale price of a Property |
| Jumpstart Fees | Periodic | Back-office Escrow Service Provider Clearing Fees | As Capital Contributions are received | See Table 3 |
| Selling Commissions | Periodic | Financial Advisor Fees | As Capital Contributions are received | See Table 3 |
| **Note: The total amount of Fees that may be paid to the Manager or that Jumpstart Securities may earn cannot be determined at this time.** | | | | |

## 6.    CONFLICTS OF INTEREST

It is possible that conflicts of interest may arise between the Company and the Manager and/or Affiliates of the Manager. The Manager, however, is accountable to the Company as a fiduciary and consequently must exercise good faith and integrity in handling the Company's affairs. The Manager anticipates such potential conflicts including, but not limited to, the following:

### 6.1    **Manager May Be Involved in Similar Investments**

The Manager may act as a manager or be a member in other limited liability companies engaged in making similar investments to those contemplated herein, to be made on behalf of the Company. The members of the Manager are engaged, and in the future may engage, in the management of other investment funds that may compete with the Company to acquire Properties or loans of a type suitable for the Company. The members of the Manager may experience potential conflicts of interest in allocating management time, services and functions among the Company and the various entities, investor programs and any other business ventures in which any of such parties are or may become involved.

### 6.2    **Manager May Have Interests in Similar Property**

MHPI000035

The Manager may own or may come to own an interest in a property that may compete with Property owned by the Company. To the extent its time or assets are required on other business and ownership management activities, the Manager will not be involved in the day-to-day monitoring of the Company's operations. The members of the Manager are currently participating in investment funds that own properties that may compete with the Company for tenants and/or buyers who may otherwise purchase the Company's Properties.

### 6.3     Manager May Act on Behalf of Others

The Manager may act in such capacity for other investors, companies, partnerships, or entities that may compete with the Company.

### 6.4     Manager May Raise Capital for Others

The Manager, who will raise investment funds for the Company, may act in the same capacity for other investors, companies, partnerships, or entities that may compete with the Company.

### 6.5     Manager's Compensation May Create a Conflict

The compensation plan for the Manager described in Section 5 may create a conflict between the interests of the Manager and those of the Company. The Manager believes, however, that the terms of such arrangements are reasonable and are comparable to those which could be obtained from unaffiliated entities. The timing and nature of these fees could create a conflict between the interests of the Manager and those of the Members.

### 6.6     The Manager May Hire Affiliates or Delegates

The Manager may hire a member of the Manager, an Affiliate of the Manager, or other unaffiliated delegates, contractors, vendors or suppliers to provide services to the Company on its behalf. Fees for such services will be commensurate with rates charged by local providers of such services.

### 6.7     No Arms-Length Negotiation

Neither the Agreement nor any of the agreements, contracts and/or arrangements between the Company and the Manager were or will be the result of arm's-length negotiations. The attorneys, accountants and others who have performed services for the Manager in connection with this Offering, and who will perform services for the Manager in the future, have been and will be selected by the Manager. No independent counsel has been retained to represent Investors' interests, or the interests of the Company, and the Agreement has not been reviewed by any attorney on the Investors' behalf. Each prospective Investor should consult its own counsel as to the terms and provisions of the Agreement and all Exhibits hereto.

### 7.     DUTIES OF MANAGER TO THE MEMBERS; INDEMNIFICATION

### 7.1     Fiduciary Duty of the Manager to the Company

The fiduciary duty the Manager owes to the Company and the other Members includes only the duty of good faith and fair dealing.

The Manager may enter into transactions with a member of the Manager or an Affiliate of the Manager provided that (i) such member or Affiliate is qualified and experienced in such

transactions, (ii) the price and other terms of such transactions are fair to the Company and are not less favorable to the Company than those generally prevailing with respect to comparable transactions, and (iii) the Company shall enforce its rights under any such agreement as if it were an arm's length transaction.

## 7.2    Indemnification of Manager

The Agreement provides an indemnification of the Manager for liabilities the Manager incurs in dealings with third parties on behalf of the Company. The Company is bound to indemnify and hold the Manager harmless for any acts or omissions within the authority granted to the Manager, unless a court of competent jurisdiction determines that the Manager engaged in fraud, negligence, or willful misconduct.

The provisions of this Section 7.2 do not include any indemnification of the Manager for liabilities arising under the Securities Act of 1933, as, in the opinion of the Securities and Exchange Commission ("SEC"), such indemnification is contrary to public policy.

## 8.    RISK FACTORS

**An investment in the Units involves a significant degree of financial risk and, accordingly, a prospective Investor should consider carefully all of the risk factors described below.  This Offering is intended only for persons who understand the risks and their consequences and who are able to bear the risk of loss of their investment.**  The following list is not intended to be an exhaustive list of the risks associated with this Offering, and prospective Investors should consider factors set forth elsewhere in this Memorandum before making their investment decision and discuss them with their own advisors, which may include attorneys, accountants, and/or investment advisors, as prospective Investors deem necessary.

## 8.1    Risk Factors Related to the Company

### 8.1.1    Risk of Failure to Comply with the Private Placement Exemption

This Offering constitutes the sale of securities. It is being made pursuant to an exemption from registration available under the United States Securities and Exchange Commission's (SEC's) Regulation D, Rule 506(c). In order to maintain the Company's exemption, the Manager shall ensure reasonable compliance with the rules of the exemption, including, but not limited to, the prohibition against commingling of funds between other investments or companies operated by the Manager, the duty to not misrepresent and/or omit any material facts, and the filing of the requisite notices with both the Federal and State securities regulatory agencies. If the private placement exemptions relied upon are not available to the Company and/or its Manager for any reason, the Company and its Manager may be required to offer to the Investors the right to rescind their purchase of Interests, which could have a material adverse effect on the Company, its business, and its financial condition. There is no assurance that the Company and/or its Manager would have adequate funds to repay its Members if such rescission were required.

### 8.1.2    The Company's Success Depends on Performance of the Manager

The Company's ability to achieve its investment objectives and to pay distributions is dependent upon the performance of the Manager with respect to certain decisions to be made by the Manager, in its sole judgment and discretion, including, but not limited to: (a) selecting appropriate

MHPI000037

properties to acquire; (b) overseeing third party service-providers during the formation of the Company and due diligence for each Property; (c) overseeing the Property Manager, construction contractors, professionals, and suppliers during Property operations; (d) finding and determining appropriate financing arrangements for acquiring and/or refinancing Company Property; (e) managing the Company in accordance with its Limited Liability Company Agreement on behalf of its Members in such a manner as to produce cash flow and/or equity upon resale; and (f) selecting the appropriate methods to market and dispose of Company Properties; etc. The Manager will be relying upon its own prior experience with similar investments and the assistance of its professional team members to further the Investment Objectives of the Company when making such decisions in the judgment and discretion of the Manager.

### 8.1.3    *The Manager May be Unable to Retain Key Personnel*

A loss of key personnel of the Manager, or contractor personnel integral to operation of the Property during the course of business of the Company could have a detrimental effect upon the Company. The Manager will attempt to develop relationships with alternative, local service providers in the event of termination or failure of its team members to perform as anticipated. Further, the Manager may hire its own employees and/or an Affiliate to provide such services at rates commensurate with local providers, if acceptable service providers are not available in the marketplace.

### 8.1.4    *Lack of Control and Limited Voting Rights of the Class A Members and Class B Members*

The Manager will make all decisions with respect to the management of the Company. The Members will have no right or power to take part in the management of the Company and, except as expressly provided in the Agreement, the Class A Members and the Class B Members have no voting rights. The Manager may not be removed by the Members.

### 8.1.5    *Members' Actions Could Jeopardize Their Limited Liability*

The liability of each Member will be limited to their investment in the Company assuming compliance with the laws of each jurisdiction where the Company operates, compliance with the Agreement, and observation of applicable formative and qualification requirements of a limited liability company in Delaware. However, if a Member participates in the control of the business of the Company and/or acts outside its authority as a Member in such a way that binds the Company, such Member may be held liable for Company obligations in its own right and/or to the same extent as the Manager in certain circumstances.

### 8.1.6    *The Offering Is Being Made on a Best Efforts Basis*

The Class A Units and Class B Units hereby offered are being sold on a "best efforts basis", with respect to the Minimum Dollar Amount and on a "best efforts basis" with respect to the sale of the remaining Class A Units and/or Class B Units up to the Maximum Dollar Amount. Accordingly, there can be no assurance that any or all of the Units will be sold. No commitment has been made by anyone to purchase any or all of the Units offered herein and no commitment will be accepted until a Member represents and warrants in their Subscription Agreement (see Exhibit 3 hereof) that such Member has read and understands all of the documents associated with this Offering that have been provided by the Manager and that such Member meets the financial and/or other necessary qualifications for Membership as set forth in Section 1 hereof.

MHPI000038

### 8.1.7    The Company Does Not Guarantee a Return on Investment

The Company makes no representations and/or warranties with respect to any return on an investment in the Company. There can be no assurance that a prospective Investor will receive any return on an investment in the Company and/or realize any profit on such prospective Investor's investment in the Company.

### 8.1.8    The Offering Price for Each Unit Has Been Arbitrarily Determined

The price for individual Class A Units and the price for individual Class B Units offered herein have been arbitrarily determined by the Manager and do not necessarily bear any relationship to the Properties, book value, earnings and/or net worth of the Company or any other established criteria of value.

### 8.1.9    Lack of Capital May Impede Achievement of Investment Objectives

There is a risk that the amount of capital raised in this Offering will be insufficient to meet the Investment Objectives and/or operational requirements of the Company. If the Company raises only the Minimum Dollar Amount, the Company may not have sufficient proceeds to fully implement its Investment Objectives with respect to the Properties. Alternatively, even if the Company raises the Maximum Dollar Amount, improvement and/or operation costs may be greater than expected. In either case, a reduction in the amount of funds available for capital improvements to the Properties may result in decreased rental payments for the storage facilities or mobile home lots in the future, which could decrease the cash available for distribution to Members.

If there is a shortage of capital necessary to meet its Investment Objectives, the Manager will use its best efforts to obtain funds from a third party. Obtaining funds from a third party may require an increase in the amount of financing that the Company will be obligated to repay. In addition, there is no certainty that funds from a third party will be available at a reasonable cost, if available at all, and the Manager may need to sell additional Interests, which could dilute the Interests of the Members.

Specifically, and solely with respect to non-real estate secured loans, the Manager will consider first obtaining funds from Members to satisfy any such shortage in capital. If the Manager is unable to obtain such funds from Members, the Manager will then consider obtaining funds from a third party. Obtaining funds from a Member and/or third party may require an increase in the amount of financing that the Company will be obligated to repay. In addition, there is no certainty that funds from a Member and/or third party will be available at a reasonable cost with respect to non-real estate secured loans, if available at all, and the Manager may need to sell additional Interests to Members, and if there is still a shortage of necessary capital, the Manager may need to sell additional Interests to prospective Investors, which could dilute the Interests of the Members.

### 8.1.10    Company Has No Track Record

The Company is newly formed and has no operational history. It will be managed by the Manager. However, the members of the Manager that will be making investment decisions on behalf of the Company, have significant prior experience in negotiating, purchasing, operating, managing and selling storage facilities and mobile home parks. See Section 9.2.

### 8.1.11    Limited Transferability or Liquidity of Class A Interests and Class B Interests

MHPI000039

The Interests are being offered and sold without registration under the Securities Act, and without registration or qualification under the securities laws of any state, in reliance upon the exemptions from registration provided by Sections 3(b) and 4(2) of the Securities Act and Regulation D, Rule 506(c) promulgated thereunder and certain exemptions from registration and/or qualification under applicable state securities laws and regulations. When subscribing for Interests, each Member agrees to not resell or offer for resale any of the Interests, unless the Interests are registered and/or qualified under the Securities Act and applicable state securities laws, or unless an exemption from such registration and qualification is available therefor. Furthermore, the Manager may, in its sole discretion, prohibit any transfers that could: (a) cause the Company to be characterized as a "publicly traded partnership" for tax purposes; (b) violate the Securities Act or any rules or regulations thereunder, or any applicable state securities laws or any rules or regulations thereunder; (c) subject the Company to the reporting or registration requirements of the Securities Exchange Act of 1934; and/or (d) result in the treatment of the Company as an association taxable as a corporation.

The Company is under no obligation to repurchase Units from the Members, and it is not anticipated that there will be a public market for the Units. The Manager may, but is not obligated to, assist Members in reselling their Units under certain circumstances when such resales are made in compliance with applicable securities laws. There can be no assurances that a Member will be able to liquidate its investment prior to the liquidation of the Company.  Units, therefore, should be purchased only for long-term investment.

The transferability of the Units is substantially restricted by the Securities Act and state securities laws. The transferability of Units also is substantially restricted under the terms of the Agreement, which provides that a Member may not sell, transfer and/or assign its Units without the prior written consent of the Manager.

Further, under certain circumstances, the Manager has the right to prohibit the transfer of a Member's economic interest in the Company.  An assignee of Units may be substituted as a Member only with the consent of the Manager, in its sole discretion, using assignment forms required by the Manager. Because any classification of the Company as a "publicly traded partnership" would significantly decrease the value of the Units, the Manager intends to exercise fully its right to prohibit transfers of Units under circumstances that could cause the Company to be so classified.

### 8.1.12   Redemption

In the event that an Investor wants to Transfer their Membership Interest, the Company shall have a right of first refusal to purchase any Membership Interest that Class A Members or Class B Members propose to Transfer, and such Membership Interest, if purchased by the Company, shall be sold at a price agreeable to the Manager and transferor, at the Manager's sole discretion.

### 8.1.13   Contingent Distributions

As noted elsewhere herein, all distributions to the Members will be contingent upon the Company having adequate cash flow, as determined by the Manager, in its sole discretion, to make such distributions after payments of debts, expenses and other Company obligations. In addition, the Members' investment return from the Company is expressly contingent upon the Company realizing and/or furthering certain economic objectives. There can be no assurance that such economic objectives will be attained, and even if such economic objectives are attained, that the

MHPI000040

Company would then have the cash flow necessary to make such additional distributions to the Members.

Additionally, distributions to Members may be contingent on the amount of capital raised in this Offering because Proceeds of the Offering may be used to pay distributions to Members.

### 8.1.14   Lack of Diversification

The Company will own no significant assets other than the Properties. The success of the Company, therefore, will be dependent upon the success of the Properties and its successful management and operation by the Manager.

### 8.1.15   Special Risks for Investors Who Acquire More Than 20% of the Equity Interests

**Such Investors May Be Subject to the Bad Actor Provisions of Rule 506(d)**

Regulation D, Rule 506(d) was adopted by the SEC under the JOBS Act on September 23, 2013. Rule 506(d) pertains to Investors ("covered persons") who acquire more than twenty percent (20%) of the voting (equity) interests in companies seeking an exemption from securities registration under Rule 506. If such Investors have been subject to certain "disqualifying events" (as defined by the SEC), they are required to either: (a) disclose such events to other Investors (if they occurred before September 23, 2013); or (b) own less than twenty percent (20%) of the voting (equity) Interests in the Company (if they occurred after September 23, 2013); and they may not participate in management or fundraising for the Company. Disqualifying events are broadly defined to include such things as criminal convictions, citations, cease and desist or other final orders issued by a court, state or federal regulatory agency related to financial matters, Investors, securities violations, fraud, or misrepresentation.

Investors or other covered persons who do not wish to be subject to this requirement should: (a) acquire less than twenty percent (20%) of the voting Interests in the Company (or ensure that the Interests they acquire are non-voting); and (b) abstain from participating in management or fundraising for the Company. Covered persons have a continuing obligation to disclose disqualifying events both: (a) at the time such covered person is Accepted to the Company; and (b) when such disqualifying event occurs (if later), for so long as such covered person is participating in the Company. Failure to do so may cause the Company to lose its Rule 506 securities exemption.

### 8.1.16   Investors Not Represented by Manager's Counsel

The prospective Investors, as a group, have not been represented by independent counsel in connection with the formation of the Company and/or this Offering. The Offering documents, including this Memorandum, the Agreement, the Subscription Booklet, and any amendments thereto have been prepared by counsel for the Manager, Lowndes, Drosdick, Doster, Kantor & Reed, P.A. ("Lowndes").  Lowndes will not be representing Investors in connection with their investment in Units in the Company.

### 8.1.17   Consequences for a Default on the Property Management Agreement

The Company will enter into a Property Management Agreement with Property Manager to serve as the onsite manager of each of the Properties to direct, supervise, manage, and operate the Properties on a day-to-day basis. The Property Management Agreement for each Property will be for a term of ten (10) years and the Company may incur a penalty if a Property Management

MHPI000041

Agreement is terminated prior to the expiration of its term due to an event of default caused by the Company.

### 8.1.18   No Experience of Manager

The Manager is a newly formed entity and has no experience owning and operating storage or mobile home facilities or managing funds. Investors will not be able to review prior performance of the Manager. Certain principals of the Manager have prior experience managing storage and mobile home facilities.

### 8.1.19   Limited Resources of the Manager.

The Manager has limited or no net worth and limited financial resources to satisfy its obligations as the Manager. A financial reversal for the Manager could adversely affect the ability of the Manager to manage the Company. There can be no assurance that the Manager will have sufficient funds to meet its obligations to the Company, or to otherwise financially support the Company. The Manager has no obligation to advance, invest or loan money to the Company.

### 8.1.20   Potential Adverse Effects of Delays in Investments.

Delays which may take place in the selection and acquisition of the Properties could adversely affect the return to an investor as a result of corresponding delays in the commencement of distributions to Members and the reduced amount of such distributions.

### 8.1.21   Conflicts of Interest

The principals of the Manager and its Affiliates are employed independently of the Company and may engage in other activities. The Manager and its Affiliates are engaged in other activities and intend to continue to engage in such activities in the future, including other real estate ventures that may acquire real estate that is similar to the Properties. The Manager and its Affiliates and their principals will therefore have conflicts of interest in allocating management time, services and functions between various existing enterprises and future enterprises the Manager and its Affiliates and their principals may organize, as well as other business ventures in which the Manager, its Affiliates and their principals may be or may become involved. The Manager and its Affiliates, however, believe that they will have sufficient staff, consultants, independent contractors and business managers to perform adequately their responsibilities to the Company. See "Conflicts of Interest."

### 8.1.22   Receipt of Compensation Regardless of Profitability

The Manager is entitled to receive certain significant fees and other compensation, and payments regardless of whether the Company operates at a profit or a loss.

### 8.1.23   No Financial Statements of the Manager

This Memorandum does not contain financial statements of the Manager.

### 8.1.24   Loss on Dissolution and Termination

In the event of a dissolution or termination of the Company, the proceeds realized from the liquidation of the assets of the Company will be distributed among the Members, but only after

MHPI000042

payment of all loans and other obligations of the Company. The ability of a Member to recover all or any portion of such Member's investment in the Company under such circumstances will, accordingly, depend on the amount of net proceeds realized from such liquidation and the amount of claims to be satisfied therefrom. There can be no assurance that the Company will recognize gains on such liquidation.

### 8.1.25   Limitation of Liability/Indemnification of the Manager

The Manager and its attorneys, agents and employees may not be liable to the Company or Members for errors of judgment or other acts or omissions not constituting fraud, gross negligence or willful misconduct as a result of certain indemnification provisions in the Operating Agreement. A successful claim for such indemnification would deplete the Company's assets by the amount paid. See "Summary of Limited Liability Company Agreement."

### 8.1.26   Offering Not Registered With the SEC or State Securities Authorities

The Offering will not be registered with the SEC under the Securities Act or the securities agency of any state, and is being offered in reliance upon an exemption from the registration provisions of the Securities Act and state securities laws applicable only to offers and sales to investors meeting the suitability requirements set forth herein.

### 8.1.27   Private Offering – Lack of Agency Review

Because the Offering is a nonpublic offering and, as such, is not registered under federal or state securities laws, investors will not have the benefit of a review of the Offering or this Memorandum by the SEC or any state securities commission. The terms and conditions of the Offering may not comply with the guidelines and regulations established for real estate programs that are required to be registered and qualified with the SEC or any state securities commission.

### 8.1.28   General Advertising

The Company intends to use general advertisement in connection with the sale of Units in reliance on the exemption from registration provided in Rule 506(c) of Regulation D promulgated under the Securities Act. In order to qualify for the exemption provided by Rule 506(c), all purchasers of Units must be Accredited Investors as defined in Regulation D. The Company is required to have a reasonable basis to believe that the purchasers of Units are Accredited Investors. In the event that a person who is not an Accredited Investor acquires Units and the Company is deemed not to have complied with the reasonable basis requirement set forth in Rule 506(c), the Company could lose its exemption from registration of the Offering.

### 8.1.29   Private Offering Exemption – Limited Information

Because the Offering of the Units is a nonpublic offering and the Units are only to be sold to Accredited Investors, certain information that would be required if the Offering were not so limited has not been included in this Memorandum, including, but not limited to, financial statements and prior performance tables. Thus, investors will not have this information available to review when deciding whether to invest in Units.

### 8.1.30   Purchase of Units by the Manager or its Affiliates

MHPI000043

The Manager and its Affiliates may subscribe for any number of Units for any reason deemed appropriate by the Manager. As a result, the Minimum Offering Amount may not be raised entirely from third party investors. The Manager and its Affiliates will not acquire any Units with a view to resell or distribute such Units. The purchase of Units by the Manager or its Affiliates could create certain risks, including, but not limited to, the following: (i) the Manager or its Affiliates would obtain voting power as Members, (ii) the Manager or its Affiliates may have an interest in disposing of Company assets at an earlier date than the other Members so as to recover its investment in the Units, (iii) substantial purchases of Units may limit the Manager's ability to fulfill any financial obligations that it may have to or on behalf of the Company and (iv) acquisition of Units by the Manager and/or its Affiliates will mean that the total Units acquired will not have been provided by disinterested investors after an assessment of the merits and risks of the Offering.

### 8.1.31   Investment by Tax-Exempt Purchasers

In considering an investment in Units of a portion of the assets of a trust of a pension or profit-sharing plan qualified under Code Section 401(a) and exempt from tax under Code Section 501(a), a fiduciary should consider (i) that the plan, although generally exempt from federal income taxation, would be subject to income taxation were its income from an investment in the Company and other unrelated business taxable income to exceed $1,000 in any taxable year (it is anticipated that if the Company generates taxable income, it will be considered unrelated business taxable income), (ii) whether an investment in the Company is advisable given the definition of plan assets under ERISA and the status of Department of Labor regulations regarding the definition of plan assets, (iii) whether the investment is in accordance with plan documents and satisfies the diversification requirements of Section 404(a) of ERISA, (iv) whether the investment is prudent under Section 404(a) of ERISA, considering the nature of an investment in, and the compensation structure of, the Company and the potential lack of liquidity of the Units, (v) that the Company has no history of operations and (vi) whether the Company or any Affiliate is a fiduciary or party in interest to the plan.

### 8.1.32   Subsequent Investors May be Able to Review Company's Investments

Investors who invest in the later stages of the Offering will have a greater opportunity to review information regarding the Company's Properties that will not be available to early investors. Early investors will not have an opportunity to review any Properties to be acquired with the Offering Proceeds. In this regard, later investors may have an advantage in initially deciding whether to invest in the Company.

### 8.1.33   Exemption from Investment Company Act of 1940

The Company may accept 100 or more Unit holders. The Investment Company Act requires that any issuer that is beneficially owned by 100 or more persons and that owns certain securities be registered as required under the Investment Company Act. The Manager believes that, because the Company will be purchasing the Properties directly or through wholly-owned subsidiaries, the ownership of the Properties will not be deemed to be securities for purposes of the Investment Company Act. As a result, the Company will not register under the Investment Company Act requirements. In the event the Company is required to register under the Investment Company Act, the returns to the Members will likely be significantly reduced.

### 8.1.34   Prior Programs Sponsored by Affiliates of the Manager

MHPI000044

Dahn Corporation, an Affiliate of the Manager, sponsored a number of other real estate projects beginning in 1981. Some of the other projects have not met the income and distribution levels anticipated by the Manager. Several of the real estate properties sponsored and managed by Dahn Corporation have been foreclosed upon by the lenders for such properties. Investors in these programs have lost all or a portion of their investment in the applicable property. There can be no assurance the Company will meet the objectives set forth herein.

## 8.2     Risks Related to Owning Real Estate

### 8.2.1     General Risks

Factors which could affect the Company's ownership of income-producing Property may include, but is not limited to, any or all of the following: changing environmental regulations; adverse use of adjacent or neighboring real estate; changes in the demand for or supply of competing Property; local economic factors which could result in the reduction of the fair market value of a Property; uninsured Losses, significant unforeseen changes in general or local economic conditions; inability of the Company to obtain any required permits or entitlements for a reasonable cost, on reasonable conditions, or within a reasonable time frame, or to obtain such permits or entitlements at all; inability of the Company to obtain the services of appropriate consultants at the proposed cost; changes in legal requirements for any needed permits or entitlements; problems caused by the presence of environmental hazards on a Property; changes in federal or state regulations applicable to real property; failure of a lender to approve a loan on terms and conditions acceptable to the Company; lack of adequate availability of liability insurance, all-risk, or other types of required insurance at a commercially-reasonable price; shortages or reductions in available energy; and acts of God or other calamities. Furthermore, there could be a loss of liquidity in the capital markets.

### 8.2.2     Liability for Environmental Issues

Under various federal, state and local environmental and public health laws, regulations and ordinances, the Company may be required, regardless of knowledge or responsibility, to investigate and remediate the effects of hazardous or toxic substances or petroleum product releases (including in some cases natural substances such as methane or radon gas) and may be held liable under these laws or common law to a governmental entity or to third parties for property, personal injury or natural resources damages and for investigation and remediation costs incurred as a result of the real or suspected presence of these substances in soil or groundwater beneath a Property. These damages and costs may be substantial and may exceed and insurance coverage the Company has for such events.

Buildings and structures on a Property may have contained hazardous or toxic substances, or have released pollutants into the environment; or may have known or suspected asbestos-containing building materials, lead based paint, mold, or insect infestations (such as roaches or bed bugs), that the Company may be required to mitigate.

The Manager will attempt to limit exposure to such conditions by conducting due diligence on each Property, however, all or some of these conditions may not be discovered or occur until after such Property has been acquired by the Company.

### 8.2.3     Uninsured and Underinsured Losses; Availability and Cost of Insurance

MHPI000045

The geographic area in which the Properties are located may be at risk for damage to property due to certain weather-related and environmental events, including such things as severe thunderstorms, tornadoes, snowstorms and earthquakes. To the extent possible, the Manager will attempt to acquire insurance against fire or environmental hazards. However, such insurance may not be available in all areas, nor are all hazards insurable as some may be deemed acts of God or be subject to other policy exclusions.

All decisions relating to the type, quality and amount of insurance to be placed on the Properties are made exclusively by the Manager, in its sole discretion. Certain types of losses, generally of a catastrophic nature (due to such things as ice storms, tornadoes, wind damage, hurricanes, earthquakes, landslides, sinkholes, and floods) may be uninsurable, not fully insured or not economically insurable. This may result in insurance coverage that, in the event of a substantial loss, would not be sufficient to pay the full prevailing market value or prevailing replacement cost of a Property. Inflation, changes in building codes and ordinances, environmental considerations, and other factors also might make it unfeasible to use insurance proceeds to replace the Properties after the Properties have been damaged or destroyed. Under such circumstances, the insurance proceeds received might not be adequate to restore the Properties.

Furthermore, an insurance company may deny coverage for certain claims, and/or determine that the value of the claim is less than the cost to restore the Property, and a lawsuit could have to be initiated to force them to provide coverage, resulting in further losses in income to the Company. Additionally, the Properties may now contain or come to contain mold, which may not be covered by insurance and has been linked to health issues.

### 8.2.4    Federal, State and Local Regulations May Change

There is a risk of a change in the current Federal, State and Local regulations as it may relate to operations of a Property in the area of fuel or energy requirements or regulations, construction and building code regulations, approved property use, zoning and environmental regulations, or property taxes, among other regulations.

The Manager will attempt to limit exposure to such circumstances by conducting due diligence on each Property prior to acquisition, however, some of these changes are unforeseeable and may not be discovered or occur until after such Property has been acquired by the Company.

### 8.2.5    Lack of Liquidity

Real estate investments are relatively illiquid as compared to other investment opportunities, as the primary means to recover a Member's investment in real estate is upon the refinance or resale of the real estate, which often may not be feasible until some passage of time and/or operational history has accrued. Such illiquidity of real estate investments generally, may limit the Company's ability to return Capital Contributions to the Members until such time as all Company Property is refinanced or sold.

### 8.2.6    Compliance with Americans With Disabilities Act

Under the Americans With Disabilities Act of 1990 (the ADA), all public accommodations are required to meet certain federal requirements related to access and use by disabled persons. A determination that a Company Property contains a public accommodation that is not in compliance with the ADA could result in imposition of fines or an award of damages to private litigants. If

MHPI000046

substantial modifications are made to comply with the ADA, the Company's ability to make distributions to its Members may be impaired.

## 8.3   Risks Related to Owning Storage Facilities

### 8.3.1   Competitive Nature of Storage Industry

The storage industry is highly competitive with relatively low barriers to entry. The Company will face intense competition in the storage industry. The Company will compete with numerous national, regional, and local developers, owners and operators in the storage industry, many of which will have greater capital resources, cash reserves and ability to borrow funds to acquire properties. This competition for investments may reduce the number of suitable investment opportunities available to the Company, may increase acquisition costs and adversely affect the Company's financial performance. Storage facilities generally draw customers from residents within a 3 to 5 mile radius. Thus, the performance of the Properties will be sensitive to rental rates offered by nearby competitors and to localized economic conditions. Further, the risk of increased competition due to the construction of new facilities is significant in the storage industry given the low cost of constructing a storage facility in comparison to other forms of real estate.

If new facilities are constructed that compete with the Properties or offer lower rental rates, the Company may lose potential or existing customers and could be forced to reduce rental rates to attract or retain customers. Any of these factors could adversely affect the financial performance of the Properties and reduce the Company's ability to make cash distributions to the Members. Additionally, increased competition for customers may require the Company to make capital improvements to facilities, which could reduce cash available for distribution to the Members.

### 8.3.2   Risks of Storage Facility Operations

Storage operations are highly sensitive to local housing markets and economies. A significant portion of storage customers have moved recently or are storing inventory for a business. With short lease terms, occupancy and rental rates can fluctuate quickly and significantly in comparison to other types of real estate with longer lease terms. Such fluctuations could result in unstable cash flows from a Property. The Company will also be exposed to the risks associated with the operation of storage facilities, including risk of loss or damage to items stored in the facilities and personal injury to tenants or employees accessing storage units. There has been an increasing number of claims and litigation against owners and managers of rental and storage properties relating to moisture infiltration, which can result in mold or other property damage. The Company may be subject to claims and litigation from customers, employees and contractors, any of which could materially and adversely affect the profitability and cash flow from a Property.

### 8.3.3   The Company Will Rely on Local Property Managers and Contractors

The Company has no independent ability and/or resources to manage and/or renovate each Property it acquires. The Company will rely upon the Property Manager and/or contractors to manage each Property and make renovations. The Manager has carefully reviewed the past experience, qualifications, and references of the Property Manager and will carefully review the past experience, qualifications, and references of any contractors and will ensure that any contracts with such persons have appropriate termination clauses in the event of default thereof.

### 8.3.4   Unspecified Investments

MHPI000047

As of the commencement of the Offering, the Manager has not identified any real estate to be acquired as a Property. Thus, investors will not have an opportunity to evaluate for themselves information about the Properties, such as operating history, terms of financing and other relevant economic and financial information. Although the Manager has established criteria to guide it in acquiring properties for the Company, the Manager has broad authority and discretion in making investment decisions. Consequently, investors must exclusively rely on the Manager to make investment decisions. No assurance can be given that the Company will be able to acquire suitable Properties or that the Company's objectives will be achieved.

### 8.3.5    No Purchase Agreements for the Properties

The Company will purchase the Properties from unaffiliated sellers and sellers that may be Affiliates of the Manager. The Manager is currently in the process of identifying Properties to be purchased by the Company, but has not identified any Properties to be acquired by the Company. As a result, the terms of the purchase agreements or contribution agreements, including the specific Properties, to be acquired and the purchase prices of the Properties are unknown at this time. There can be no assurance that the Company will be able to enter into purchase contracts for a sufficient number of Properties.

### 8.3.6    Affiliated Sellers

The Company may acquire Properties from Affiliates of the Manager. Accordingly, the purchase agreements for such Properties will not be negotiated on a third-party, arm's length basis. Some of the terms of the purchase agreements with Affiliates of the Manager may not be on market terms.

### 8.3.7    No Environmental Indemnity

Federal, state and local laws impose liability on a landowner for the release or the otherwise improper presence on the premises of hazardous materials or hazardous substances. This liability is without regard to fault for, or knowledge of, the presence of such substances. A landowner may be held liable for hazardous materials or hazardous substances brought onto the property before it acquired title and for hazardous materials or hazardous substances that are not discovered until after it sells the property. Similar liability may occur under applicable state law. However, an innocent landowner defense to environmental liability under the Comprehensive Environmental Response, Compensation and Liability Act ("CERCLA") may be available where a landowner has conducted an appropriate inquiry with respect to potential hazardous substances at and around the subject property in accordance with good commercial and customary practices. Such a defense is generally predicated on obtaining an environmental site assessment that has been prepared in substantial compliance with the "All Appropriate Inquiry Practices" identified by CERCLA and the ASTM Standard E1527-05: Standard Practice for Phase I Environmental Site Assessments. Among other things, the overall site assessment must occur no more than one year prior to the date the property is acquired, and certain components of the site assessment must be performed within 180 days of the property acquisition. Although the Company will attempt to obtain current environmental site assessments for the Projects prior to acquisition, the Company may not obtain such information. Consequently, the innocent landowner defense may not be available to the Company if hazardous substances are found within the Properties. Further, similar defenses to environmental liability may not be available under state or local law. If any hazardous materials or hazardous substances are found within the real property underlying any of the Properties at any time, the Company could be held liable for cleanup costs, fines, penalties and other costs, particularly if the Company owns the real property directly rather than through a special purpose

MHPI000048

entity. If losses arise from hazardous substance contamination which cannot be recovered from other responsible parties, the financial viability of the Properties may be materially and adversely affected.

### 8.3.8    Lack of Representations and Warranties

The Company may acquire real estate from sellers who make only limited or no representations and warranties regarding the condition of such real estate, the status of leases, the presence of hazardous materials or hazardous substances within such real estate, the status of governmental approvals and entitlements for such real estate or other matters adversely affecting such real estate are discovered, the Company may not be able to pursue a claim for damages against such sellers except in limited circumstances. The extent of damages that the Company may incur as a result of such matters cannot be predicted but potentially could result in a significant adverse effect on the value of such real estate.

### 8.3.9    No Appraisals or Reports

The Company typically will obtain independent third-party appraisals or valuations of a Property or other reports with respect to a Property, before the Company invests in such Property. In special circumstances, such as the Company having an opportunity to acquire a distressed Property provided that it can close the acquisition on an accelerated timeline, the Company may not have time to obtain an appraisal or other reports. If the Company does not obtain such third-party appraisals or valuations, there can be no assurance that a Property's value will exceed its cost or that any sale or other disposition of such Property will result in a profit. Third-party appraisals and other reports may be prepared for lenders, in which case the Company typically will try to obtain a copy of such appraisals and reports for review, as well as reliance letters from the third-party preparers to allow the Company to rely on such appraisals and reports. To the extent the Company does not obtain other reports or reliance letters before investing in a Property, the risk of investing in such Property may be increased.

### 8.3.10   No Audited Results of Operation

The Company will not obtain audited operating statements regarding the prior operations of a Property. The Company will rely on unaudited financial information provided by the sellers of the Properties. Thus, it is possible that information relied upon by the Company with respect to the acquisition of a Property may not be accurate.

### 8.3.11   Construction Defects

Some of the Properties may be newly or recently constructed. Newly constructed Properties are sometimes subject to construction defects that only reveal themselves over time. If any of the Properties should become subject to any construction defect issues, the Company may have remedies under state law as well as under any warranties from the contractors for the construction work, provided that the warranties were assigned to such owner. If work is required to cure any construction defects, reserves may not be sufficient to pay for such work. Accordingly, the presence of construction defects could adversely affect the financial performance of the Properties, the Company may be required to pay for all or part of the repair of such construction defects which will reduce the cash flow from the Properties, and the return to the Members may be reduced.

### 8.3.12   Condemnation of Land

MHPI000049

The Properties or a portion of the Properties could become subject to an eminent domain or inverse condemnation action. Any such action could have a material adverse effect on the marketability of a Property or the amount of return on investment for the Members.

### 8.3.13   Availability of Financing and Market Conditions

Market fluctuations in real estate loans may affect the availability and cost of loans needed for the Properties. Credit availability is currently significantly restricted and there is no assurance that the Company will be able to obtain the required financing to acquire the Properties. Restrictions upon the availability of real estate financing or high interest rates on real estate loans may also adversely affect the ability of the Company to sell the Properties. Based on historical interest rates, current interest rates are low and, as a result, it is likely that the interest rates available for future real estate loans and refinancings will be higher than the current interest rates for such loans, which may have a material and adverse impact on the Properties and the Company.

### 8.3.14   No Loan Commitments

While the Company anticipates that the Company will obtain financing to acquire the Properties, the Company has not obtained any financing commitments for the acquisition of the Properties. In the event that the Company is unable to obtain financing for the acquisition of the Properties, the Company may not be able to acquire any Properties or may only be able to acquire a limited number of Properties. In such case, the return to the Members would be materially reduced.

### 8.3.15   Unknown Loan Terms

The terms of the loans to be obtained or assumed by the Company to acquire the Properties will vary and the exact terms are unknown. It is anticipated that the loans may not allow for prepayment until shortly before maturity and that any prepayment may require the payment of a yield maintenance penalty. Consequently, the Company may not be able to take advantage of favorable changes in interest rates.

### 8.3.16   Carve-Outs to Nonrecourse Liability

Although the Company anticipates obtaining loans for the Properties that will be nonrecourse as to principal and interest, it is possible that lenders may require the Manager and the Company to be personally liable for certain carve-outs. It is also anticipated that the Company will be liable for certain springing recourse events. In circumstances where personal liability attaches, the lender could proceed against the Company's assets. It is possible that the Manager, the Property Manager and/or the Company could each be responsible for all of the nonrecourse carve-outs or springing recourse events. Members, however, will not be personally liable for any nonrecourse carve-outs or springing recourse events.

### 8.3.17   Recourse Liability

Although the Company anticipates that any loan it obtains to acquire a Property will be nonrecourse, the Manager has the discretion to obtain recourse loans. In the event the Company obtains a recourse loan and the related Property fails to perform as expected, the Company may not have adequate cash to make payments due on the loan. If the Company defaults on a recourse loan, in addition to foreclosing on the related Property, the lender may seek repayment from other assets of the Company, which would adversely affect the performance of the Company.

MHPI000050

### 8.3.18   Restrictions on Transfers

It is anticipated that the loans for the Properties will restrict the ability of the Company to sell its interest(s) in the Properties. The lenders may also impose restrictions on the transferability of Units. Upon violation of the restrictions on transfer or encumbrance, a lender will have the right to declare the entire amount of the loan, including principal, interest, prepayment premiums and other charges, to be immediately due and payable. If the lender declares the loan to be immediately due and payable, the Company will have the obligation to immediately pay the loan in full, including applicable prepayment charges. If replacement financing is not found or the loan is not immediately paid in full, the lender may invoke its other remedies under the loan, which may include proceeding with a foreclosure that would cause the Company to lose its entire interest in the applicable Property.

### 8.3.19   Variable Interest Rates and Interest Only Loans

It is anticipated that loans obtained by the Company may have variable interest rates. In the event that the interest rate on any loan increases significantly, the Company may not have sufficient funds to pay the required interest payments. In such event, the continued ownership of the applicable Property may be threatened. In addition, it is anticipated that some of the loans will only require interest payments. Thus, balloon payments of principal will be due upon maturity. In the event that the Property has not been sold or refinanced before such balloon payment is due, the continued ownership of the applicable Property by the Company will be threatened.

### 8.3.20   Events of Default

It is anticipated that certain actions by the Company will cause an event of default under the loan documents. Generally it is anticipated that the following items will cause a default under the loan, the failure to pay required payments under the loan, the failure to pay taxes, the failure to maintain insurance, the assignment by an owner of the Property of an interest in the Property to a creditor, the bankruptcy of an owner of a Property, the filing of an action for partition or the transfer of an interest in the Property without lender's consent will constitute an event of default under a loan. Additional events of default may be applicable for some or all of the loans. Should any of the owners of a Property, or the Property Manager, default under a loan for any reason, the lender may declare a default under the applicable loan, which could result in foreclosure by the lender on the applicable Property and the loss of all or substantial portion of the investment made by the Company.

## 8.4   Risks Related to Owning Mobile Home Parks

### 8.4.1   Market and Economic Conditions May Impact Revenue from Property Operations

Local conditions in the market of each mobile home park may significantly affect occupancy, rental rates, and the operating performance of a Property. The risks that may adversely affect the Properties include the following:

- Plant closings, industry slowdowns and other factors that affect the local economy.

- An oversupply of, or a reduced demand for, mobile homes.

- A decline in household formation or employment or lack of employment growth.

MHPI000051

- Rent control or rent stabilization laws, or other laws regulating mobile home parks, that could prevent the Company from raising lot rents or selling mobile homes.

- Economic conditions that could cause an increase in the Company's operating expenses, such as increases in property taxes, utilities, compensation of on-site associates and/or routine maintenance.

### 8.4.2    Market and Economic Conditions May Impact the Property Value on Resale

The sale price of a Property is likely dependent upon the condition of the economy in the area where such Property is located. The Manager anticipates holding each Property for up to ten (10) years, or longer. There is a risk that at the time of the projected sale, the marketplace may be different than projected, which may require that the Company hold a Property longer than anticipated, and/or sold at a loss. Despite the Manager's projections, an Investor should be prepared to leave their Capital Contribution with the Company until all Properties owned by the Company are sold.

### 8.4.3    Competition Could Impact Occupancy or Market Rental Rates

Properties owned by the Company will compete with other housing alternatives to attract residents, including other mobile home parks, apartments, condominiums and single-family homes that are available for rent, as well as other mobile homes, new and existing condominiums, and single-family homes for sale. Competitive residential housing in a particular area could adversely affect the Company's ability to sell its mobile homes, rent its mobile home lots as necessary to maintain occupancy, and/or to increase or maintain lot rental rates. Improvements to Properties planned by the Manager will be designed to make them more attractive to new and existing occupants, in hopes of creating a competitive advantage as compared to other housing alternatives in the marketplace.

### 8.4.4    Vacancies and Tenant Defaults May Reduce Revenues

The Company depends on lot rental income and mobile home sales to pay both the operating expenses for its Properties and the Company itself. Vacant lots and/or purchase payment defaults by tenants and/or buyers of mobile homes sold by the Company could reduce the amount of Net Proceeds Available for Distribution that might otherwise be available for payment of its expenses and mortgage payments and/or Distribution to the Members, if the Properties were fully occupied and/or all occupants were making timely lot rent or purchase payments. Significant Company expenditures such as debt service payments, real estate taxes, insurance and maintenance costs are generally not reduced when circumstances cause a reduction in income from Properties owned by the Company.

A vacancy or default of a tenant on its lot rent or mobile home purchase payments will cause the Company to lose the revenue from that unit and if enough effective vacancies occur, it could cause the Company to have to find an alternative source of revenue to meet its mortgage payments and other operating expenses for a particular Property. In the event of a tenant default, the Company may experience delays in enforcing its rights as landlord and may incur substantial costs in evicting the tenant, removing its mobile home, and re-renting the affected lot. In the case of a default on a seller-financed mobile home, the Company could experience delays in enforcing its rights against a defaulting purchaser.

The Manager will attempt to mitigate its effective vacancies by employing a marketing campaign and/or lease incentive programs. It will attempt to minimize tenant defaults by screening new tenants and potential mobile home buyers. The methods for screening new tenants and potential mobile home buyers will be determined on a case-by-case basis. The Manager will attempt to minimize such Losses by employing the Property Manager and/or legal counsel to promptly remove each defaulting tenant/buyer within the purview of the applicable law.

### 8.4.5    The Company Will Rely on Local Property Managers and Contractors

The Company has no independent ability and/or resources to manage and/or renovate each Property it acquires. The Company will rely upon the Property Manager and/or contractors to manage each Property and make renovations. The Manager has carefully reviewed the past experience, qualifications, and references of the Property Manager and will carefully review the past experience, qualifications, and references of any contractors and will ensure that any contracts with such persons have appropriate termination clauses in the event of default thereof.

### 8.4.6    Risk Associated with Construction or Development of Associated Property

The Company anticipates acquiring and renovating mobile home parks, individual mobile homes, and various amenities of the Properties. Additionally, some mobile home Properties may have additional property or buildings which the Manager may need to manage, such as vacant land that can be developed as additional mobile home spaces, mini-storage, warehouses, etc. These activities may expose the Company to the following risks:

- The Company may be unable to obtain, or experience delays in obtaining necessary zoning, occupancy, or other required governmental or third party permits and authorizations, which could result in increased costs or the delay or abandonment of opportunities.

- The Company may incur costs that exceed original construction estimates due to increased material, labor and/or other costs.

- Occupancy rates and rents of the Properties may fail to meet the Manager's expectations for a number of reasons, including changes in the market and economic conditions beyond the Manager's control and the development by competitors of competing communities.

- The Company may be unable to complete the construction and the leasing of its Properties on the Company's projected schedule, resulting in increased construction and/or financing costs and a potential decrease in anticipated revenues.

- The Company may incur liabilities to third parties during the development process, for example, in connection with managing existing improvements on its sites or in connection with providing services to third parties, such as the construction of shared infrastructure or other improvements.

The Company may incur liability if its Properties are not constructed and operated in compliance with accessibility provisions of the Americans with Disabilities Act, the Fair Housing Act or other federal, state or local requirements. Noncompliance could result in imposition of fines, an award of damages to private litigants, and a requirement that the Company undertake structural modifications to remedy the noncompliance.

MHPI000053

**8.5**     **Risks Related to Properties Acquired by the Company**

*8.5.1     Due Diligence May Not Uncover All Material Facts*

It is possible that the Manager may not discover certain material facts about the Properties the Company acquires, because information presented by the sellers may be prepared in an incomplete or misleading fashion, and material facts related to the Properties may not be discovered and/or occur until after the acquisition thereof.

The Manager has extensive prior experience in acquiring similar properties, however, and has used and will use its experience in such matters during the course of its due diligence. In addition, the Manager has employed and will employ an appropriately licensed (where applicable) or other local professional property managers, inspectors, appraisers, surveyors, contractors, and/or other consultants as the Manager may, in its sole discretion, deem necessary to assist in its due diligence efforts to obtain and verify material facts regarding the Properties, prior to acquisition.

*8.5.2     The Company Anticipates Using Leverage*

The Company anticipates the use of institutional financing in the acquisition and possible refinancing of its Properties. The Company's use of leverage potentially increases the risk of an investment in the Company, as it is possible that the rental income from the Properties in any month may be inadequate to allow the Company to make the monthly debt service required on each of the loans against its Properties. If the Company is unable to make the required financing payments on a Property, a lender may foreclose upon such Property and some or all of the Company's investment in such Property may be lost.

The Manager anticipates that proposed loans for individual Properties will have an average loan to value ratio of between approximately sixty percent (60%) and seventy percent (70%) of the gross fair market value of each Property, with a maximum loan to value ratio of seventy-five percent (75%) of the Company's Property portfolio, and mortgages will typically have balloon payments due five (5) to ten (10) years following the closing on each Property. The interest rate on the loans will typically be fixed, up to the prevailing market interest rates at the time such loan is secured by the Manager. The Company may refinance some or all of its Properties prior to expiration of the initial loan terms in lieu of resale. The monthly payments will generally be based on an amortization schedule ranging from fifteen (15) to thirty (30) years.

Because of balloon payments, to avoid a default, the Company must either: repay the principal, refinance the mortgage on or before the maturity date of the loan, or sell the Property upon which the loan was secured. No assurance can be given that the Company will be able to repay the principal and/or refinance a mortgage on one or more of its Properties at or prior to their maturity date thereof. No assurance can be made that the Company will be able to refinance any loan at an interest rate that is comparable to the current interest rate or on favorable terms in the future.

Mortgages typically contain customary covenants and the Company's continued ability to borrow against a Property is subject to compliance with these financial and other covenants. In addition, failure to comply with such covenants could cause a default under the applicable debt agreement, which would then require such debt to be repaid with capital from other sources.

There is also the risk that, at the time of sale of a Property, the sales proceeds will be less than the amount needed to pay off the total remaining balance of any financing upon such Property at the

MHPI000054

time of sale, and as a result, some or all of the Company's investment in such Property could be lost therefrom. There is also a risk that if upon the expiration of the loan term, a Property cannot be sold or refinanced such that the proceeds generated thereby will ensure repayment of the remaining balance of such loan, and the Company may be forced to surrender such Property to the lender upon a foreclosure thereof, resulting in the total loss of all of the capital invested in such Property.

### 8.5.3    Financial Projections May Be Wrong

The Manager has not provided financial projections regarding operations of the Company. Prospective Investors should review <u>Section 10</u> of this Memorandum describing the investment objectives and policies of the Company. It is possible that actual results from the operation of the Company may be different than the returns anticipated by the Manager, as such are detailed herein, and/or that these returns may not be realized in the timeframe projected by the Manager, if at all. The Manager will periodically provide the Members with information about the Properties it acquires on behalf of the Company.

The Company's example financial projections in its Investment Summary has not been examined by an independent auditor or accounting firm. There can be no assurance that the Company's target returns based on its own internal financial projections will be realized. The Company's financial projections in its Investment Summary may contain forward-looking statements that involve risks and uncertainties, such as statements of the Company's plans, objectives, expectations, and intentions. The cautionary statements made in the Property Information Package should be read as being applicable to all related forward-looking statements wherever they appear. Furthermore, any Company financial projections have been prepared based upon the assumption that the Company will attain successful operations and obtain mortgage financing for Properties upon acceptable terms. Accordingly, the Company's actual results could materially differ from those anticipated by the Manager and detailed in the Investment Summary.

### 8.5.4    The Property May Not Yield Anticipated Results

One or more Properties may fail to perform as the Manager anticipated when analyzing each investment thereto. Further, actual renovation and/or redevelopment costs of a Property may exceed the Manager's estimates of the cost of renovating and/or redeveloping a Property. The financial projections for a specific Property contemplated for purchase will be based on the Company's ability to secure a sufficient number of tenants or sales at the local estimated market rate, which is based on current rental and/or resale rates for storage facilities and mobile homes in the vicinity of such Property as well as a review of market rents/sale prices in comparable properties, to the extent comparable properties and resale storage facilities and mobile homes exist in the marketplace. There can be no assurances that the Company will be able to find a sufficient number of suitable occupants or that the Company will be able to charge and collect its estimated market rates for lot rental or resale of storage facilities and mobile homes.

### 8.5.5    Lack of Reserves or Working Capital

A portion of the proceeds of this Offering will, in the Manager's sole discretion, necessarily be set aside for Working Capital and Reserves, and therefore, will not be available for investment. It is possible that expenses of acquiring, holding, and reselling the Properties may exceed the Reserves or Working Capital the Manager has set aside for the Company, such that additional capital may be needed to operate the Company's business. In the event that additional capital is required as

MHPI000055

determined by the Manager in its sole discretion, an advance from the Manager and/or one or more of the Members, and/or obtaining additional outside financing may be needed to raise such capital.

### 8.5.6    Title Insurance May Not Cover All Title Defects

The Manager anticipates acquiring title insurance on each Property, but it is possible that title defects may arise in the future that are excluded from coverage and/or for which the title company may deny coverage, or that title insurance may not be available for certain Properties; in which case, the Company may have to defend or otherwise resolve such defects on its own, the cost of which may impact the profitability of such Property and/or the Company.

### 8.5.7    Hazard Insurance May Not Cover All Hazards

To the extent possible, the Company will attempt to acquire insurance protecting the Company against fire, weather, or environmental hazards, theft and vandalism for each of its Properties. However, based upon the locale of a Property, such insurance may not be available in such areas, nor are all hazards insurable as some may be deemed acts of God or be subject to other policy exclusions. Furthermore, an insurance company may deny coverage for certain claims requiring the Company to initiate a lawsuit in order to receive coverage for such claims, resulting in further Losses to the Company. Additionally, a Property may be found to contain mold, which may not be covered by insurance and has been linked to health issues. Should an uninsured loss occur, the Company could lose its capital investment and/or anticipated Profits and cash flow from such Property, which could in turn cause the Manager, in its sole discretion, to reduce or eliminate the amount of distributions the Company makes to Members.

### 8.5.8    Inclement Weather Could Increase Maintenance and Repair Costs

Properties owned by the Company may be exposed to risks of inclement weather, including, but not limited to wind-related events such as severe thunderstorms, windstorms, tornadoes and/or hurricanes. Further, unpredictable winter conditions may result in indeterminate costs for the removal of snow and ice, as well weather delays in the renovation and redevelopment. In addition, inclement weather could increase the need for maintenance and repair of the Properties. As some of these hazards may be uninsurable, and/or the routine maintenance costs or damages caused by such hazards may be less than the insurance deductibles, the Company may need to expend its own funds for such repairs or mitigation.

### 8.5.9    Payments to Service Providers Will Reduce Cash Available for Distributions

Payments to the Property Manager (or Affiliates of the Manager) in connection with the management and leasing of the Properties will be an expense of the Company, and will reduce the amount of cash available for distributions to Members.

## 8.6    Risk Factors Involving Income Taxes

### 8.6.1    The Company May Be Characterized as a Publicly Traded Partnership

Based upon representations by the Manager that the Units will be issued in a transaction not registered under the Securities Act, the representation of the Manager and Jumpstart Securities that the interests in the Company will not be traded on an established securities market and the obligations of the Manager to take all actions reasonably necessary to prevent the Interests in the Company from being traded in a secondary market or the substantial equivalent thereof within the

MHPI000056

meaning of Section 7704 of the Code, it is more likely than not that the Company will not be treated as a "publicly traded partnership" for federal income tax purposes.  Classification of the Company as a "publicly traded partnership" could result in (i) taxation of the Company as a corporation or (ii) application of the passive activity loss rules in a manner that could adversely affect the Members.

### 8.6.2    Tax Liability May Exceed Distributions

As a result of decisions of the Manager in operating the Company, which may require the suspension of distributions due to a need to maintain a higher level of cash reserves, as determined in the sole discretion of the Manager, there is a risk that, in any tax year, the tax liability owed by a Member may exceed the distributions received by such Member in that year. As a result, some or all of the payment of taxes may be an out of pocket expense of the Member.

There is a risk that upon the disposition of a Property, the tax liability of a Member may exceed the distributable cash available therefrom. In the event of an involuntary disposition of a Property, there is the possibility of a Member having a larger tax liability than the amount of cash available for distributions at the time of such disposition, or at any time in the future. However, the Manager will use its best efforts to limit such exposure to the Members.

### 8.6.3    Risk that Federal or State Income Tax Laws Will Change

There is a risk that Federal or State income tax laws may change affecting the projected returns of an investment in the Company. There is a possibility that in the future Congress may make substantial changes in the Federal tax laws that will apply to the Company and its Members.

### 8.6.4    Risk of Including Foreign Investors

The Company may accept Subscriptions from Non-U.S. Persons, in which case there is a risk that: the proper tax withholding amounts will not be withheld or paid by the Non-U.S. Person as required by the Foreign Investor in Real Property Tax Act of 1980 (FIRPTA) and that the Company could remain liable for a Non-U.S. Person's individual tax liabilities to the IRS. There is a further risk that a Non-U.S. Person Investor could be named on the list of Specially Designated Nationals, Blocked Persons, or Sanctioned Countries or Individuals, which, if undiscovered, could result in an enforcement action against the Company by the U.S. Department of the Treasury and/or other Federal agencies. In order to mitigate these possibilities, the Manager will conduct due diligence on each Non-U.S. Person it considers Accepting as a Member of the Company, and will attempt to determine whether there are any security restrictions on such Non-U.S. Person at the time of its subscription. Further, if the Manager Accepts Non-U.S. Persons as a Member to the Company, the Manager will employ a C.P.A. versed in international investments on which it will rely upon to calculate and remit the appropriate withholding amounts therefrom. At the time of publication of this Memorandum, the Manager is contemplating including certain specific Non-U.S. Persons as Investors in the Offering.

### 8.6.5    Phantom Income Risk

The voluntary or involuntary sale or transfer of a Company Investment owned by the Company or any entity through which it invests may, under certain circumstances, result in substantial tax liability to a Member with little or no cash available for distribution to such Member to cover such tax liability.  Because a discharge of liability, even without any cash distribution, can produce taxable income, a Member's taxable income and tax liability may exceed the cash, if any, received by

MHPI000057