

Memo To:         MHPI IV, LLC Members
From:            Ryan Smith on behalf of the Managers
Memo Date:       [ DATE \@ "dddd, MMMM d, y" ]
Subject:         MHPI IV, LLC to return capital + plus new offering to consider.

Thank you for investing with MHPI IV, LLC ("Fund").  As you will read below, we have good news to report!

MHPI IV, LLC recently completed the sale of several assets.  As a result, the Managers are distributing to Members a total of $1,900,000.00.  We think this is great news!

Enclosed in this package, you will find the following helpful resources:

✓ Distribution overview
✓ A special invitation to a upcoming webinar (register at **ElevationWebinar.com**)
✓ Your distribution check

Please keep in mind that this distribution will reduce your Capital Account Balance and, as such, will reduce future Preferred Return distributions.

Should you wish to create additional income by redeploying all, or part, of the capital that we are returning, you might consider our newest fund MHPI VII, LLC ("Fund 7").  Fund 7 is currently making monthly distributions, carries a 10% Preferred Return, and has a 20%, or greater, anticipated return target.  For more information on this Fund, or to make an investment, visit **http://www.elevationfund.com/start**  or call **407-602-7662**.

Again, we are pleased with the progress the Fund has made and I look forward to sharing more announcements in the coming months.  Please contact us if you have any questions.

Best regards,


Ryan Smith
Manager of MHP Management, LLC,
a Manager of MHPI IV, LLC

Enclosure(s)

EXHIBIT
198

2875 South Orange Avenue, Suite 500 #4080, Orlando, Florida  32806

Toll-Free:  (800) 257-1254  Fax:  (407) 602-7662  Email:  ryan@elevationcg.com

Confidential                                                                MHPI083185

**Disclaimer**

This is neither an offer to sell nor a solicitation of an offer to buy the securities described herein.

**THE OFFERING IS MADE ONLY BY THE PRIVATE PLACEMENT MEMORANDUM. THIS MATERIAL MUST BE READ IN CONJUNCTION WITH THE PRIVATE PLACEMENT MEMORANDUM IN ORDER TO UNDERSTAND FULLY ALL OF THE INVESTMENT OBJECTIVES, RISKS, CHARGES AND EXPENSES ASSOCIATED WITH AN INVESTMENT IN THE SECURITIES TO WHICH IT RELATES AND MUST NOT BE RELIED UPON TO MAKE AN INVESTMENT DECISION.**

The stated objectives and any forward looking statements herein may not be accurate, the projections herein shown may not occur, and actual results could differ materially due to risks and uncertainties that are beyond the Company's ability to control or accurately predict. To the extent the information in this communication conflicts with the information in the Private Placement Memorandum, the information in the Private Placement Memorandum shall govern. The securities offered are an illiquid investment and involve a high degree of risk; Investors should be able to bear the loss of some or all of their investment. Investors should read and understand all of the risks and the entire Private Placement Memorandum before making a decision to invest.

Past performance is no indication of future results and there can be no assurance that MHPI VII, LLC will be able to execute the investment objectives for the Properties or the Offering.

This material is for general information purposes only and does not constitute legal, tax, investment or other professional advice on any subject matter. Information provided is not all-inclusive and should not be relied upon as being all-inclusive.

Confidential                                                                                                                                             MHPI083186