IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-02780-NYW

RV HORIZONS, INC., et al.,

        Plaintiffs,

vs.

JAMIE SMITH, et al.,

        Defendants.

## PLAINTIFFS' DEPOSITION DESIGNATIONS

      Plaintiffs, by and through undersigned counsel, respectfully designate portions of

testimony from the following depositions.  All depositions will be shown by video at trial.

Plaintiffs reserve the right to use live testimony if these witnesses appear and testify at trial.

| Transcript | Plaintiffs' Designations: |
|---|---|
| **Brian Dahn**<br>December 10, 2019 Deposition | |
| | 11:12-20 |
| | 12:17-14:14 |
| | 16:8-20:8 |
| | 20:19-23 |
| | 21:22-23:21 |
| | 25:1-12 |
| | 25:16-36:14 |
| | 36:18-19 |
| | 36:21-39:7 |
| | 39:10-44:11 |
| | 45:9-52:4 |
| | 54:1-14 |
| | 55:25-56:17 |
| | 56:21-60:1 |
| | 60:16-66:5 |
| | 66:10-67:24 |
| | 68:15-73:15 |
| | 73:18-84:23 |

| | |
|---|---|
| | 85:5-93:5 |
| | 93:12-23 |
| | 94:14-23 |
| | 95:3-107:16 |
| | 108:1-113:2 |
| | 113:12-114:19 |
| | 114:25-115:22 |
| | 115:25-117:22 |
| | 118:5-120:16 |
| | 122:1-126:18 |
| | 126:21-22 |
| | 126:24-128:19 |
| | 129:25-131:19 |
| | 131:25-134:21 |
| | 134:23-135:10 |
| | 135:14-15 |
| | 135:17-139:3 |
| | 139:5-7 |
| | 139:9-20 |
| | 139:24-140:3 |
| | 140:13-153:24 |
| | 155:5-179:1 |
| | 179:13-206:18 |
| | 207:2-208:14 |
| | 208:17-214:25 |
| | 215:3-17 |
| | 215:20-216:3 |
| | 216:6-217:15 |
| | 217:22-218:21 |
| | 218:23-230:9 |
| | 228:5-229:11 |
| | 231:11-25 |
| | 232:16-233:9 |
| | 234:17-235:15 |
| | 235:23-237:22 |
| | 237:25-238:2 |
| | 238:4-6 |
| | 239:5-22 |
| | 239:25-240:9 |
| | 240:15-241:8 |
| | 241:14-243:11 |
| | 243:13-244:2 |
| | 244:4-13 |
| | 244:16-24 |
| | 245:2-246:16 |

| | |
|---|---|
| | 246:23 |
| | 247:3-249:1 |
| | 249:4-11 |
| | 249:14-250:6 |
| | 250:22-255:8 |
| | 260:11-263:21 |
| | 264:4-265:14 |
| | 266:7-20 |
| | 266:23-268:4 |
| **Nancy Naeve**<br>December 11, 2019 Deposition | |
| | 7:25-12:20 |
| | 13:13-16:18 |
| | 17:2-19:20 |
| | 27:1-34:18 |
| | 41:3-43:19 |
| | 44:10-47:3 |
| | 47:25-53:18 |
| | 59:14-60:23 |
| | 61:13-63:5 |
| | 74:16-75:1 |
| | 75:21-77:2 |
| | 78:16-80:1 |
| | 80:22-81:24 |
| | 82:8-84:12 |
| | 84:19-85:21 |
| | 86:6-99:23 |
| | 100:10-104:20 |
| | 105:6-112:5 |
| | 113:19-115:4 |
| | 117:20-120:11 |
| | 120:24-126:19 |
| | 127:6-128:14 |
| | 130:21-135:25 |
| | 136:8-137:1 |
| | 138:1-145:18 |
| | 147:4-16 |
| | 148:4-151:9 |
| | 152:2-153:23 |
| | 158:3-160:5 |
| | 168:3-182:10 |
| | 184:12-200:7 |
| | 201:2-202:16 |
| | 203:13-204:9 |
| | 206:9-208:21 |

|  | 227:5-228:14 |
|---|---|
|  | 239:10-243:8 |
|  | 248:11-253:2 |
|  | 253:7-254:7 |
|  | 254:21-256:12 |
|  | 257:17-258:19 |
| **Jamie Smith**<br>November 21, 2019 Deposition | |
|  | 7:1-12:15 |
|  | 13:3-15:11 |
|  | 18:15-20:10 |
|  | 20:12 |
|  | 21:12-22:1 |
|  | 23:10-24:5 |
|  | 27:12-28:19 |
|  | 29:11-34:15 |
|  | 35:7-40:24 |
|  | 41:3-16 |
|  | 41:18-45:3 |
|  | 45:6-18 |
|  | 46:24-50:5 |
|  | 50:7-54:25 |
|  | 55:7 |
|  | 55:20-60:23 |
|  | 60:25-62:10 |
|  | 62:12-25 |
|  | 63:3-64:9 |
|  | 64:17-69:14 |
|  | 69:25-70:18 |
|  | 70:20-71:2 |
|  | 71:4-76:18 |
|  | 76:20-91:10 |
|  | 91:12-16 |
|  | 91:21-92:19 |
|  | 92:21-94:5 |
|  | 94:7-96:11 |
|  | 97:8-25 |
|  | 98:16-106:7 |
|  | 106:14-108:10 |
|  | 108:13-111:16 |
|  | 113:2-116:4 |
|  | 117:3-123:11 |
|  | 126:15-127:9 |
|  | 127:13-21 |
|  | 128:18-135:24 |

4

| | |
|---|---|
| | 136:2-138:5 |
| | 138:23-142:1 |
| | 142:3-143:2 |
| | 143:4-148:11 |
| | 148:13-23 |
| | 148:25-150:1 |
| | 150:5-11 |
| | 156:7-23 |
| | 157:25-159:12 |
| | 159:21-165:17 |
| | 165:19-20 |
| | 165:23-166:4 |
| | 166:6-8 |
| | 166:11-18 |
| | 166:23-168:2 |
| | 168:7-11 |
| | 168:18-172:8 |
| | 172:10-11 |
| | 172:13-177:19 |
| | 177:21-182:21 |
| | 182:24-183:7 |
| | 184:5-187:5 |
| | 187:9-18 |
| | 187:20-188:12 |
| | 188:15-189:11 |
| | 189:13-195:7 |
| | 195:9-196:10 |
| | 196:13-197:12 |
| | 197:14-17 |
| | 197:21-200:25 |
| | 201:2-11 |
| | 201:15-207:15 |
| | 208:8-210:13 |
| | 211:1-215:7 |
| | 215:13-238:8 |
| | 238:10-243:20 |
| | 243:22-246:13 |
| | 246:18-21 |
| | 246:23-248:3 |
| | 248:5-10 |
| | 248:12-251:1 |
| | 251:3-10 |
| | 252:4-255:22 |
| | 256:4-260:21 |
| | 260:25-261:7 |

| | |
|---|---|
| | 261:18-266:7 |
| | 266:9-269:19 |
| | 269:21-270:8 |
| | 270:15-276:23 |
| | 276:25-277:19 |
| | 278:12-284:25 |
| | 285:6-10 |
| | 285:12-289:25 |
| | 290:2-11 |
| | 290:13-14 |
| | 290:24-291:24 |
| **Ryan Smith**<br>December 16, 2019 Deposition | |
| | 8:25-32:2 |
| | 33:3-44:13 |
| | 44:20-48:21 |
| | 48:23-73:1 |
| | 73:7-85:18 |
| | 86:4-104:13 |
| | 104:17-18 |
| | 104:23-110:1 |
| | 110:23-113:21 |
| | 114:6-115:1 |
| | 122:7-151:24 |
| | 152:5-155:1 |
| | 156:16-158:18 |
| | 159:9-167:24 |
| | 168:10-181:19 |
| | 182:4-188:10 |
| | 189:6-234:18 |
| | 235:1-236:7 |
| **Kathleen White**<br>December 9, 2019 Deposition | |
| | 8:2-9 |
| | 8:11-20 |
| | 8:25-12:25 |
| | 14:22-15:2 |
| | 15:4-5 |
| | 16:25-17:10 |
| | 17:13-20 |
| | 17:22-18:11 |
| | 18:25-21:12 |
| | 21:14-22:21 |
| | 22:23-23:16 |
| | 23:18 |

| | |
|---|---|
| | 39:21-43:6 |
| | 43:13-45:3 |
| | 46:21-54:16 |
| | 55:3-60:15 |
| | 61:7-65:2 |
| | 65:7-76:10 |
| | 77:1-84:18 |
| | 85:1-86:23 |
| | 87:3 |
| | 87:5-20 |
| | 87:23-88:13 |
| | 88:19-20 |
| | 88:22-24 |
| | 89:1-94:21 |
| | 94:25-96:9 |
| | 96:11-99:8 |
| | 99:16-107:22 |
| | 122:20-123:14 |
| | 123:20-21 |
| | 124:2-125:3 |
| | 125:6-126:22 |
| | 126:25-128:6 |
| | 138:9-140:2 |
| **Peter Reinert**<br>October 3, 2019 Deposition | |
| | 6:15-8:14 |
| | 9:1-7 |
| | 10:8-23 |
| | 12:1-11 |
| | 13:3-10 |
| | 14:3-6 |
| | 18:23-19:16 |
| | 23:4-24:1 |
| | 26:16-28:5 |
| | 29:8-30:4 |
| | 33:8-34:21 |
| | 45:23-48:3 |
| | 55:12-57:9 |
| | 60:7-61:6 |
| | 63:17-65:16 |
| | 65:25-66:5 |
| | 66:11 |
| | 70:4-71:17 |
| | 75:19-78:10 |
| | 79:22-80:14 |

| | 82:22-83:15 |
| | 83:21-84:18 |

Dated:  October 9, 2020.

Respectfully submitted,

*/s Jessica J. Smith*
Jessica J. Smith
Craig Stewart
Christopher H. Toll
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, CO  80202
Phone: (303) 295-8374
Fax: (303) 974-1133
CStewart@hollandhart.com
JJSmith@hollandhart.com
CToll@hollandhart.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2020, I served the foregoing via email to the

following:

Michael Crosbie
Nicole Ballante
300 S. Orange Ave
Orlando, FL 32801
(407) 836-6796
mcrosbie@shutts.com
nballante@shutts.com
**ATTORNEY FOR SMITH DEFENDANTS**

Christian Hendrickson
Joseph Daniels
Sherman & Howard LLC
633 17th Street
Suite 3000
Denver, CO 80202
chendrickson@shermanhoward.com
jdaniels@shermanhoward.com
**ATTORNEY FOR DAHN DEFENDANT**

*s/ Jessica J. Smith*

15523272_v5