**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:18-cv-02780-NYW

RV HORIZONS, INC., et al.,

    Plaintiffs,

vs.

JAMIE SMITH, et al.,

    Defendants.

**PARTIES JOINT SUBMISSION OF DEPOSITION
DESIGNATIONS, COUNTER-DESIGNATIONS AND OBJECTIONS**

    Plaintiffs RV Horizons, Inc.; MHC America Fund, LLC; MHC America Class C, LLC; MHC America Fund 2, LLC; MHC America 2 Class B, LLC; MHPS Alumni, LLC; MHPS Alumni 2, LLC; MHPS Alumni 3, LLC; Affordable Housing Community Fund 1, LLC; Affordable Housing Community Fund 2, LLC; Affordable Housing Community Fund 3, LLC; Affordable Housing Community Fund 4, LLC; Affordable Housing Community Fund 5, LLC; Affordable Housing Community Fund 6, LLC; and AWA Fund 3, LLC (collectively, "Plaintiffs"), and Defendants, Jamie Smith, Ryan Smith, MHPI VII, LLC, and Elevation Capital Group, LLC (collectively, the "Smith Defendants"), and Defendant Dahn Corporation ("Dahn"), by and through undersigned counsel, respectfully submit their designations, counter-designations and objections of deposition testimony that may be used at trial. The Parties state that they have conferred and continue to confer regarding these designations and objections. In particular, Plaintiffs have agreed to narrow their designations in advance of trial.

Pursuant to the Court's Trial Preparation Order (Dkt No. 126), Plaintiffs' designations are highlighted in yellow and Defendants' designations are highlighted in blue. Any designations that overlap are highlighted in green. The highlighted transcripts are attached as Exhibits 1-10.

I. **DEFENDANTS' JOINT DEPOSITION DESIGNATIONS AND PLAINTIFFS' COUNTER-DESIGNATIONS AND OBJECTIONS**

| AMY BURGET<br>November 4, 2019 (Read)<br>(Exhibit 1) | | |
|---|---|---|
| **DEFENDANTS' DESIGNATIONS** | **PLAINTIFFS' OBJECTIONS** | **PLAINTIFFS' COUNTER DESIGNATIONS** |
| 6:15-25 | | 7:12-15 |
| 7:1-5 | | 7:12-15 |
| 14:14-25 | | |
| 15:1-25 | | |
| 19:8-12 | | 19:13-14 |
| 21:17-25 | | 26:14-21 |
| 22:1-3 | | 26:14-21 |
| 27:12-16 | | |
| 30:15-18 | | 31:5-13 |

| BRANDON REYNOLDS<br>November 5, 2019 (Read)<br>(Exhibit 2) | | |
|---|---|---|
| **DEFENDANTS' DESIGNATIONS** | **PLAINTIFFS' OBJECTIONS** | **PLAINTIFFS' COUNTER DESIGNATIONS** |
| 9:8-25 | | |
| 20:16-25 | | 20:11-15 |
| 21:1-12 | | 20:11-15 |
| 28:1-7 | | 27:13-25; 28:8-12 |
| 31:1-7 | | |
| 44:15-25 | | 44:5-11 |
| 45:1-2 | | 44:5-11 |

| DAVE REYNOLDS<br>October 1, 2019 (Video)<br>(Exhibit 3) | | |
|---|---|---|
| **DEFENDANTS' DESIGNATIONS** | **PLAINTIFFS' OBJECTIONS** | **PLAINTIFFS' COUNTER DESIGNATIONS** |
| 43:9-25 | | |
| 44:1-20 | | |
| 45:8-21 | | 45:22-46:4 |
| 47:4-25 | | |
| 48:1-3 | | |
| 49:21-25 | F.R.E 602, 611(a) – foundation, lack of personal knowledge | 50:14-51:9 |
| 50:1-13 | F.R.E 602, 611(a) – foundation, lack of personal knowledge | 50:14-51:9 |
| 51:10-25 | 51:24-52:17 – F.R.E 602, 611(a) – foundation, lack of personal knowledge | 53:14-54:3 |
| 52:1-25 | 51:24-52:17 – F.R.E 602, 611(a) – foundation, lack of personal knowledge | 53:14-54:3 |
| 53:1-13 | | 53:14-54:3 |
| 54:12-18 | | 54:22-23; 55:1-6 |
| 55:20-25 | | 58:20-59:7 |
| 56:1-25 | | 58:20-59:7 |
| 57:1-16 | | 58:20-59:7 |
| 57:24-25 | | 58:20-59:7 |
| 58:1-19 | | 58:20-59:7 |
| 149:22-25 | | 149:12-21 |
| 150:1-25 | | 149:12-21 |
| 151:1-3 | | 149:12-21 |
| 193:8-25 | | 194:20; 197:11-24 |
| 194:1-19 | | 194:20; 197:11-24 |
| 204:17-25 | | 207:9-208:1; 208:18-209:10 |
| 205:1-25 | | 207:9-208:1; 208:18-209:10 |
| 206:1-3 | | 207:9-208:1; 208:18-209:10 |
| 210:4-15 | | 211:11-16 |

3

| ERIC SIRAGUSA<br>December 12, 2019 (Read)<br>(Exhibit 4) | | |
|---|---|---|
| **DEFENDANTS' DESIGNATIONS** | **PLAINTIFFS' OBJECTIONS** | **PLAINTIFFS' COUNTER DESIGNATIONS** |
| 50:18-25 | | |
| 51:1-25 | 51:7-14 – F.R.E 602 – foundation, lack of personal knowledge | |
| 52:1-3 | | |
| 67:17-18 | | |
| 69:20-25 | 69:24-70:18 – F.R.E 602 – foundation, lack of personal knowledge | |
| 70:1-18 | 69:24-70:18 – F.R.E 602 – foundation, lack of personal knowledge | |
| 71:1-18 | | |
| 91:2-12 | | |
| 119:10-16 | | 117:23-119:9; 119:17-120:1 |
| 183:21-25 | 183:21-184:10 – F.R.E. 602 – foundation, lack of personal knowledge | |
| 184:1-25 | 183:21-184:10 – F.R.E 602 – foundation, lack of personal knowledge | |
| 185:1-11 | | |
| 186:20-25 | | |
| 187:1-8 | | |

| PETER REINERT<br>October 3, 2019 (Video)<br>(Exhibit 5) | | |
|---|---|---|
| **DEFENDANTS' DESIGNATIONS** | **PLAINTIFFS' OBJECTIONS** | **PLAINTIFFS' COUNTER DESIGNATIONS** |
| 6:15-25 | | |
| 7:1-17 | | |
| 8:17-25 | | |
| 9:1-25 | | |
| 10:1-23 | | |
| 12:1-18 | | |
| 13:3-25 | | |
| 14:1-6 | | |
| 15:11-25 | | |

| PETER REINERT<br>October 3, 2019 (Video)<br>(Exhibit 5) | | |
|---|---|---|
| **DEFENDANTS' DESIGNATIONS** | **PLAINTIFFS' OBJECTIONS** | **PLAINTIFFS' COUNTER DESIGNATIONS** |
| 16:1-12 | | |
| 16:17-25 | | |
| 17:1-16 | | |
| 18:14-25 | | |
| 19:1-8 | | |
| 24:15-25 | | |
| 25:1-15 | | |
| 28:22-25 | | |
| 29:1-25 | | |
| 30:1-4 | | |
| 32:18-25 | | |
| 33:1-25 | | |
| 34:1-11 | | |
| 45:6-20 | | |
| 46:11-25 | | |
| 47:1-25 | | |
| 48:1-3 | | |
| 50:23-25 | | |
| 51:1-5 | | |
| 51:19-25 | | |
| 52:1-10 | | |
| 64:3-12 | | |
| 64:17-25 | | |
| 65:1-16 | | |
| 70:5-25 | | |
| 71:1-17 | | |
| 76:13-25 | | |
| 77:1-5 | | |
| 79:4-10 | | |
| 82:10-17 | | |
| 82:22-25 | | |
| 83:1-25 | | |
| 84:1-25 | | |
| 85:1-11 | | |
| 86:15-25 | | |
| 87:1-21 | | |

II. **PLAINTIFFS' DEPOSITION DESIGNATIONS AND DEFENDANTS' JOINT COUNTER-DESIGNATIONS AND OBJECTIONS**

| BRIAN DAHN<br>December 10, 2019<br>(Exhibit 6) | | |
|---|---|---|
| **PLAINTIFFS' DESIGNATIONS** | **DEFENDANTS' OBJECTIONS** | **DEFENDANTS' COUNTER DESIGNATIONS** |
| 11:12-20 | | |
| 12:17-14:14 | | |
| 16:8-20:8 | FRE 402 | |
| 20:19-23 | FRE 402 | |
| 21:22-23:21 | FRE 402 | |
| 25:1-12 | | |
| 25:16-36:14 | | |
| 36:18-19 | | |
| 36:21-39:7 | | |
| 39:10-44:11 | | |
| 45:9-52:4 | | |
| 54:1-14 | | |
| 55:25-56:17 | | |
| 56:21-60:1 | | |
| 60:16-66:5 | | |
| 66:10-67:24 | | |
| 68:15-73:15 | | |
| 73:18-84:23 | | |
| 85:5-93:5 | | |
| 93:12-23 | | |
| 94:14-23 | | |
| 95:3-107:16 | | |
| 108:1-113:2 | | |
| 113:12-114:19 | | |
| 114:25-115:22 | | |
| 115:25-117:22 | | |
| 118:5-120:16 | | |
| 122:1-126:18 | FRE 402, 403 | |
| 126:21-22 | | |
| 126:24-128:19 | | |
| 129:25-131:19 | | |
| 131:25-134:21 | | |
| 134:23-135:10 | | |
| 135:14-15 | | |
| 135:17-139:3 | | |
| 139:5-7 | | |
| 139:9-20 | | |

| BRIAN DAHN<br>December 10, 2019<br>(Exhibit 6) | | |
|---|---|---|
| **PLAINTIFFS' DESIGNATIONS** | **DEFENDANTS' OBJECTIONS** | **DEFENDANTS' COUNTER DESIGNATIONS** |
| 139:24-140:3 | | |
| 140:13-153:24 | FRE 402, 403 | |
| 155:5-179:1 | | |
| 179:13-206:18 | | |
| 207:2-208:14 | | |
| 208:17-214:25 | FRE 402, 403 | |
| 215:3-17 | | |
| 215:20-216:3 | | |
| 216:6-217:15 | | |
| 217:22-218:21 | | |
| 218:23-230:9 | FRE 402, 403 | |
| 228:5-229:11 | FRE 402, 403 | |
| 231:11-25 | | |
| 232:16-233:9 | | |
| 234:17-235:15 | | |
| 235:23-237:22 | | |
| 237:25-238:2 | | |
| 238:4-6 | | |
| 239:5-22 | | |
| 239:25-240:9 | | |
| 240:15-241:8 | | |
| 241:14-243:11 | | |
| 243:13-244:2 | | |
| 244:4-13 | | |
| 244:16-24 | | |
| 245:2-246:16 | | |
| 246:23 | | |
| 247:3-249:1 | | |
| 249:4-11 | | |
| 249:14-250:6 | | |
| 250:22-255:8 | | |
| 260:11-263:21 | FRE 402 | |
| 264:4-265:14 | | |
| 266:7-20 | | |
| 266:23-268:4 | | |

| NANCY NAEVE<br>December 11, 2019<br>(Exhibit 7) | | |
|---|---|---|
| **PLAINTIFFS' DESIGNATIONS** | **DEFENDANTS' OBJECTIONS** | **DEFENDANTS' COUNTER DESIGNATIONS** |
| 7:25-12:20 | FRE 402 | |
| 13:13-16:18 | FRE 402 | |
| 17:2-19:20 | | |
| 27:1-34:18 | | |
| 41:3-43:19 | | |
| 44:10-47:3 | | |
| 47:25-53:18 | | |
| 59:14-60:23 | | |
| 61:13-63:5 | | |
| 74:16-75:1 | | |
| 75:21-77:2 | | |
| 78:16-80:1 | | |
| 80:22-81:24 | | |
| 82:8-84:12 | | |
| 84:19-85:21 | | |
| 86:6-99:23 | FRE 402 | |
| 100:10-104:20 | | |
| 105:6-112:5 | | |
| 113:19-115:4 | | |
| 117:20-120:11 | | |
| 120:24-126:19 | | |
| 127:6-128:14 | | |
| 130:21-135:25 | | |
| 136:8-137:1 | | |
| 138:1-145:18 | | |
| 147:4-16 | | |
| 148:4-151:9 | | |
| 152:2-153:23 | FRE 402, 403 | |
| 158:3-160:5 | FRE 402 | |
| 168:3-182:10 | | |
| 184:12-200:7 | | |
| 201:2-202:16 | | |
| 203:13-204:9 | | |
| 206:9-208:21 | | |
| 227:5-228:14 | | |
| 239:10-243:8 | | |
| 248:11-253:2 | FRE 402, 403 | |
| 253:7-254:7 | | |
| 254:21-256:12 | | |
| 257:17-258:19 | | |

| JAMIE SMITH<br>November 21, 2019<br>(Exhibit 8) | | |
|---|---|---|
| **PLAINTIFFS' DESIGNATIONS** | **DEFENDANTS' OBJECTIONS** | **DEFENDANTS' COUNTER DESIGNATIONS** |
| 7:1-12:15 | | |
| 13:3-15:11 | | |
| 18:15-20:10 | | |
| 20:12 | | |
| 21:12-22:1 | | |
| 23:10-24:5 | | 22:24-24:5 |
| 27:12-28:19 | | |
| 29:11-34:15 | FRE 402, 403 | |
| 35:7-40:24 | | |
| 41:3-16 | | |
| 41:18-45:3 | | |
| 45:6-18 | | |
| 46:24-50:5 | | |
| 50:7-54:25 | | |
| 55:7 | | |
| 55:20-60:23 | | |
| 60:25-62:10 | | |
| 62:12-25 | | |
| 63:3-64:9 | | |
| 64:17-69:14 | | |
| 69:25-70:18 | | |
| 70:20-71:2 | | |
| 71:4-76:18 | | |
| 76:20-91:10 | | |
| 91:12-16 | | |
| 91:21-92:19 | | |
| 92:21-94:5 | FRE 402 | |
| 94:7-96:11 | FRE 402 | |
| 97:8-25 | | |
| 98:16-106:7 | FRE 402 | |
| 106:14-108:10 | | |
| 108:13-111:16 | | |
| 113:2-116:4 | | |
| 117:3-123:11 | FRE 402 | |
| 126:15-127:9 | | 125:17-127:9 |
| 127:13-21 | | |
| 128:18-135:24 | | |
| 136:2-138:5 | | |

<pre>
</pre>

| JAMIE SMITH November 21, 2019 (Exhibit 8) | | |
|---|---|---|
| **PLAINTIFFS' DESIGNATIONS** | **DEFENDANTS' OBJECTIONS** | **DEFENDANTS' COUNTER DESIGNATIONS** |
| 138:23-142:1 | | |
| 142:3-143:2 | | |
| 143:4-148:11 | | |
| 148:13-23 | | |
| 148:25-150:1 | | |
| 150:5-11 | | |
| 156:7-23 | | 156:7-25 |
| 157:25-159:12 | | |
| 159:21-165:17 | FRE 402 | |
| 165:19-20 | | |
| 165:23-166:4 | | |
| 166:6-8 | FRE 403 | |
| 166:11-18 | | |
| 166:23-168:2 | FRE 402 | |
| 168:7-11 | | |
| 168:18-172:8 | | |
| 172:10-11 | | |
| 172:13-177:19 | | |
| 177:21-182:21 | FRE 403 | |
| 182:24-183:7 | | |
| 184:5-187:5 | | |
| 187:9-18 | | |
| 187:20-188:12 | | |
| 188:15-189:11 | | |
| 189:13-195:7 | | |
| 195:9-196:10 | | |
| 196:13-197:12 | | 196:13-197:10 |
| 197:21-200:25 | FRE 403 | |
| 201:2-11 | | |
| 201:15-207:15 | | |
| 208:8-210:13 | | |
| 211:1-215:7 | | |
| 215:13-238:8 | | |
| 238:10-243:20 | FRE 402, 403 | |
| 243:22-246:13 | FRE 402, 403 | |
| 246:18-21 | | |
| 246:23-248:3 | FRE 403 | |
| 248:5-10 | FRE 403 | |
| 248:12-251:1 | | |
| 251:3-10 | | |

10

| JAMIE SMITH<br>November 21, 2019<br>(Exhibit 8) | | |
|---|---|---|
| **PLAINTIFFS' DESIGNATIONS** | **DEFENDANTS' OBJECTIONS** | **DEFENDANTS' COUNTER DESIGNATIONS** |
| 252:4-255:22 | | |
| 256:4-260:21 | | |
| 260:25-261:7 | | |
| 261:18-266:7 | | |
| 266:9-269:19 | | |
| 269:21-270:8 | | |
| 270:15-276:23 | FRE 402, 403 | |
| 276:25-277:19 | | |
| 278:12-284:25 | | |
| 285:6-10 | | |
| 285:12-289:25 | | |
| 290:2-11 | | |
| 290:13-14 | | |
| 290:24-291:24 | | |

| RYAN SMITH<br>December 16, 2019<br>(Exhibit 9) | | |
|---|---|---|
| **PLAINTIFFS' DESIGNATIONS** | **DEFENDANTS' OBJECTIONS** | **DEFENDANTS' COUNTER DESIGNATIONS** |
| 8:25-32:2 | FRE 402, 403 | |
| 33:3-44:13 | FRE 402, 403 | |
| 44:20-48:21 | FRE 402, 403 | |
| 48:23-73:1 | FRE 402, 403 | |
| 73:7-85:18 | FRE 402, 403 | |
| 86:4-104:13 | FRE 402, 403 | |
| 104:17-18 | FRE 402, 403 | |
| 104:23-110:1 | FRE 402, 403 | |
| 110:23-113:21 | FRE 402, 403 | |
| 114:6-115:1 | FRE 402, 403 | |
| 122:7-151:24 | FRE 402, 403 | |
| 152:5-155:1 | FRE 402, 403 | |
| 156:16-158:18 | FRE 402, 403 | 155:2-158:18 |
| 159:9-167:24 | FRE 402, 403 | |
| 168:10-181:19 | FRE 402, 403 | |
| 182:4-188:10 | FRE 402, 403 | |
| 189:6-234:18 | FRE 402 | |
| 235:1-236:7 | | |

| KATHLEEN WHITE<br>December 9, 2019<br>(Exhibit 10) | | |
|---|---|---|
| **PLAINTIFFS' DESIGNATIONS** | **DEFENDANTS' OBJECTIONS** | **DEFENDANTS' COUNTER DESIGNATIONS** |
| 8:2-9 | | |
| 8:11-20 | | |
| 8:25-12:25 | | |
| 14:22-15:2 | | |
| 15:4-5 | | |
| 16:25-17:10 | | |
| 17:13-20 | | |
| 17:22-18:11 | | |
| 18:25-21:12 | | |
| 21:14-22:21 | | |
| 22:23-23:16 | | |
| 23:18 | | |
| 39:21-43:6 | | |
| 43:13-45:3 | | |
| 46:21-54:16 | | |
| 55:3-60:15 | | |
| 61:7-65:2 | | |
| 65:7-76:10 | | |
| 77:1-84:18 | | |
| 85:1-86:23 | | |
| 87:3 | | |
| 87:5-20 | | |
| 87:23-88:13 | | |
| 88:19-20 | | |
| 88:22-24 | | |
| 89:1-94:21 | | |
| 94:25-96:9 | | |
| 96:11-99:8 | | |
| 99:16-107:22 | | |
| 122:20-123:14 | | |
| 123:20-21 | | |
| 124:2-125:3 | | |
| 125:6-126:22 | | |
| 126:25-128:6 | | |
| 138:9-140:2 | | |

| PETER REINERT<br>October 3, 2019<br>(Exhibit 5) | | |
|---|---|---|
| **PLAINTIFFS' DESIGNATIONS** | **DEFENDANTS' OBJECTIONS** | **DEFENDANTS' COUNTER DESIGNATIONS** |
| 6:15-8:14 | | |
| 9:1-7 | | |
| 10:8-23 | | |
| 12:1-11 | | |
| 13:3-10 | | |
| 14:3-6 | | |
| 18:23-19:16 | | |
| 23:4-24:1 | | |
| 26:16-28:5 | | |
| 29:8-30:4 | | |
| 33:8-34:21 | | |
| 45:23-48:3 | | |
| 55:12-57:9 | | |
| 60:7-61:6 | | |
| 63:17-65:16 | | |
| 65:25-66:5 | | |
| 66:11 | | |
| 70:4-71:17 | | |
| 75:19-78:10 | | |
| 79:22-80:14 | | |
| 82:22-83:15 | | |
| 83:21-84:18 | | |

Dated:  November 13, 2020.

                Respectfully submitted,

          *s/ Jessica J. Smith*
          Jessica J. Smith
          Craig Stewart
          Christopher H. Toll
          HOLLAND & HART LLP
          555 17th Street, Suite 3200
          Denver, CO  80202
          Phone: (303) 295-8374
          Fax: (303) 974-1133
          CStewart@hollandhart.com
          JJSmith@hollandhart.com
          CToll@hollandhart.com
**ATTORNEYS FOR PLAINTIFFS**

*s/ Michael Crosbie*
Michael Crosbie
Nicole Ballante
300 S. Orange Ave
Orlando, FL 32801
(407) 836-6796
mcrosbie@shutts.com
nballante@shutts.com
**ATTORNEYS FOR SMITH DEFENDANTS**

*s/ Joseph Daniels*
Christian Hendrickson
Joseph Daniels
Sherman & Howard LLC
633 17th Street
Suite 3000
Denver, CO 80202
chendrickson@shermanhoward.com
jdaniels@shermanhoward.com
**ATTORNEYS FOR DAHN**

14

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2020, I served the foregoing via email to the following:

Michael Crosbie
Nicole Ballante
300 S. Orange Ave
Orlando, FL 32801
(407) 836-6796
mcrosbie@shutts.com
nballante@shutts.com
**ATTORNEYS FOR SMITH DEFENDANTS**

Christian Hendrickson
Joseph Daniels
Sherman & Howard LLC
633 17th Street
Suite 3000
Denver, CO 80202
chendrickson@shermanhoward.com
jdaniels@shermanhoward.com
**ATTORNEYS FOR DAHN DEFENDANT**

*s/ Jessica J. Smith*

15726756_v6