AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Colorado

RV HORIZONS, INC.,
MHC AMERICA FUND, LLC,
MHC AMERICA FUND CLASS C, LLC,
MHC AMERICA FUND 2, LLC,
MHC AMERICA FUND 2 CLASS B, LLC,
MHPS ALUMNI, LLC,
MHPS ALUMNI 2, LLC,
MHPS ALUMNI 3, LLC,
AFFORDABLE HOUSING COMMUNITY FUND 1, LLC,
AFFORDABLE HOUSING COMMUNITY FUND 2, LLC,
AFFORDABLE HOUSING COMMUNITY FUND 3, LLC,
AFFORDABLE HOUSING COMMUNITY FUND 4, LLC,
AFFORDABLE HOUSING COMMUNITY FUND 5, LLC,
AFFORDABLE HOUSING COMMUNITY FUND 6, LLC, and
AWA FUND 3, LLC,

*Plaintiffs*

v.   Civil Action No. 18-cv-02780-NYW

JAMIE SMITH,
RYAN SMITH,
MHPI VII, LLC,
ELEVATION CAPITAL GROUP, LLC, and
DAHN CORPORATION,

*Defendants*

## JUDGMENT IN A CIVIL ACTION

**The court has ordered that** *(check one)*:

❒   the plaintiff *(name)* recover from the defendant *(name)* the amount of (amount) dollars ($_____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of ____% per annum, along with costs.

❒   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* recover costs from the plaintiff *(name)*.

☒ other: Defendants Jamie Smith; Ryan Smith; MHPI VII, LLC; and Elevation Capital Group LLC's Motion for Summary Judgment and Incorporated Memorandum of Law [#97] is GRANTED; Defendant Dahn Corporation's Motion for Summary Judgment [#99] is GRANTED; The Clerk of the Court to DIRECTED to RESTRICT [#111-219] with a Level 1 Restriction pursuant to Fed. R. Civ. P. 5.2; Smith Defendants' Motion to Exclude the Testimony of Jon Ahern and Ben Braband [#112] is DENIED AS MOOT; Plaintiffs' Motion to Exclude Defendants' Proffered Retained and Non-Retained Expert Opinion Testimony [#113] is DENIED AS MOOT; Dahn Corporation's Motion to Exclude the Opinions and Testimony of Jon S. Ahern. [#114] is DENIED AS MOOT; The Clerk of the Court is directed to ENTER JUDGMENT in favor of Defendants Jamie Smith; Ryan Smith; MPHI VII, LLC; Elevation Capital Group, LLC; and Dahn Corporation on all counts; and Defendants, as the prevailing parties, shall be awarded their costs pursuant to Rule 54(d)(1) of the Federal Rules of Civil Procedure and D.C.COLO.LCivR 54.1.

**This action was** *(check one)***:**

❐ tried by a jury with Judge *(name)* presiding, and the jury has rendered a verdict.

❐ tried by Judge *(name)* without a jury and the above decision was reached.

☒ decided by Magistrate Judge Nina Y. Wang in the Memorandum Opinion and Order [170] issued November 13, 2020.

Date : 16 November 2020          *CLERK OF COURT*

                                  s/ B. Wilkins
                                  *Signature of Deputy Clerk*