**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.:  1:18-cv-02780-NYW

RV HORIZONS, INC.; ET AL
     Plaintiffs,

v.

JAMIE SMITH, an individual ET AL

     Defendants.

**DEFENDANT DAHN CORPORATION'S ATTACHMENT OF ITEMIZED COSTS
TO BILL OF COSTS**

| Invoice No. | Description | Amount |
|---|---|---|
| **Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case, and Costs incident to the taking of depositions** | | |
| 743422 | Court Reporter Attendance and (Videotaped) Deposition Transcript – Frank Rolfe (10/02/19)<br>    Used in briefing surrounding Defendants' Motions for Summary Judgment [Doc. Nos. 97 and 99], and Smith Defendants' Notice of FilingDeposition Excerpts in Support of their Motion for Summary Judgment [Doc. No. 98], including Plaintiff's Responses to same [Doc. Nos. 109 and 110] and Joint Appendix of Exhibits, Ex. 222 [Doc. No. 111] | $877.70 |
| ORL4042768 | Court Reporter Attendance and Deposition Transcript – Amy Burget and Paul Burget (11/4/19)<br>    Used in several filings, including, without limitation Defendants' Joint Deposition Designations [Doc. No. 159], and Parties' Joint Submission of Deposition Designations, Counter-Designations and Objections [Doc. No. 169] | $974.65 |

| Invoice No. | Description | Amount |
|---|---|---|
| ORL4068802 | Court Reporter Attendance and Deposition Transcript – Jamie Smith, Vol. 1 and 2 (11/21/19)<br>    Used in several filings, including, without limitation Parties' Joint Submission of Deposition Designations, Counter-Designations and Objections [Doc. No. 169] | $1,482.95 |
| ORL4075837 | Deposition Transcript – Brandon Reynolds (11/5/19)<br>    Used in several filings, including, without limitation, Defendants' Joint Deposition Designations [Doc. 159], and Parties' Joint Submission of Deposition Designations, Counter-Designations and Objections [Doc. No. 169] | $302.25 |
| 120421384 | Court Reporter Attendance and Deposition Transcript – Eric Siragusa (12/12/19)<br>    Used in several filings, including, without limitation, Defendants' Joint Deposition Designations [Doc. 159], and Parties' Joint Submission of Deposition Designations, Counter-Designations and Objections [Doc. No. 169] | $1,370.30 |
| ORL4117115 | Deposition Transcript (Videotaped) – David Reynolds (10/1/19)<br>    Used in several filings, including, without limitation, Dahn's Corporation's Motion for Summary Judgment [Doc. 99], Dahn Corporation's Reply in Support of Its Motion for Summary Judgment [Doc. 128], Defendants' Joint Deposition Designations [Doc. 159], and Parties' Joint Submission of Deposition Designations, Counter-Designations and Objections [Doc. No. 169] | $931.50 |
| ORL425285 | (Videotaped) Deposition Transcript – Ryan Smith, Vol. 1 and 2 (12/16/19)<br>    Used in several filings, including, without limitation, Dahn Corporation's Reply in Support of Its Motion for Summary Judgment [Doc. 128], and Parties' Joint Submission of Deposition Designations, Counter-Designations and Objections [Doc. No. 169] | $1,347.75 |
| ORL4132225 | (Videotaped) Deposition Transcript – Nancy Naeve (12/11/19)<br>    Used in several filings, including, without limitation, Parties' Joint Submission of Deposition Designations, Counter-Designations and Objections [Doc. No. 169] | $1,221.30 |

| Invoice No. | Description | Amount |
|---|---|---|
| ORL4141116 | Deposition Transcript (Videotaped) – Brian Dahn (12/10/20)<br>    Used in several filings, including, without limitation, Parties' Joint Submission of Deposition Designations, Counter-Designations and Objections [Doc. No. 169] | $1,404.80 |
| ORL4154283 | (Videotaped) Deposition Transcript – Kathleen White (12/9/19)<br>    Used in several filings, including, without limitation, Parties' Joint Submission of Deposition Designations, Counter-Designations and Objections [Doc. No. 169] | $689.50 |
| 105824 | Transcript from Telephonic Discovery Conference (10/15/19)<br>    Used in preparing several filings, including, without limitation Dahn Corporation's Motion to Exclude the Opinions and Testimony of Jon S. Ahern [Docket No. 114], Dahn Corporation's Reply in Support of Its Motion to Exclude Opinions and Testimony of Jon S. Ahern [Doc. No. 138], and Dahn Corporation's Motion for Summary Judgment [Docket No. 128], specifically in connection with the unjust enrichment claim. | $34.20 |
| 12046478 | Court Reporter Attendance and Deposition Transcript – Jon Ahern (4/9/20) [Videoconference depo]<br>    Used in several filings, including, without limitation Dahn Corporation's Motion to Exclude the Opinions and Testimony of Jon S. Ahern [Docket No. 114], Dahn Corporation's Reply in Support of Its Motion to Exclude Opinions and Testimony of Jon S. Ahern [Doc. No. 138] | $974.65 |
| 330653 | Deposition Transcript – Joe Bob McAdams, Jr. (4/8/20)<br>    Used in filings related to Plaintiffs' Motion to Exclude Defendants' Proffered Retained and Non-Retained Expert Opinion Testimony [Doc. No. 113] | $607.85 |
| | **TOTAL** | **$12,219.40** |