**Orange Legal, A Veritext Company**
**Florida Region**

633 E. Colonial Dr.
Orlando FL 32803
Tel. 800.275.7991 Fax.
Fed. Tax ID: 20-3132569



| **Bill To:** | Nicole Ballante<br>Shutts & Bowen LLP<br>300 S Orange Ave.<br>Suite 1600<br>Orlando, FL, 32801-5403 | | **Invoice #:** | ORL4042766 |
|---|---|---|---|---|
| | | | **Invoice Date:** | 11/25/2019 |
| | | | **Balance Due:** | $973.75 |
| | | | **Agency #:** | 602851 |

| **Case:** | RV Horizons, Inc., Et Al. v. Jamie Smith; Ryan Smith; MHP Portfolio, LLC, Et Al |
|---|---|
| **Job #:** | 3759678 \| Job Date: 11/4/2019 \| Delivery: Normal |
| **Billing Atty:** | Nicole Ballante |
| **Location:** | Holland & Hart, LLP |
| | 555 17th St Ste 3200<br>Denver, CO 80202-3921 |
| **Sched Atty:** | Nicole Ballante \| Shutts & Bowen LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Amy Burget | Original with 1 Certified Transcript | Page | 44.00 | $4.15 | $182.60 |
| | Attendance Fee - First Hour | Hour | 1.00 | $185.00 | $185.00 |
| Paul Burget | Original with 1 Certified Transcript | Page | 72.00 | $4.15 | $298.80 |
| | Exhibits - Color | Per Page | 101.00 | $1.60 | $161.60 |
| | Exhibits | Per Page | 345.00 | $0.35 | $120.75 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $25.00 | $25.00 |

| **Notes:** | Out of state rates apply. 345 b/w + 101 color copies made at time of job, charges apply. | **Invoice Total:** | $973.75 |
|---|---|---|---|
| | | **Payment:** | $0.00 |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $973.75 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| **Invoice #:** | ORL4042766 |
|---|---|
| **Job #:** | 3759678 |
| **Invoice Date:** | 11/25/2019 |
| **Balance:** | $973.75 |

15758

**Orange Legal, A Veritext Company**
**Florida Region**

633 E. Colonial Dr.
Orlando FL 32803
Tel. 800.275.7991 Fax.
Fed. Tax ID: 20-3132569



| Bill To: | Nicole Ballante<br>Shutts & Bowen LLP<br>300 S Orange Ave.<br>Suite 1600<br>Orlando, FL, 32801-5403 | | Invoice #: | ORL4117117 |
|---|---|---|---|---|
| | | | Invoice Date: | 12/31/2019 |
| | | | Balance Due: | $1,177.50 |
| | | | Agency #: | 580198 |

| Case: | RV Horizons, Inc., et al. v. Jamie Smith; Ryan Smith; MHP Portfolio, LLC, et al |
|---|---|
| Job #: | 3754466 \| Job Date: 10/1/2019 \| Delivery: Normal |
| Billing Atty: | Nicole Ballante |
| Location: | Holland & Hart, LLP<br>555 17th St Ste 3200<br>Denver, CO 80202-3921 |
| Sched Atty: | Nicole Ballante \| Shutts & Bowen LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| David Reynolds | Video - Initial Fee | 1 | 1.00 | $390.00 | $390.00 |
| | Video - Additional Hours | Hour | 5.25 | $150.00 | $787.50 |

| Notes: | | Invoice Total: | $1,177.50 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $1,177.50 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

To pay online, go to
www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | ORL4117117 |
|---|---|
| Job #: | 3754466 |
| Invoice Date: | 12/31/2019 |
| Balance: | $1,177.50 |

15758

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 743419 | 11/8/2019 | 580201 |
| **Job Date** | **Case No.** | |
| 10/2/2019 | 1:18-cv-02780-NYW | |
| **Case Name** | | |
| RV Horizons, Inc., et al. vs. Jamie Smith; Ryan Smith; MHP Portfolio, LLC, et al | | |
| **Payment Terms** | | |
| Net 30 / After 30 days, 1.5% Mo. | | |

Nicole Louise Ballante, Esquire
Shutts & Bowen, LLP (Orlando)
300 South Orange Avenue
Suite 1600
Orlando, FL  32801

ORIGINAL TRANSCRIPT OF:
   Frank Rolfe     258.00 Pages     1,186.80
      Appearance Fee     365.00
      Condensed Transcript     20.00
      Exhibit Charge - Scan Only     14.00 Pages     4.20
      Videographer - Per Diem (2 Hour Minimum)     405.00
      Videographer - Each Additional Hour     5.00 Hours     675.00
      Delivery, Shipping and Handling     20.00
      E-mail transcript     0.00

**TOTAL DUE >>>     $2,676.00**

Out of state rates apply. Thank you for your business! To pay online visit www.orange.legal/payments

Pay via EFT:  Seacoast National Bank
Account Number: 81000022    Routing Number: 067005158

Payment not contingent on client reimbursement. If turned over to collections, jurisdiction will be Orange County, Florida, and you agree to pay all collection costs and attorney fees.

**Tax ID:** 20-3132569

*Please detach bottom portion and return with payment.*

Job No.    : 580201      BU ID    : Out/State
Case No.    : 1:18-cv-02780-NYW
Case Name    : RV Horizons, Inc., et al. vs. Jamie Smith; Ryan Smith; MHP Portfolio, LLC, et al

Nicole Louise Ballante, Esquire
Shutts & Bowen, LLP (Orlando)
300 South Orange Avenue
Suite 1600
Orlando, FL  32801

Invoice No.    : 743419      Invoice Date  : 11/8/2019
**Total Due    : $ 2,676.00**

| PAYMENT WITH CREDIT CARD | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To: **Orange Legal, Inc.**     1-800-275-7991
            **633 East Colonial Drive**
            **Orlando, FL  32803**

# INVOICE

ORANGE LEGAL
A VERITEXT COMPANY

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 743444 | 11/8/2019 | 580203 |
| **Job Date** | **Case No.** | |
| 10/3/2019 | 1:18-cv-02780-NYW | |
| **Case Name** | | |
| RV Horizons, Inc., et al. vs. Jamie Smith; Ryan Smith; MHP Portfolio, LLC, et al | | |
| **Payment Terms** | | |
| Net 30 / After 30 days, 1.5% Mo. | | |

Nicole Louise Ballante, Esquire
Shutts & Bowen, LLP (Orlando)
300 South Orange Avenue
Suite 1600
Orlando, FL 32801

ORIGINAL TRANSCRIPT OF:

| | | |
|---|---|---|
| Peter Reinert | 113.00 Pages | 519.80 |
| Appearance Fee | | 185.00 |
| Condensed Transcript | | 20.00 |
| Exhibit Charge - Scan Only | 19.00 Pages | 5.70 |
| Videographer - Per Diem (2 Hour Minimum) | | 405.00 |
| Videographer - Each Additional Hour | 2.00 Hours | 270.00 |
| Delivery, Shipping and Handling | | 20.00 |
| E-mail transcript | | 0.00 |
| | **TOTAL DUE >>>** | **$1,425.50** |

Out of state rates apply. Thank you for your business! To pay online visit www.orange.legal/payments

Pay via EFT: Seacoast National Bank
Account Number: 81000022 Routing Number: 067005158

Payment not contingent on client reimbursement. If turned over to collections, jurisdiction will be Orange County, Florida, and you agree to pay all collection costs and attorney fees.

**Tax ID:** 20-3132569

*Please detach bottom portion and return with payment.*

Job No. : 580203 BU ID : Out/State
Case No. : 1:18-cv-02780-NYW
Case Name : RV Horizons, Inc., et al. vs. Jamie Smith; Ryan Smith; MHP Portfolio, LLC, et al
Invoice No. : 743444 Invoice Date : 11/8/2019
**Total Due : $ 1,425.50**

Nicole Louise Ballante, Esquire
Shutts & Bowen, LLP (Orlando)
300 South Orange Avenue
Suite 1600
Orlando, FL 32801

**PAYMENT WITH CREDIT CARD** AMEX VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Orange Legal, Inc.**
**633 East Colonial Drive**
**Orlando, FL 32803**

**1-800-275-7991**



**Orange Legal, A Veritext Company**
**Florida Region**

633 E. Colonial Dr.
Orlando FL 32803
Tel. 800.275.7991 Fax.
Fed. Tax ID: 20-3132569

| | | | |
|---|---|---|---|
| **Bill To:** | Nicole Ballante<br>Shutts & Bowen LLP<br>300 S Orange Ave.<br>Suite 1600<br>Orlando, FL, 32801-5403 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:**<br>**Agency #:** | ORL4075836<br>12/13/2019<br>$546.25<br>602848 |

| | |
|---|---|
| **Case:** | RV Horizons, Inc., Et Al. v. Jamie Smith; Ryan Smith; MHP Portfolio, LLC, Et Al |
| **Job #:** | 3759871 \| Job Date: 11/5/2019 \| Delivery: Normal |
| **Billing Atty:** | Nicole Ballante |
| **Location:** | Holland & Hart, LLP<br>555 17th St Ste 3200<br>Denver, CO 80202-3921 |
| **Sched Atty:** | Nicole Ballante \| Shutts & Bowen LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Brandon Reynolds | Original Transcript | Page | 72.00 | $4.50 | $324.00 |
| | Attendance Fee | 1 | 1.00 | $175.00 | $175.00 |
| | Exhibits | Per Page | 5.00 | $0.85 | $4.25 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $25.00 | $25.00 |
| | Shipping & Handling | Package | 1.00 | $18.00 | $18.00 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $546.25 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $546.25 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| | | | |
|---|---|---|---|
| **To pay online, go to**<br>**www.veritext.com**<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | **Please remit payment to:**<br>**Veritext**<br>**P.O. Box 71303**<br>**Chicago IL 60694-1303** | **Invoice #:**<br>**Job #:**<br>**Invoice Date:**<br>**Balance:** | ORL4075836<br>3759871<br>12/13/2019<br>$546.25 |

15758

**Orange Legal, A Veritext Company**
**Florida Region**

633 E. Colonial Dr.
Orlando FL 32803
Tel. 800.275.7991 Fax.
Fed. Tax ID: 20-3132569



| Bill To: | Nicole Ballante<br>Shutts & Bowen LLP<br>300 S Orange Ave.<br>Suite 1600<br>Orlando, FL, 32801-5403 | Invoice #: | ORL4068803 |
|---|---|---|---|
| | | Invoice Date: | 12/11/2019 |
| | | Balance Due: | $1,461.95 |

| Case: | RV Horizons, Inc.; Et Al. v. Smith, Jamie; Et Al. |
|---|---|
| Job #: | 3781672 | Job Date: 11/21/2019 | Delivery: Normal |
| Billing Atty: | Nicole Ballante |
| Location: | Shutts & Bowen - Orlando |
| | 300 S. Orange Avenue, Suite 1600<br>Orlando, FL 32801 |
| Sched Atty: | Craig Stewart | Holland & Hart LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Jamie Smith, Vol 2 | Certified Transcript | Page | 177.00 | $3.65 | $646.05 |
| | Exhibits | Per Page | 393.00 | $0.35 | $137.55 |
| Jamie Smith, Vol. I | Certified Transcript | Page | 179.00 | $3.65 | $653.35 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $25.00 | $25.00 |
| Notes: | | | Invoice Total: | | $1,461.95 |
| | | | Payment: | | $0.00 |
| | | | Credit: | | $0.00 |
| | | | Interest: | | $0.00 |
| | | | Balance Due: | | $1,461.95 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

15758

To pay online, go to
www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | ORL4068803 |
|---|---|
| Job #: | 3781672 |
| Invoice Date: | 12/11/2019 |
| Balance: | $1,461.95 |

**Orange Legal, A Veritext Company**
**Florida Region**

633 E. Colonial Dr.
Orlando FL 32803
Tel. 800.275.7991 Fax.
Fed. Tax ID: 20-3132569



| Bill To: | Nicole Ballante<br>Shutts & Bowen LLP<br>300 S Orange Ave.<br>Suite 1600<br>Orlando, FL, 32801-5403 | | Invoice #: | ORL4125284 |
|---|---|---|---|---|
| | | | Invoice Date: | 1/9/2020 |
| | | | Balance Due: | $1,326.75 |

| Case: | RV Horizons, Inc.; Et Al. v. Smith, Jamie; Et Al. |
|---|---|
| Job #: | 3797164 \| Job Date: 12/16/2019 \| Delivery: Normal |
| Billing Atty: | Nicole Ballante |
| Location: | Shutts & Bowen LLP<br>300 S Orange Ave. \| Suite 1600 \| Suite 1600<br>Orlando, FL 32801-5403 |
| Sched Atty: | Jessica Smith \| Holland & Hart LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Ryan Smith, V1 | Certified Transcript | Page | 146.00 | $3.65 | $532.90 |
| | Exhibits | Per Page | 549.00 | $0.35 | $192.15 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $25.00 | $25.00 |
| Ryan Smith, V2 | Certified Transcript | Page | 158.00 | $3.65 | $576.70 |
| Notes: | | | Invoice Total: | | $1,326.75 |
| | | | Payment: | | $0.00 |
| | | | Credit: | | $0.00 |
| | | | Interest: | | $0.00 |
| | | | Balance Due: | | $1,326.75 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| To pay online, go to<br>www.veritext.com<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | Please remit payment to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303 | Invoice #: | ORL4125284 |
|---|---|---|---|
| | | Job #: | 3797164 |
| | | Invoice Date: | 1/9/2020 |
| | | Balance: | $1,326.75 |

15758

# I N V O I C E



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 330424 | 4/23/2020 | 295157 |
| Job Date | Case No. | |
| 4/8/2020 | 1:18-CV-02780-NYW | |
| Case Name | | |
| Rv Horizons, Inc., et al. -v- Smith, et al. | | |
| Payment Terms | | |
| Due upon receipt | | |

Nicole Ballante, Esquire
Shutts & Bowen, LLP
300 South Orange Avenue
Suite 1600
Orlando, FL  32801

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Joe Bob McAdams, Jr. - LEF | 161.00 | Pages | 523.25 |
| Exhibits | 114.00 | Pages | 45.60 |
| LEF File | | | 95.00 |
| Processing Fee | | | 39.00 |
| | | **TOTAL DUE  >>>** | **$702.85** |

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 1048289           Wire Routing Number: 055003528
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Nicole Ballante, Esquire
Shutts & Bowen, LLP
300 South Orange Avenue
Suite 1600
Orlando, FL  32801

| | | |
|---|---|---|
| Invoice No. | : | 330424 |
| Invoice Date | : | 4/23/2020 |
| **Total Due** | : | **$702.85** |

Remit To:   **Planet Depos, LLC**
            **P.O. BOX 69136**
            **Baltimore, MD  21264-9136**

| | | |
|---|---|---|
| Job No. | : | 295157 |
| BU ID | : | 21-OOT-R |
| Case No. | : | 1:18-CV-02780-NYW |
| Case Name | : | Rv Horizons, Inc., et al. -v- Smith, et al. |

# INVOICE

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami FL  33131
Phone:305-373-8404    Fax:305-358-3711

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 120421379 | 12/31/2019 | 2051797 |
| Job Date | Case No. | |
| 12/12/2019 | 118CV02780NYW | |

| Case Name |
|---|
| RV Horizons, Inc. vs. Jamie Smith |

| Payment Terms |
|---|
| Due upon receipt |

Nicole Ballante, Esquire
Shutts & Bowen, L.L.P.*
300 South Orange Avenue
Suite 1600
Orlando FL  32801

ORIGINAL TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Eric Siragusa | | 299.00 Pages | @ | 4.90 | 1,465.10 |
| Attendance - First Hour | | | | 45.00 | 45.00 |
| Additional Hour(s) | | 6.00 | @ | 45.00 | 270.00 |
| Litigation Support Package | | | | 25.00 | 25.00 |
| Condensed Transcript | | | | 15.00 | 15.00 |
| Processing & Handling | | | | 35.00 | 35.00 |
| Eric Siragusa | | | | | |
| Exhibit | | 321.00 Pages | @ | 0.50 | 160.50 |
| Exhibits:  Color | | 44.00 Pages | @ | 1.00 | 44.00 |

TOTAL DUE >>>    $2,059.60
AFTER 1/30/2020  PAY    $2,368.54

Location:  San Diego, CA

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

Tax ID: 76-0523238                                                                                 Phone: 407-423-3200    Fax:407-425-8316

*Please detach bottom portion and return with payment.*

Nicole Ballante, Esquire
Shutts & Bowen, L.L.P.*
300 South Orange Avenue
Suite 1600
Orlando FL  32801

Job No.      : 2051797         BU ID       : 61-OUTTOWN
Case No.     : 118CV02780NYW
Case Name    : RV Horizons, Inc. vs. Jamie Smith

Invoice No.  : 120421379       Invoice Date : 12/31/2019
Total Due    : $2,059.60
AFTER 1/30/2020  PAY  $2,368.54

Remit To:  U.S. Legal Support, Inc.
           P.O. Box 4772
           Houston TX  77210-4772

**PAYMENT WITH CREDIT CARD**                AMEX   MC   VISA

Cardholder's Name:_____
Card Number:_____
Exp. Date:_____  Phone#:_____
Billing Address:_____
Zip:_____  Card Security Code:_____
Amount to Charge:_____
Cardholder's Signature:

**Orange Legal, A Veritext Company**
**Florida Region**

633 E. Colonial Dr.
Orlando FL 32803
Tel. 800.275.7991 Fax.
Fed. Tax ID: 20-3132569



| Bill To: | Nicole Ballante<br>Shutts & Bowen LLP<br>300 S Orange Ave.<br>Suite 1600<br>Orlando, FL, 32801-5403 | | Invoice #: | ORL4117116 |
|---|---|---|---|---|
| | | | Invoice Date: | 12/31/2019 |
| | | | Balance Due: | $1,540.00 |
| | | | Agency #: | 580198 |

| Case: | RV Horizons, Inc., et al. v. Jamie Smith; Ryan Smith; MHP Portfolio, LLC, et al |
|---|---|
| Job #: | 3754466 | Job Date: 10/1/2019 | Delivery: Normal |
| Billing Atty: | Nicole Ballante |
| Location: | Holland & Hart, LLP<br>555 17th St Ste 3200<br>Denver, CO 80202-3921 |
| Sched Atty: | Nicole Ballante | Shutts & Bowen LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| David Reynolds | Original with 1 Certified Transcript | Page | 230.00 | $5.00 | $1,150.00 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $25.00 | $25.00 |
| | Attendance Fee – Full Day | 1 | 1.00 | $365.00 | $365.00 |

| Notes: | OUT OF STATE RATES APPLY. | Invoice Total: | $1,540.00 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $1,540.00 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

15758

To pay online, go to
www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | ORL4117116 |
|---|---|
| Job #: | 3754466 |
| Invoice Date: | 12/31/2019 |
| Balance: | $1,540.00 |

# I N V O I C E

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami FL  33131
Phone:305-373-8404   Fax:305-358-3711

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 120464749 | 4/15/2020 | 2132990 |
| **Job Date** | **Case No.** | |
| 4/9/2020 | 118CV02780NYW | |
| **Case Name** | | |
| RV Horizons, Inc. vs. Jamie Smith | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Michael Crosbie, Esquire
Shutts & Bowen, L.L.P.*
300 South Orange Avenue
Suite 1600
Orlando FL  32801

ORIGINAL TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Jon Ahern | 175.00 Pages | @ | 4.25 | 743.75 |
| 2-Day Expedited Transcript | | | | 670.25 |
| Exhibit | 436.00 Pages | @ | 0.40 | 174.40 |
| Attendance - First Hour | | | 95.00 | 95.00 |
| Additional Hour(s) | 3.00 | @ | 75.00 | 225.00 |
| Rough Draft | 125.00 Pages | @ | 1.95 | 243.75 |
| Laptop/iPad Rental | | | 125.00 | 125.00 |
| Remote Link Fee | | | 500.00 | 500.00 |
| Litigation Support Package | | | 35.00 | 35.00 |
| Condensed Transcript | | | 10.00 | 10.00 |
| Processing & Handling | | | 35.00 | 35.00 |

**TOTAL DUE >>>**      $2,857.15
AFTER 5/15/2020  PAY      $3,285.72

Client Matter No.    :   48463.0003

AM & PM / 9:00-1:00
Location:  Denver, CO

**Tax ID:** 76-0523238

Phone: 407-423-3200    Fax:407-425-8316

*Please detach bottom portion and return with payment.*

Michael Crosbie, Esquire
Shutts & Bowen, L.L.P.*
300 South Orange Avenue
Suite 1600
Orlando FL  32801

Invoice No.      :   120464749
Invoice Date     :   4/15/2020
**Total Due**    :   **$2,857.15**

AFTER 5/15/2020  PAY  $3,285.72

Job No.     :   2132990
BU ID       :   61-OUTTOWN
Case No.    :   118CV02780NYW
Case Name   :   RV Horizons, Inc. vs. Jamie Smith

Remit To:   U S Legal Support, Inc.
            P.O. Box 4772
            Houston TX  77210-4772

**Orange Legal, A Veritext Company**
**Florida Region**

633 E. Colonial Dr.
Orlando FL 32803
Tel. 800.275.7991 Fax.
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Bill To:** | Nicole Ballante<br>Shutts & Bowen LLP<br>300 S Orange Ave.<br>Suite 1600<br>Orlando, FL, 32801-5403 | **Invoice #:** ORL4154282<br>**Invoice Date:** 1/24/2020<br>**Balance Due:** $668.50 |

| | |
|---|---|
| **Case:** | RV Horizons, Inc.; Et Al. v. Smith, Jamie; Et Al. |
| **Job #:** | 3798634 \| Job Date: 12/9/2019 \| Delivery: Normal |
| **Billing Atty:** | Nicole Ballante |
| **Location:** | Dahn America \| 4675 MacArthur Court Suite 500<br>Newport Beach, CA 92660 |
| **Sched Atty:** | Craig Stewart \| Holland & Hart LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Kathleen White | Certified Transcript | Page | 165.00 | $3.90 | $643.50 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $25.00 | $25.00 |

**Notes:** Out of state rates apply.

| | |
|---|---|
| **Invoice Total:** | $668.50 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $668.50 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

15758

To pay online, go to
www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | ORL4154282 |
| **Job #:** | 3798634 |
| **Invoice Date:** | 1/24/2020 |
| **Balance:** | $668.50 |

**Orange Legal, A Veritext Company**
**Florida Region**

633 E. Colonial Dr.
Orlando FL 32803
Tel. 800.275.7991 Fax.
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Bill To:** | Nicole Ballante<br>Shutts & Bowen LLP<br>300 S Orange Ave.<br>Suite 1600<br>Orlando, FL, 32801-5403 | **Invoice #:** ORL4141114<br>**Invoice Date:** 1/24/2020<br>**Balance Due:** $1,717.65 |

| | |
|---|---|
| **Case:** | RV Horizons, Inc.; Et Al. v. Smith, Jamie; Et Al. |
| **Job #:** | 3798709 \| Job Date: 12/10/2019 \| Delivery: Normal |
| **Billing Atty:** | Nicole Ballante |
| **Location:** | Dahn America \| 4675 MacArthur Court, Suite 500<br>Newport Beach, CA 92660 |
| **Sched Atty:** | Craig Stewart \| Holland & Hart LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Brian Dahn | Certified Transcript | Page | 316.00 | $4.30 | $1,358.80 |
| | Exhibits | Per Page | 607.00 | $0.55 | $333.85 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $25.00 | $25.00 |

| | | |
|---|---|---|
| **Notes:** | **Invoice Total:** | $1,717.65 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $1,717.65 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.  Contact us to correct payment errors.   No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

15758

To pay online, go to
www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | ORL4141114 |
| **Job #:** | 3798709 |
| **Invoice Date:** | 1/24/2020 |
| **Balance:** | $1,717.65 |

| ATTORNEYS LEGAL SERVICES, INC.<br>617 East Washington St.<br>#2<br>Orlando, FL 32801<br>Phone: (407) 839-4644<br>Fax: (407) 839-3639<br>Tax Id#: 59-3464830 | **INVOICE** | Invoice #ALS-2019004838<br>7/29/2019 |
|---|---|---|

Michael D. Crosbie
Shutts & Bowen LLP
300 South Orange Ave.
Suite 1600
Orlando, FL 32801

Your Contact: Bonnie Pearson
**Case Number:  1:18-CV-2780-NYW**

Plaintiff:
**RV Horizons, Inc.; et al.,**

Defendant:
**Jamie Smith; et al.,**

Received: 7/10/2019   Served: 7/18/2019 4:30 pm  .INDIVIDUAL/PERSONAL
To be served on: PETER REINERT

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---:|---:|---:|
| Service Fee (Out of State) | 1.00 | 135.00 | 135.00 |
| TOTAL CHARGED: | | | $135.00 |

**BALANCE DUE:**                                                                                                   $135.00

Please let ALS handle your investigative needs.  License #A9300074

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8 1c

ATTORNEYS LEGAL SERVICES, INC.  
617 East Washington St.  
#2  
Orlando, FL 32801  
Phone: (407) 839-4644  
Fax: (407) 839-3639  
Tax Id#: 59-3464830  

**INVOICE**

Invoice #ALS-2019004837  
7/11/2019  

Michael D. Crosbie  
Shutts & Bowen LLP  
300 South Orange Ave.  
Suite 1600  
Orlando, FL 32801  

Your Contact: Bonnie Pearson  
**Case Number: 1:18-CV-2780-NYW**

Plaintiff:  
**RV Horizons, Inc.; et al.,**

Defendant:  
**Jamie Smith; et al.,**

Received: 7/10/2019    Served: 7/11/2019 10:28 am  .CORPORATE  
To be served on: LOWNDES, DROSDICK, DOSTER, KANTOR & REED, P.A. C/O WILLIAM DYMOND, JR., REGISTERED AGENT  

ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Local) | 1.00 | 35.00 | 35.00 |
| TOTAL CHARGED: | | | $35.00 |

**BALANCE DUE:** $35.00

Please let ALS handle your investigative needs.  License #A9300074

Atty.: 6453
Invoice: 1406745

## — EXPENSE ADVANCES —

| Date | Description | Amount |
|---|---|---|
|  | Color photocopies | 49.00 |
|  | Photocopies | 172.00 |
|  | **Total Expense Advances** | **$221.00** |