# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:18-cv-02780-NYW

RV HORIZONS, INC.; ET AL
    Plaintiffs,

v.

JAMIE SMITH, an individual ET AL

    Defendants.

---

## STIPULATED NOTICE OF RESOLUTION OF ALL COSTS ISSUES, AND REQUEST TO VACATE HEARING ON BILLS OF COSTS

---

The parties, through their respective counsel, hereby note that all matters surrounding Defendants' requested costs have been resolved, and that all cost payments have been made and received, and, as such, the parties jointly request the hearing on such costs, which is set for January 6, 2021 at 9:30 a.m., be vacated.

DATED: January 5, 2021.

/s/ *Michael D. Crosbie*
Michael D. Crosbie, Esq.
Shutts & Bowen LLP
300 South Orange Avenue, Suite 1600
Orlando, Florida 32801
Telephone: (407) 835-6796
Facsimile: (407) 849-7275
*Attorney for Smith Defendants*

2

/s/  *Christian H. Hendrickson*
Joseph C. Daniels, Esq.
Christian H. Hendrickson, Esq.
Sherman & Howard L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado  80282
Telephone:  (303) 297-2900
Facsimile:   (303) 298-0940
*Attorney for Defendant Dahn Corporation*


 */s/ Craig Stewart*
Craig Stewart, Esq.
Jessica J. Smith, Esq.
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
Telephone:  (303) 295-8374
Facsimile:   (303) 974-1133
CStewart@hollandhart.com
JJSmith@hollandhart.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2020, the foregoing document was electronically filed with the Clerk of Court and served on the following parties using the CM/ECF system:

Craig Stewart, Esq.
Jessica J. Smith, Esq.
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
Telephone: (303) 295-8374
Facsimile: (303) 974-1133
CStewart@hollandhart.com
JJSmith@hollandhart.com
*Attorneys for Plaintiffs*

Christopher H. Toll, Esq.
HOLLAND & HART LLP
6380 South Fiddlers Green Circle, Suite 500
Greenwood Village, CO 80111
Telephone: (303) 290-1600
Facsimile: (303) 223-3262
CToll@hollandhart.com
*Attorneys for Plaintiffs*

Michael D. Crosbie, Esq.
SHUTTS & BOWEN LLP
300 South Orange Avenue, Suite 1600
Orlando, Florida 32801
Telephone: (407) 423-3200
Facsimile: (407) 425-8316
mcrosbie@shutts.com
*Attorneys for Smith Defendants*

s/ *Diane M. Collier*

3